IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| NATHAN HOOPES and | ) | |
| DEVON HOOPES, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:10-cv-00365-RL-RBC |
| | ) | |
| GULF STREAM COACH, INC., and | ) | |
| NORCO INDUSTRIES, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT GULF STREAM COACH, INC.'S MOTION TO BAR PLAINTIFFS' EXPERT TOM BAILEY

Defendant Gulf Stream Coach, Inc., by counsel, respectfully moves the Court to bar Plaintiffs' purported expert Tom Bailey's report and to bar Mr. Bailey from testifying in this matter. In further support of the same, Defendant files concurrently herewith "Defendant Gulf Stream Coach, Inc.'s Memorandum in Support of its Motion to Bar Plaintiffs' Purported Expert Tom Bailey."

    Respectfully submitted,

    HUNT SUEDHOFF KALAMAROS LLP

  By: /s/Lyle R. Hardman
    Lyle R. Hardman    #16056-49
    205 W. Jefferson Blvd., Suite 300
    P.O. Box 4156
    South Bend, IN 46634-4156
    Telephone: (574) 232-4801
    Fax: (574) 232-9736
    Email: lhardman@hsk-law.com

1

**CERTIFICATE OF SERVICE**

     I, the undersigned, hereby certify that on the 7th of August, 2015 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: James M. Wherley, Thomas W. Connors, Robert B. Preston, III, and Ronald L. Burdge.

                                                /s/Lyle R. Hardman
                                                  Lyle R. Hardman    #16056-49