# CERTIFIED RV APPRAISAL REPORT

### PREPARED FOR:

## NATHAN HOOPES

### PREPARED BY:

### T. BAILEY CFI CT CIMI CGC CRVA
### CERTIFIED APPRAISER

### RV & MARINE FORENSIC INVESTIGATIONS OF AMERICA LLC
### P.O. DRAWER 4301
### ENTERPRISE, FLORIDA 32725

### Phone (407) 688-9800
### Facsimile (407) 688-0606

### www.certifiedinfraredthermography.com
### www.rvmarineinvestigations.com   www.rvinvestigations.com
### www.rvappraisals.com

**INDIV-204-1212-RV-APPR-HOOPES**


EXHIBIT
A

# SPECIFIC USE OF REPORT

The undersigned has conducted an Appraisal examination and has issued this report for the sole use of Nathan Hoopes for an agreed fee based upon the intended use of the report; accordingly, others are not authorized to use this report or rely upon the contents of this report without payment to RV & Marine Forensic Investigations of America, LLC of an additional agreed fee based upon the re-evaluation of the same factors. Nathan Hoopes may use the report only for the litigation of Case No. 1:10-cv-00365-RI-RBC located in "THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF INDIANA".

Any defendants that result either directly or indirectly or plaintiffs that develop later other than Nathan Hoopes must return to the plaintiff any and all report documents provided them within 10 calendar days of the case completion and at no time can the reports be used in another case. All such reports, supportive photographs, video or any other investigative material must be purged electronically, or destroyed in such a manner that no person or entity is able to reproduce the material. Defendants or other plaintiffs cannot use any reports or documents with the intent to obtain money or compensation. RV & Marine Forensic Investigations of America LLC has equal rights in demanding the return of all reports and documents at the conclusion of the case. Possession after the 10 day calendar period has ended may be interpreted as theft and or a copyright violation. The report is the property of Nathan Hoopes and RV & Marine Forensic Investigations of America LLC which has exclusive use of the report unless otherwise authorized by a court of law. All legal remedies civil and criminal may be utilized to protect the unauthorized possession and or usage of this report.   This report has been copyrighted.

1

**VEHICLE INFORMATION**

MAKE:  SuperNova

MANUFACTURER:  Gulfstream

MANUFACTURED LOCATION:  Indiana

MILEAGE:  4,701

MODEL:  6400

YEAR:  2010

VIN NUMBER:  1HTMPAFM29H542344

SERIAL NUMBER:  N/A

TYPE:  Motor home Class C

CHASSIS MANUFACTURED DATE:  April 2008

COACH MANUFACTURED DATE:  June 1, 2009

COLOR:  Tan/Black/burgundy

LENGTH:  40 feet

LICENSE PLATE NUMBER:  None

FLOOR PLAN:  Rear bedroom

TITLE NUMBER:  Not available

# SUPERNOVA FEATURES

**Standard Features (2010)**
**Chassis**
- 25,900 GVWR, 300HP DT466 International Diesel

**Exterior**
- 7' Interior Height
- One-Piece Fiberglass Roof
- Bus Style Slam Latch Baggage Doors
- Flush Floor Slide
- Welded Aluminum Perimeter Frame
- Laminated 3/8" Structure Board Steel Floor Frame
- Fiberglass Front & Rear Caps
- Electric Awning
- Full Wall Slide (6400)
- Slide Out Room (6331, 6341) (Din/Sofa)
- Slide Out Room (Bed)
- Radius Tinted Windows
- Lighted Trunk Boxes
- Rear Mud Flaps
- Electric Main Awning
- (2) Slide Out Toppers
- Stainless Steel Wheel Inserts
- Heated & Remote Exterior Side View Mirrors
- Foam Seal & Undercoating
- Dead Bolt Entry Door
- Entry Door Assist Bar
- Leveling Jacks
- Hitch w/Plug
- Auto Electric Step
- Outside Rinse & Wash

**Decor**

- Hard Rock Maple Interior
- Hardwood Stile Cabinet Fronts
- Roll Goods In Kitchen, Bath, & Hall; Carpet Other Areas
- Shades Throughout
- Solid Surface Kitchen Countertop w/Sink & Stove Covers
- Soft Touch Vinyl Ceiling Liner

## Power

- (2) Auxiliary Batteries
- 50 Amp Service w/Auto Changeover & Converter
- 6.0 Onan Diesel Generator
- Battery Disconnect

## Heating & Cooling

- Dash A/C
- 11,000 BTU Low Profile Ducted AC (Bedroom)
- 13,500 BTU Low Profile Ducted AC (Front)
- 35,000 BTU Furnace
- 25,000 BTU Furnace In Rear (6400)
- Arctic Package

## Bath

3

- Porcelain Stool
- Skydome
- Power Bath Vent
- Corner Shower w/Surround
- Glass Shower Door

**Electrical**
- Emergency Start Switch
- TV Antenna With Amp & Boost
- Monitor Panel
- Generator Switch & Hour Meter
- TV Jack in Bedroom
- Cable TV Ready
- Ceiling Light Wall Switch
- CD Player
- G-Sound w/DVD Player
- Fluorescent Lights Throughout
- LCD TV in Front Cabover
- 32" LCD TV (6400)
- 19" LCD TV Across from Bunks (6341)
- CD/DVD Player w/5.1 Dolby Digital Surround Sound AM/FM Radio w/ MP3 Capacity

**Furnishings**
- Adjustable King Bed w/Lifts, Innerspring Mattress, Bedspread     & Pillows (n/a 6341)
- Queen Bed w/Lifts, Innerspring Mattress, Bedspread & Pillow (6341)
- Dinette Booth Bed (NA 6400)
- U-Shaped Dinette (6400)
- Front Cab over Bed
- 6-Way Optima Driver/Passenger Seats
- Soft Touch H.A.B.
- Inside Handrail
- Decorative Sofa Pillows (1 Pair/Sofa)

**Appliances**

- Convection Microwave w/3 Burner Top
- 12 Gallon Electronic Ignition Water Heater w/By Pass Valve
- Small 2 Way Double Door Refer
- LP Gas Tank
- Carbon Monoxide
- LP Leak Detectors

**Popular Options**

- 140 Gallon Fuel Tank (Required)
- 3-speed Fantastic Attic Fan
- Black Flush Tank
- Upgraded Dash
- Fireplace (6400)
- Full Cabover Entertainment Center
- 15,000 BTU Low Profile Ducted Roof AC IPO 13,500
- Thermopane Windows
- Slick Fiberglass Exterior Walls w/Full Body Paint w/Double Clear Coat
- Sky View Cap w/Shade
- State Seals
  - Nebraska, Oregon, Washington
  - CSA Certifications
  - CRVA Canadian Marketing Campaign

4

- o   Canadian Transport Package *(all N/C Items are Included in Base)(Previous Statement Must Appear on all CSA Units) RVIA Nat'l Mktg. Campaign (Mandatory)*
- Emergency Start Switch
- 19" LCD TV in Bedroom
- Dual Flip Down DVD's in Bunk Area (6400, 6341)
- DSS Pre-Wire
- Back-Up Monitor
- AVS 100 Video Box
- 300W Inverter
- Weather Pro Electric Awning Upgrade
- Raised Refer Panels (n/a w/Side by Side)
- Lrg 2-Way Double Door Refrigerator (2862)
- Side by Side Refrigerator w/Ice Maker (n/a 6341)
- Combo Washer/Dryer Prep (6400)
- 8.0 Generator IPO 6.0 Diesel
- Euro Chairs IPO Sofa (6400)
- Wardrobe IPO Bunks (6400, 6341)
- Office Space IPO Bunks (6400)
- Free Standing Dinette w/2 Chairs (6341)
- (2) Additional Folding Chairs (6341)

## DEFINITION OF A RECREATIONAL VEHICLE

A Recreational Vehicle is a motor coach, motor home, travel trailer, fifth wheel, truck camper, tent camper, park model (prior to 1996), pleasure watercraft, or any associated vehicle used for pleasure or entertainment.

## FORCES THAT CAN AFFECT VALUE

Forces can be of an unforeseen and complex nature.  The following is a partial list of such forces:

1.    Deterioration of constructed material

2.    Vermin destruction

3.    Water and ultra violet damage

4.    Obsolescence of replacement parts

5.    Economic cost to operate

6.    Insurability risk

7.    Current market supply and demand

8.    Geographic location

5

9.  Accidental contact damage

10.  Diminished value

11.  The existence of defects and malfunctions

Each of the above-mentioned forces, and others, has to be considered, either directly or indirectly, in estimating cost, price, or the repair of the Recreational Vehicle. These forces are used to create the basic format for making an appraisal.

## DEFINITION OF AN APPRAISAL

When making a decision relative to the value of a Recreational Vehicle, it must be based upon an appraisal. An appraisal pure and simple is an estimate, an opinion. The degree of accuracy depends solely on the competence and integrity of the appraiser, along with the accuracy of data available. The opinion, or appraisal, can be transmitted orally or in writing. In most cases the appraisals are written, they state the estimated value based upon available data and supported by an analysis of current data.

## ACCEPTED METHODS OF DETERMINING VALUE OR FAIR MARKET VALUE DEPENDING ON THE SPECIFIC PURPOSE (FMV)

When determining the Fair Market Value (FMV) we must look for the accepted definitions.

The three definitions that are generally accepted by the IRS, insurance companies, accounting firms, and the courts are:

**Fair market value (FMV) is the price that property would sell for on the open market. It is the price that would be agreed on between a willing buyer and a willing seller, with neither being required to act, and both having reasonable knowledge of the relevant facts.**

The United States tax law, of the definition of *fair market value* is found in the United States Supreme Court decision in the *Cartwright* case:

**The fair market value is the price at which the property would change hands between a willing buyer and a willing seller, neither being under any compulsion to buy or to sell and both having reasonable knowledge of relevant facts.** *United States v. Cartwright*, 411 U. S. 546, 93 S. Ct. 1713, 1716-17, 36 L. Ed. 2d 528, 73-1 U.S. Tax Cas. (CCH) ¶ 12,926 (1973) (quoting from U.S. Treasury regulations relating to Federal estate taxes, at 26 C.F.R. sec. 20.2031-1(b)).

and

**The measure of damages for breach of warranty is the difference at the time and place of acceptance between the value of the goods accepted and the value they would have had if they had been as warranted, unless special circumstances shows**

6

proximate damages of a different amount. **Uniform Commercial Code, Sales, Section 2-714 (2).**

## APPRAISAL BOOKS

The NADA (National Automobile Dealer Association) guide book is the generally accepted industry standard for value. It is clearly an industry standard book but it is only a guideline. For example: Having owned multiple RV dealerships both in Michigan and Florida during the same time period, we would traditionally relocate inventory from the Michigan dealership location to our Florida dealership locations in the fall in order to capitalize on the stronger market then in the spring we would relocate inventory from our Florida dealerships to our Michigan dealership. The selling prices in the two locations are significantly different at any one period of time in a year. NADA books and the like do not adjust or consider the geographical price differences.

## THE PURPOSE OF A RECREATIONAL VEHICLE APPRAISAL

The purpose of a Recreational Vehicle appraisal is to establish a value. The value of a Recreational Vehicle is either created, maintained, modified, or destroyed by the forces that motivate human behavior. These forces may vary due to government regulations, natural forces, owner neglect, accidental damage, failure of a dealer or manufacturer to correct normally working items, or obsolescence of a Recreational Vehicle part. Each force, individually or combined, can have an adverse effect on value. The appraisal also provides an authoritative basis for action. For example:

1. Relative to the transfer of ownership

   a. To assist a prospective buyer in determining an offering price

   b. To assist a prospective seller in determining a selling price

   c. To establish a basis for an exchange

   d. To distribute the assets of an estate

   e. To assist the court in determining diminished value and/or damages

2. Relative to financing and credit:

   a. To arrive at the essential security offered for a loan

   b. To provide an investor with a basis for deciding whether to purchase Recreational Vehicles for rental or other similar income generating businesses

   c. To provide a basis for a decision in underwriting a loan

7

    d.      To determine a gift or inheritance tax

    e.      To provide a liquidation value or price for a forced sale or auction proceeding.

3.    Relative to insurance:

    a.      To determine a pre-accident value

    b.      To provide a value to repair or replace

    c.      To provide a basis for a decision relative to the underwriting of an insurance policy

    d.      To establish an independent opinion of the fair market value for the insurance company's legal counsel

**Although the list is incomplete, it indicates the broad scope of the professional appraiser's activities.**

## WHO SHOULD REQUIRE AN APPRAISAL AND WHY

There are many reasons why an appraisal should be required; the most common is the failure of an individual, manufacturer, lender, or insurance company to adequately have the specific knowledge in the construction, electrical, plumbing, mechanical, and current market conditions within the selling area. The owner however is generally considering how much money the Recreational Vehicle is worth by establishing a value predicated emotionally rather than logically. This has no basis to value. This can only be adequately done through the competence and integrity of the appraisal. Many laymen do not understand the appraisal process and rely only upon their own judgment, which may result in costly mistakes. For example:

1.    The Recreational Vehicle is not as represented and has numerous defects

2.    The Recreational Vehicle has been modified, and is not within State or Federal standards

3.    In disposing of a damaged Recreational Vehicle, a manufacturer could lose a considerable amount of money

4.    The Recreational Vehicle value may vary in different geographical areas of the country. An appraisal guide does not consider that fact.

## INSPECTION AND EVALUATION OF THE RECREATIONAL VEHICLE

*The inspection and evaluation conclusion is purely based upon the visible evidence as seen by the appraiser at the time of inspection*

### EVALUATION OF CONDITION

1. ## CONDITION OF EXTERIOR

   a.  Siding:  Excellent

   b.  Windows:  Excellent

   c.  Doors:  Excellent

   d.  Electrical/Water Hookups:  Excellent

   e.  L.P. Tank:  Excellent

   f.  Awnings:  Excellent-Door awning missing

   g.  Lights:  Excellent

   h.  Generator/Hours:  Onan 6000 65.8 hrs.

   i.  Other:  Driver's side slide out inoperative
       Entrance step out of alignment-sags on one side.

2. ## CONDITION OF UNDERSIDE

   a.  L.P. Lines:  Good/Excellent

   b.  Cross Supports/Floor:  Excellent

   c.  Tires:  LF: 13mm   RF:  13mm
       LRO: 13mm   RRO: 13mm
       LRI:  13mm    LRI:  13mm

   d.  Axles:  Good/Excellent

   e.  Supported Wiring/Plumbing:  Excellent

   f.  Other:  N.A

3.   <u>CONDITION OF ROOF AND ATTACHMENTS</u>

    a.    Air Conditioner Cover:  Excellent

    b.    Antennas:  Excellent

    c.    Satellite Dish:  N/A

    d.    Vents/Covers:  Excellent

    e.    Surface Area:  Excellent

    f.    Storage Pods:  N/A

    h.    Other: N/A


4.   <u>CONDITION OF INTERIOR/APPLIANCES</u>

    a.    Front/Rear/Side Walls:  Excellent

    b.    Floor:  Excellent

    c.    Ceiling:  Excellent

    d.    Stove:  Excellent-Excellent

    e.    Refrigerator/Ice Maker:  Excellent

        Temperature in freezer:  N/A
        Temperature in box:  N/A

    f.    Furnace(s):  Good

        (1). Ambient Temperature:  N/A

        (2). Outlet(s) Duct Temperature:  N/A

    g.    Microwave/Convection:  Excellent-GE

    h.    Television/Stereo/Alarm/Telephone: Good

    i.    Washer/Dryer:  N/A

j.     Dishwasher:  N/A

k.     Compactor:  N/A

l.     Vacuum:  N/A

m.     Air Conditioner(s):  Coleman-Front-Good

       (1). Ambient Temperature:  68.0 F

       (2). Outlet(s) Duct Temperature:  49.0 F

       Air Conditioner:  Coleman-Rear- Inoperative

       (1). Ambient Temperature:  N/A

       (2). Outlet(s) duct Temperature:  N/A

n.     Lights:  12v/110v:  Excellent

o.     Backup Camera:  Inoperative

p.     Counter Tops/Drawers:  Excellent

q.     Toilet/Shower/Sinks: Leaks

r.     Table/Chairs/Sofa:  Excellent

s.     Bed(s):  Intermittent inoperative bed

t.     Curtains/Drapes: Excellent

u.     Other: N/A


## PURPOSE AND AREAS OF FAIR MARKET VALUE DETERMINATION

The purpose of this recreational vehicle appraisal was to establish the fair market values in three separate areas. Those areas are as follows:

1. The fair market value as if the recreational vehicle was offered and purchased in the open market under normal retail sales accepted conditions.
2. The fair market value as if the recreational vehicle was offered and purchased in the

11

open market under discounted or sale conditions.

3. The fair market value as if the recreational vehicle was offered and purchased in the open market after considering the known product defects.

## CASE REVIEW OF SERVICE RECORDS, PURCHASE DOCUMENTS, AND SLIDE OUT REPORT

The service history, documents relevant to the purchase of the motor home, and the expert report of the driver's side slide out were all reviewed.

## DATE OF INSPECTION

December 13, 2012

## DATE CONSIDERED FOR FAIR MARKET VALUE DETERMINATION OF THIS REPORT

January 23, 2010

## OVERALL ANALYSIS

For the purpose of this appraisal the numerous defects discovered at the time of the inspection other than the driver's side slide out failure will be considered irrelevant for this appraisal process. The fair market value determinations will be determined as of the day of delivery, which will specifically consider the pre-existing driver's side slide out design failures, and the failure to correct the problem.

The inspection of the motor home driver's side slide out room was conducted at All Pro RV & Service located in Alliance, Ohio. The slide out was in at the time of the perimeter inspection. The slide out was then attempted to be opened by the electric motors. The slide out opened partially and then froze up or jammed (see Figure 1). An inspection of the upper inside cables revealed they were extremely tight and no further attempts were made (see Figure 2 & 3). An examination of the cable brackets revealed attempted repairs had been made by installing more screws, larger screws; stripped holes and an abundance of silicone (see Figure 4, 5, 6). A review of the service records revealed this problem had existed before and after Mr. Hoopes purchase. The service records (all provided service records are on a CD) revealed,

> ➢ **Work order 905456 dated 01/19/2010, job #1 stated, Full wall slide makes terrible noise going in & out. Front top in cable broke due to turnbuckles hitting each other when moving slide in or out. Realign turn buckles-ordered cable end has enough thread to install ne nut and make operation after turnbuckles realignment but should be replaced.**

> ➢ **Purchase agreement dated 01/23/10 by Mr. Hoppes (see exhibit A).**

12

➢ **Work order 905525 dated 01/25/10, job #5, Customer states: Install new cable in main slide out room—part here—cause: component failure, correction: disassemble to gain access to cable drive. Remove and replace cable and crimp. Reassemble all and test operation. Working as design.**

➢ **Work order 906013 dated 03/22/10, job #3, stated, Full wall slide out broke—cable snapped and is flopping around—please check and advise cause: cable/mount snapped. Correction: Diagnose.  Reinstall cable with clamps, extract and replace broken screws on outside bracket, test operation of slide, working as designed.**

➢ **Work order 906751 dated 05/17/10, job #4, stated, Customer states: Main slide out cable broken and pulled plate completely out which is now wedged and slide is out about 3" on bottom.  Correction: Had to remove broken plate, drilled out all 6 holes, installed mollys, reattached bracket, reinstalled cable to bracket, removed interior panel, adjusted cable system, (all turnbuckles) ran room cable stretched have at full adjustment. Still won't bring bottom in all the way, needs new cable, labor 4.0 per Gulfstream for cable adjustment, reinstalled all interior panels.**

## PHOTOGRAPHS

The photographs that are part of this report represent the best depiction relative to the point being expressed.  A total of 274 photographs were taken and are provided on a separate disk.



**Figure 1**



**Figure 2**



**Figure 3**



**Figure 4**



Figure 5



**Figure 6**

A review of Dr. Jon S. Gerhardt, Ph.D., P.E., analysis (see exhibit B) was reviewed, which pointed out the inherent slide out problems and the safety issues associated with the design. Those issues and others will be considered in the appraisal process.

The pre-existing and after purchase work orders, the technical analyses determination of Dr. Jon S. Gerhardt, Ph.D., P.E., along with the appraisers inspection of the driver's side slide out failures clearly and concisely indicates the slide out was not able to be repaired before the RV sale and is presently in an inoperative condition.

**Fair Market Value Determination Under Normal Retail Sales Accepted Conditions**

The appraiser reviewed the manufacture suggested retail price (MSRP) sheet (see exhibit C) which reflects the base price plus options of $195,153.80 exclusive of any dealer charges, taxes, or license plates. Dealers traditionally will sell a product for a little less than retail and in this case it is reasonable to conclude that the range would be between $180,000.00 and $185,000.00. The range is definitely affected by the time of year, location, demand of product etc. The range in this case is based upon the appraisers past multiple dealership ownerships experience and dealer interaction over the years. **Therefore, it is my opinion that the fair market value that the subject RV would have had if it had been as warranted when accepted is $180,000.00.**

18

## Fair Market Value Determination Under Discounted or Sale Conditions

The appraiser reviewed the RV purchase agreement (see exhibit A) which revealed a purchase price of $127,420.33. Taxes, fees, and add-ons totaled $12,224.78 for a total discounted purchase price of $139,645.11. The purchase agreement also reflected that cash and a trade-in motorcycle were credited in the amount of $20,000.00.

The appraiser had difficulties understanding why this particular RV motor home was discounted so drastically. That being, the wholesale dealer price was $ 129,880.00, which was above the purchase price of $127,420.00 by $2,460.00. Dealers are not in the business to lose money and in this case one has to wonder why. If an RV is discounted either at or below the dealer price it is traditionally due to a dealer going out of business, which was not the case with General RV, or the RV is dated by being an old model year, and that was not the case, or a RV that had been used in shows or what is commonly called "shop worn" (experiencing prospective buyer traffic wear or exterior sharpness due to weather exposure), and that was not the case, or a manufacturer going out of business, which again was not the case, or known mechanical or inherent defects, which is possibly the case. In any event, the purchaser traditionally does not consider why someone is offering him what he believes is a good deal, only that it is. **Therefore, it is my opinion the purchase price of $127,420.33 was a discounted or sale price and would have been a good purchase value to Mr. Hoopes if the subject RV had been warranted correctly.**

## Fair Market Value Determination of the RV after Considering the Slide Out Room Product Defect and Safety Issue

The appraiser will consider product defect and safety effects on value. In order to consider a product defect value effect one must accept the fact that there was a pre-existing condition and through numinous attempts by experts who not only designed the system, built the end product, instructed the support dealer service personnel on repair remedies, the slide out was not able to be repaired. That being the case one must consider who would purchase a product knowing that experts had not been able to resolve the issue and that they would have to accept the fact they must repair the issue at hand not truly knowing what may be entailed. If a buyer is to consider this type of risk they will discount the product considerably in order to protect their initial investment.

It should also be noted that Mr. Hoopes contacted no less than eight RV and Marine dealers in an attempt to trade-off the motor home when all repair remedies had failed. All eight refused to even consider a trade-in. That list was made available to the appraiser in which the appraiser contacted each in order to verify if any would accept a trade-in or outright purchase knowing the slide-out issue. All eight were not interested and are listed as follows,

| Name | Address | Interested in Purchase or Trade-in |
|------|---------|-----------------------------------|
| Avalon RV | 1604 Medina Rd. Median, Ohio | No |
| Sirpilla RV | 1005 Interstate Parkway, Akron, Ohio | No |
| General RV | 3063 Greensburg Rd.  North Canton, Ohio | No |

19

| | | |
|---|---|---|
| Hartville RV | 540 Prospect Ave., Hartville, Ohio | No |
| Holman Motors | 4387 Elick Lane, Batavia, Ohio | No |
| Ivanic Marine | 5300 Whiskey Island Dr., Cleveland, Ohio | No |
| Pats Boats | 3445 E. Waterloo Rd., Akron, Ohio | No |
| Kamper City | 5549 Akron Cleveland Rd., Peninsula, Ohio | No |

In this case the appraiser must utilize his own personal experience as a multiple full line RV dealership owner with extensive service and sales experience. **Therefore, it is my opinion the product defect and safety issues as inspected, and the expert analysis report of Dr. Jon S. Gerhardt, Ph.D., P.E., reflect that if the motor home were put out in the open market, with the defects openly known, the fair market value of the subject RV would be $60,000.00.**

## CONCLUSIONS

The conclusions of this report are given within a reasonable degree of certainty and all specific opinions and conclusions are not limited to any one section, or just the analysis/conclusion section of the report, but the report in its entirety is to be considered technically an expert appraisal value opinion. The opinions were also based upon the review of the service records, purchase agreement, expert opinions, correspondence, installment contract, warranties, all documents described in this report and my education, training, and experience. *Therefore*

**AS A RESULT OF MY REVIEW OF ALL SUBMITTED DOCUMENTS AND ANALYSIS, IT IS MY OPINION THAT THE**

**Fair Market Value on the Date of Delivery if the Subject RV was as Represented is $180,000.00**

**and the**

**Fair Market Value on the Date of Delivery Under Discounted or Sale Conditions is $127,420.33**

**and the**

**Fair Market Value of the Subject RV in its Condition on the Date of Delivery is $60,000.00**

**By:  TOM BAILEY CFI CT CIMI CGC CRVA
PRESIDENT/SR. INVESTIGATOR-CERTIFIED
APPRAISER**

There have been no cases in which during the previous 4 years I have testified as expert at trial or by deposition.

Appraisal report compensation to be paid at $155.00 per hour
Deposition and trail testimony to be paid at $250.00 per hour

During the past 10 years I published 14 newsletters from 2003-2005.  Contained on a DVD

Copyright © 2013 by RV Appraisal of America LLC & RV& Marine Forensic Investigations of America, LLC.  All Rights Reserved.  No part of this document may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopied, recorded or otherwise without permission of RV Appraisal of America LLC & RV& Marine Forensic Investigations of America, LLC.

# ABOUT THE INVESTIGATOR/APPRAISER

## TOM BAILEY CFI CT CIMI CGC CRVA

The investigator has either directly or indirectly been associated with the Recreational Vehicle industry/Motorcycle industry/ and Marine industry since Nineteen Hundred Sixty-four. He has been directly involved in daily retail and wholesale sales, customer service, retail and wholesale parts, finance, and insurance at full line Recreational Vehicle/Motorcycle and Marine dealerships. He has also been an owner, the President, and a corporate advisor to multiple family owned Recreational Vehicle/Motorcycle/Marine dealerships located in Michigan and Florida. He has owned Motorcycle, Snowmobile, and All Terrain Vehicle dealerships, attended their service schools, and raced the aforementioned vehicles professionally. In South Florida he was project director of a twenty-two million dollar development for one of the largest marinas in the state.

He has completed studies in Fire Causes, Fire Forensic Studies, Arson & Fire Investigations, Nikon Forensic Photography, Accident Reconstruction, Insurance Fraud, Appraisal Studies, Marine Theft Prevention & Detection, Tire Failure Studies with Goodyear and Hoosier, and Repair Shop Fraud. He is a Certified Fire Investigator, educated by the State of Florida Fire College, State Fire Marshals Division in, Fire Investigation: origin and cause, fire chemistry, building construction and private fire protection systems. Other areas of designated certification are Certified Infrared Thermographer through Flir and a Certified International Marine Investigator conducting investigations in marine fires and suspicious damage or sinking's internationally and certified marine diver. He is a Certified Appraiser specializing in Recreational Vehicle, Bus, Aircraft, Motorcycle and Marine appraisals and estimates. He has conducted over 2,000 specialized RV & Bus appraisals, 1,200 RV & Bus estimates, 2,200 RV Origin & Cause Investigations, 450 Automobile Appraisals, 175 Automobile Estimates, 650 Automobile Origin & Cause Investigations, 1,200 Marine specialized appraisals, 700 Marine estimates, 1,500 Marine Origin & Cause Investigations, 375 Aircraft appraisals, 65 aircraft estimates, 1,200 Motorcycle appraisals, 750 Motorcycle estimates, 800 Motorcycle Origin & Cause Investigations, 134 Appraisal Clauses, 150 tire failure investigations, 245 Infrared Thermography Examinations, and over 2,500 certified fire investigations worldwide.

He is also a lecturer on; Repair Shop Fraud, Detection, and Solutions for Insurance Companies, Good Case Bad Case, High Tech Thermography, Lightning Strikes, The Path to Litigation, Water Intrusion and Mold, Preserving the Fire Scene, Looking for the Origin of the Fire, Ford Fires, Key Pathway, International Association of Arson Investigators, Florida Chapter-International Association of Arson Investigators, Florida Advisor Committee on Arson Prevention, and international investigator in origin and cause fire investigations for numerous insurance companies, law firms and manufacturers, along with accepted Certified Appraisals for insurance companies, banks, manufacturers, estates, US District Courts and law enforcement. He publishes a monthly informative newsletter called "Crash" for insurance companies, manufacturers, lawyers and law enforcement.

He is licensed under the Federal Clean Air Act, section 609 for air conditioning, the State of

22

Florida, under the Department of Agriculture for Liquid Petroleum Gas and is a State of Florida licensed Certified Class A General Contractor.  Additional professional licenses held are airplane pilot, International Motor Sports Association (IMSA), and F.I.A. International professional race driver with 109 professional wins.  Other licenses previously held are: State of Michigan Real Estate Broker, State of Florida Real Estate Broker, as well as State of Florida Insurance Agent and Mortgage Broker.  He has also completed all requirements and education for the certified commercial investment member (CCIM) program of the National Association of Realtors.  He is President and Sr. Investigator of RV & Marine Forensic Investigations of America, LLC.

Exhibit A



## Purchase Agreement

**GENERAL**
**3068 GREENSBURG ROAD**
**NORTH CANTON, OH 44720**
**PHONE (330) 896-6977**
**FAX    (330) 896-6955**

| PURCHASER #1 | DEVON L HOOPES | DATE | 01/23/10 |
|---|---|---|---|
| PURCHASER #2 | NATHAN D HOOPES | Order # | 120359 |
| ADDRESS | 13267 GENFIELD ST | CUST # | 181167 |
| CITY | ALLIANCE | STATE | OH | ZIP | 44601 |
| HOME PHONE | 330-875-9611 | COUNTY | STARK |
| CELL PHONE #1 | 330-257-1235 | CELL PHONE #2 | |
| E-MAIL ADDRESS | | SALESPERSON | GREGORY A WATKI |

| NEW | 2010 | MAKE | SUPER NOVA | MODEL | 6400 |
| USED | | | | | |
| VEHICLE ID/SERIAL# | 1A1MYPAF23VSLF62344 | ENGINE | | ODOMETER | 1050 |
| COLOR | 94204 | MILES/STOCK# | | TO BE DELIVERED NO LATER THAN | |

| ACCESSORIES AND/OR EQUIPMENT | $ | LIST PRICE $ | |
|---|---|---|---|
| | | Unit Price | 127420.33 |
| | | CRNS | 3935.00 |
| | | Classic Tire | N/A |
| | | | 399.00 |
| | | ResistAll | N/A |
| | | | N/A |
| | | | N/A |

Agreed price includes all factory and dealer rebates, discounts and incentives.

| DESCRIPTION OF TRADE-IN | | SUB-TOTAL | 131814.33 |
|---|---|---|---|
| 2009 FLHT ELECTRA GLIDE | 1. OTHER TAXABLE CHARGES | 190.00 |
| 1HD1FMW15TY414998 | 2. DEALER OR MANUFACTURER FREIGHT | N/A |
| CURRENT ODOMETER READING   BALANCE OWED TO | 3. PREPARATION CHARGES | N/A |
| PAYOFF OWED | 4. TOTAL TAXABLE PRICE | 132004.33 |
| | 5. A) SALES TAX | 7605.28 |
| | B) LICENSE FEE | N/A |
| | C) TITLE FEE | 35.50 |
| | 6. TOTAL DELIVERED PRICE | 139645.11 |
| DOWN PAYMENT - Most buyers require 20% | 7. CASH ON DEPOSIT WITH ORDER | 1000.00 |
| 20000.00 | 8. CASH DUE ON DELIVERY | 4000.00 |
| | 9. TRADE-IN ALLOWANCE | 15000.00 |
| | 10. LESS LIEN | N/A |
| | 11. BALANCE | 119645.11 |

EXPECTED / ESTIMATED MONTHLY INVESTMENT

PURCHASER'S SIGNATURE _____    SALESMAN'S SIGNATURE _____

PURCHASER'S SIGNATURE #2 _____    ACCEPTED DEALER'S SIGNATURE _____

Page1 (front) of 2 (back)                                                      Revised 08-05-09

24

## Exhibit B

### Report on Gulf Stream Motor Home Slide Out Room

The following is my report in the case of Hoopes vs. Gulf Stream Coach, Inc. It is based on a review of service records for a 2010 Gulf Stream Super Nova 6400 (VIN # 1HTMPAFM29H542344) Class C motor home, an inspection of the motor home, review of a manual for a slide out mechanism on the motor home, records regarding pullout strength for fasteners, and my professional and academic experience as a mechanical engineer and professor of mechanical engineering. My curriculum vita is attached as Exhibit A. I reserve the right to amend this report if other evidence becomes available.

I was asked to examine a slide out room on a Gulf Stream Super Nova Motor home that was located in a storage facility in North Canton, Ohio to determine why it was not functioning. The slide-out room on the motor home in question was a 24 foot long by 80 inch high side of the motor home located on the driver's side. The other side of the motor home also had a slide out room, but was of a much smaller size. The mechanisms that perform the operation of the slide out room is known as the Accu-Slide system. The operation of the Accu-Slide system is by a gear motor driving chains connected to cables that work in opposition to move the room out and back in. The operation is straight forward and appeared to be kinematically simple and operational. The Accu-Slide Service Installation Manual, and Designer's Guide are attached as Exhibits B and C.

I asked the owner of his experience with the slide out room and was informed that the cables have broken and the connecting brackets had also pulled loose. I was able to obtain the service records for this motor home and verified that the cables for the room slide out had been replaced at least three times and the cable bracket screws have stripped out. The service records are attached as Exhibit D. An examination by me of the brackets on the side of the slide out room showed evidence of the four to six (4 to 6) screws having been repaired. The cables were measured at 0.164 inches in diameter and the screws measured 5/16 inch across the flats. The cables work in pairs on each side of the slide-out, (for a total of four (4) cables moving the room out and four (4) cables moving the room in) but due to the geometry of loading, only one cable on each side

25

actually does all the work.  Each cable of this size could carry in excess of 2000 pounds of load. A reference regarding cables is attached as Exhibit E. The four to six screws attached to the steel sheeting could support a pull-out load in excess of 2000 pounds also. Articles relating to the capacity of fasteners are attached as Exhibits F, G and H.

The opinions expressed by me in this report are all to a reasonable degree of engineering certainty. It is my opinion that the design of the full wall slide out room on the subject mobile home is defective. Since both the cable and screws have failed more than once, it is clear that the system that moves the room in and out is exerting approximately 4,000 pounds of force on the sliding room. The only way that this level of force can be resisted is to have the room bind against the motor home or have some interference in the operation of the slide room. My conclusion is that the rollers and supports for the room coupled with size of the slide out room were incorrectly designed and did not provide for adequate dimensional tolerances. The cable for the slide-out as well as the mounting of the cable supports on the side of the slide out are insufficient to overcome the deficiencies in the rest of the design of the slide out room to provide reliable operation of the slide-out thus causing a failure to operate.

The owner informs me that the failure of the slide out room has prevented him from fully retracting the slide out room, causing him to have to drive the motor home with the slide out room extended out. This situation presents a risk to the physical safety of the occupants of the motor home because if the increased risk of collision and because the center of gravity of the motor home will have been shifted laterally. This would change the vehicle dynamics increasing the possibility of a roll-over situation.

Also the slide out room does not have a locking mechanism. The cables are continually breaking on the slide out room. This presents a risk that the slide out room will extend when the motor home turns or experiences lateral forces. This circumstance presents a greater risk as the driver would experience a dynamic shift of center of gravity and dimensions of the motor home.

As a result of the risks to physical safety presented by the failure of the slide out room, the system should be designed to at least a factor of safety of 2. It is clear that the design of the slide out room does not meet that safety factor.

I have not testified in other cases as a witness at trial or by deposition in the last four years.

26

My fee schedule is $175.00 per hour plus expenses. To review all materials to date and prepare this report, I will be compensated approximately $2200.00.

Jon S. Gerhardt, Ph.D., P.E.

Exhibit C

GULF STREAM COACH, INC.
P.O. BOX 1005
NAPPANEE, INDIANA 46550
PHONE (574) 773-7761

GULF STREAM COACH, INC.
P.O. BOX 712282
CINCINNATI, OH 45271-2282

SOLD TO: 55587 02

SHIP TO:
GENERAL RV CENTER, INC.

PAGE#
OD: 05/29/200'

GENERAL RV CENTER, INC.

48500 12 MILE ROAD
WIXOM
MICHIGAN                    48393
USA

3055 GREENSBURG ROAD
NORTH CANTON
OHIO                    44720

RETAIL NAME:

| 08/31/2009 | 53- 40857 | 07/14/2009 | | | C | 67785 | YES | AUG 3 7 2009 |

| GULF STREAM | 085 | | | | | | P.O.# 7420# |

| 53-0-C-VS4008N- 40857 | MIDNIGHT | 0000785 | 1151196 | LUX RED |
| VIN# 1STRPAFNX8U4X344 | | | | |

DRAWING# VS4008N        XG  40'-0" SUPERNOVA W/FULL WALL SLY        125,512.00

|  |  |  |  |
|---|---|---|---|
| | | **CHASSIS** | |
| :117Z | 1 | 26,900 GVWR. 300HP VT365 INTERNATIONAL DIESEL | N/C |
| | | **STRUCTURALS** | |
| .0788 | 1 | THERMOPANE WINDOWS | 495.00 |
| | | **MISCELLANEOUS** | |
| .2160 | 1 | 140 GALLON FUEL TANK | 200.00 |
| .035Z | 1 | 3-SPEED FANTASTIC FAN | 225.00 |
| .2181 | 1 | BLACK FLUSH TANK | 108.00 |
| .218Z | 1 | FIREPLACE | 695.00 |
| | | **ELECTRICAL** | |
| .214Z | 1 | DUAL FLIP DOWN TV'S IN BUNKS | 1,195.00 |
| .0X0Z | 1 | OUTSIDE ENTERTAINMENT CENTER | 185.00 |
| .0585 | 1 | DSS PRE-WIRE | 35.00 |
| .0391 | 1 | BACK-UP MONITOR | 725.00 |
| .107Z | 1 | AV8-100 VIDEO BOX | 120.00 |
| | | **APPLIANCES** | |
| .2126 | 1 | SIDE BY SIDE REFER W/ICE MAKER | 1,495.00 |
| .2132 | 1 | WASHER/DRYER PREP | 145.00 |
| | | **EXTERIOR** | |
| 2184 | 1 | FULL BODY PAINT W/ DOUBLE CLEAR COAT | 7,500.00 |
| 2180 | 1 | SKY VIEW CAP | 1,200.00 |
| | | **UPGRADE PACKAGES** | |
| 1075 | 1 | RVIA NATIONAL MARKETING CAMPAIGN        (REQUIRED) | 80.00 |

SUB-TOTAL        139,397.00
FREIGHT        234.00
FUELCHG        249.00

INVOICE TOTAL        139,880.00

ALLOWANCE        10,000.00-

E-DEALER FILE        ***** STRICTLY CONFIDENTIAL **        NET TOTAL        129,880.00
SALMON-A/R        YELLOW-SALES        WHITE-SERVICE

G5000115

28