1 2 3          case 1:10-cv-00365-~~~-RBC   document 14-3  filed ... ...

# Purchase Agreement

## GENERAL RV CENTER
3063 GREENSBURG ROAD
NORTH CANTON, OH 44720
PHONE (330) 896-8977
FAX (330) 896-6655

| | |
|---|---|
| PURCHASER #1 | *Nathan Hoopes* |
| PURCHASER #2 | |
| DATE | 10/12/10 |
| Quote # | ~~84433~~ 120359 |
| ADDRESS | 13267 cenfield st |
| Customer # | 181167 |
| CITY | Alliance |
| STATE | OH |
| ZIP | 44601 |
| HOME PHONE | 330-257-1235 |
| COUNTY | stark |
| CELL PHONE #1 | |
| CELL PHONE #2 | |

| NEW ☒ / USED ☐ | YEAR 2010 | MAKE Supernova | MODEL 6400 |
|---|---|---|---|
| VEHICLE IDENTIFICATION NUMBER | 1HTmPAFm29H542344 | ENGINE | ODOMETER |
| COLOR | STOCK NO. 74204 | WEIGHT/FEE CAT. | TO BE DELIVERED NO LATER THAN |

E-MAIL ADDRESS

SALESPERSON 6AW / JKC

| ACCESSORIES AND/OR EQUIPMENT | $ | | LIST PRICE $ | |
|---|---|---|---|---|
| *Frt 3600* | | | | |
| *RSD 1500* | | | | |
| *PDI 300* | | | | |
| *CT 545* | | | | |
| *CX* | | | | |

Agreed price includes all factory and dealer rebates, discounts and incentives.

**SUB-TOTAL**

### DESCRIPTION OF TRADE-IN

| YEAR 09 | M Harley Davidson | MODEL electra glide | TYPE FLHT |
|---|---|---|---|
| VEHICLE IDENTIFICATION NO. | | APPRAISAL | BY: |
| CURRENT ODOMETER READING | BALANCE OWED TO -- 0 -- | | BALANCE OWED |

IF THIS IS FOR A USED MOTOR VEHICLE, THE INFORMATION YOU SEE ON THE (FEDERAL TRADE COMMISSION) WINDOW FORM IS PART OF THIS AGREEMENT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.
THIS AGREEMENT IS NOT BINDING UPON EITHER THE PURCHASER OR THE DEALER UNTIL SIGNED BY BOTH PARTIES, OR SHALL NOT BE BINDING UPON THE DEALER, OR THE PURCHASER UNTIL ALL CREDIT TERMS, IF APPLICABLE, ARE APPROVED AND ACCEPTED BY ALL PARTIES-DEALER, PURCHASER AND LENDING INSTITUTION. IF CREDIT TERMS ARE NOT ACCEPTED, FULL DEPOSIT WILL BE REFUNDED TO PURCHASER. AGREEMENT BASED UPON AVAILABILITY OF VEHICLE. PURCHASER IS OF LEGAL AGE IN THIS STATE. YOU ARE AUTHORIZED TO CHECK MY CREDIT HISTORY.

**DOWN PAYMENT - Most lenders require 20%**

A Document Processing Fee of $190.00 will be charged

**COMPANY POLICY**
We must have your trade title, cashier's check, bank money order or certified check for the balance.

THIS PURCHASE AGREEMENT CONTAINS THE ENTIRE UNDERSTANDING BETWEEN GENERAL RV AND PURCHASER. NO ONE HAS AUTHORITY TO MAKE ANY REPRESENTATION BEYOND THIS AGREEMENT AND NO OTHER REPRESENTATIONS OR INDUCEMENTS, VERBAL OR WRITTEN HAVE BEEN MADE, WHICH ARE NOT CONTAINED ON THIS DOCUMENT. BY SIGNING BELOW PURCHASER ACKNOWLEDGES THAT PURCHASER HAS RECEIVED A COPY OF THIS AGREEMENT AND THAT PURCHASER HAS READ AND UNDERSTANDS THE TERMS OF THIS AGREEMENT, INCLUDING THOSE PRINTED ON THE REVERSE SIDE, WHICH INCLUDE AN ARBITRATION AGREEMENT, AN "AS IS" CLAUSE, AND A CHOICE OF LAW PROVISION INDICATING THAT MICHIGAN LAW WILL APPLY TO ANY POTENTIAL DISPUTES.

| | | | |
|---|---|---|---|
| 1. OTHER TAXABLE CHARGES (PROCESSING FEE, SERVICE FEE, ETC.) | | | |
| 2. DEALER OR MANUFACTURER FREIGHT | | | |
| 3. PREPARATION CHARGES | | | |
| 4. TOTAL TAXABLE PRICE | | 127680 | 33 |
| 5. A) SALES TAX  6.50% | | 7319 | 67 |
| B) LICENSE FEE | | | |
| C) TITLE FEE | | | |
| 6. TOTAL DELIVERED PRICE | | 135000 | 00 |
| 7. CASH ON DEPOSIT (RECEIPT NO._____) | | 1,000 | 00 |
| 8. CASH DUE ON DELIVERY | | | |
| 9. TRADE-IN ALLOWANCE | $ | 15,000 – | |
| 10. LESS: LIEN | $ | | |
| 11. BALANCE | | 119,000 | 00 |

**EXPECTED / ESTIMATED MONTHLY INVESTMENT**

[ ]  TO  [ ]

PURCHASER'S SIGNATURE #1 *Nathan Hoop*

PURCHASER'S SIGNATURE #2 _____

SALESMAN'S SIGNATURE _____

ACCEPTED DEALER'S SIGNATURE _____

EXHIBIT B

1 2 3     case 1:10-cv-00365-...-RBC   document 14-2 **Purchase Agreement**

**GENERAL RV CENTER**
3063 GREENSBURG ROAD
NORTH CANTON, OH 44720
PHONE (330) 896-8977
FAX     (330) 896-6655

| Field | Value |
|---|---|
| PURCHASER #1 | DEVON L HOOPES |
| DATE | 01/23/10 |
| PURCHASER #2 | NATHAN D HOOPES |
| Quote # | 120359 |
| ADDRESS | 13267 CENFIELD ST |
| Customer # | 181167 |
| CITY | ALLIANCE |
| STATE | OH |
| ZIP | 44601 |
| HOME PHONE | 330-875-9611 |
| COUNTY | STARK |
| CELL PHONE #1 | 330-257-1235 |
| CELL PHONE #2 | |
| E-MAIL ADDRESS | |
| SALESPERSON | GREGORY A. WATKIN |

☐ NEW ☐ USED
YEAR: 2010   MAKE: SUPER NOVA   MODEL: 6400
VEHICLE IDENTIFICATION NUMBER: 1HTMPAFM29H542344   ENGINE:   ODOMETER: 1050
COLOR:   STOCK NO.: 74204   WEIGHT/FEE CAT.:   TO BE DELIVERED NO LATER THAN:

| ACCESSORIES AND/OR EQUIPMENT | $ | | LIST PRICE $ | |
|---|---|---|---|---|
| | | Unit Price | 127420 | .33 |
| | | CRNS | 3995 | .00 |
| | | | N/A | |
| | | Classic Tire | 399 | .00 |
| | | | N/A | |
| | | ResistAll | N/A | |
| | | | N/A | |

Agreed price includes all factory and dealer rebates, discounts and incentives.

| | | |
|---|---|---|
| SUB-TOTAL | 131814 | .33 |
| 1. OTHER TAXABLE CHARGES (PROCESSING FEE, SERVICE FEE, ETC.) | 190 | .00 |
| 2. DEALER OR MANUFACTURER FREIGHT | N/A | |
| 3. PREPARATION CHARGES | N/A | |
| 4. TOTAL TAXABLE PRICE | 132004 | .33 |
| 5. A) SALES TAX | 7605 | .28 |
| B) LICENSE FEE | N/A | |
| C) TITLE FEE | 35 | .50 |
| 6. TOTAL DELIVERED PRICE | 139645 | .11 |
| 7. CASH ON DEPOSIT (RECEIPT NO. ) | 1000 | .00 |
| 8. CASH DUE ON DELIVERY | 4000 | .00 |
| 9. TRADE-IN ALLOWANCE $ | 15000 | .00 |
| 10. LESS: LIEN $ | N/A | |
| 11. BALANCE | 119645 | .11 |

**DESCRIPTION OF TRADE-IN**
YEAR: 2009   MAKE: FLHT   MODEL:   TYPE: ELECTRA GLIDE
VEHICLE IDENTIFICATION NO.: 1HD1FV41291781 4998   APPRAISAL:   BY:
CURRENT ODOMETER READING: 1/2   BALANCE OWED TO:   BALANCE OWED: N/A

IF THIS IS FOR A USED MOTOR VEHICLE, THE INFORMATION YOU SEE ON THE (FEDERAL TRADE COMMISSION) WINDOW FORM IS PART OF THIS AGREEMENT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE. THIS AGREEMENT IS NOT BINDING UPON EITHER THE PURCHASER OR THE DEALER UNTIL SIGNED BY BOTH PARTIES, OR SHALL NOT BE BINDING UPON THE DEALER, OR THE PURCHASER UNTIL ALL CREDIT TERMS, IF APPLICABLE, ARE APPROVED AND ACCEPTED BY ALL PARTIES DEALER, PURCHASER AND LENDING INSTITUTION. IF CREDIT TERMS ARE NOT ACCEPTED, FULL DEPOSIT WILL BE REFUNDED TO PURCHASER. AGREEMENT BASED UPON AVAILABILITY OF VEHICLE. PURCHASER IS OF LEGAL AGE IN THIS STATE. YOU ARE AUTHORIZED TO CHECK MY CREDIT HISTORY.

**DOWN PAYMENT - Most lenders require 20%**
20000.00

A Document Processing Fee of $190.00 will be charged

**COMPANY POLICY**
We must have your trade title, cashier's check, bank money order or certified check for the balance.

THIS PURCHASE AGREEMENT CONTAINS THE ENTIRE UNDERSTANDING BETWEEN GENERAL RV AND PURCHASER. NO ONE HAS AUTHORITY TO MAKE ANY REPRESENTATION BEYOND THIS AGREEMENT AND NO OTHER REPRESENTATIONS OR INDUCEMENTS, VERBAL OR WRITTEN HAVE BEEN MADE, WHICH ARE NOT CONTAINED ON THIS DOCUMENT. BY SIGNING BELOW PURCHASER ACKNOWLEDGES THAT PURCHASER HAS RECEIVED A COPY OF THIS AGREEMENT AND THAT PURCHASER HAS READ AND UNDERSTANDS THE TERMS OF THIS AGREEMENT, INCLUDING THOSE PRINTED ON THE REVERSE SIDE, WHICH INCLUDE AN ARBITRATION AGREEMENT, AN "AS IS" CLAUSE, AND A CHOICE OF LAW PROVISION INDICATING THAT MICHIGAN LAW WILL APPLY TO ANY POTENTIAL DISPUTES.

**EXPECTED / ESTIMATED MONTHLY INVESTMENT**
[ ] TO [ ]

PURCHASER'S SIGNATURE #1 _(signed)_
PURCHASER'S SIGNATURE #2 _(signed)_
SALESMAN'S SIGNATURE _____
ACCEPTED DEALER'S SIGNATURE _(signed)_

GS000117
Revised 03-05-09

Page 1 (front) of 2 (back)

case 1:10-cv-00365-.. ..-RBC   document 14-2   filed 01/2.. .1   page 3 of 3

ADDITIONAL TERMS AND CONDITIONS

1. **DEFINITIONS**
As used in this agreement the terms (A) "Dealer" shall mean the person or company to whom this agreement is addressed and who shall become a party to this agreement by its acceptance.  (B) "Purchaser" shall mean the party initiating this agreement as stated on the face of the agreement. (C) "Manufacturer" shall mean the corporation that manufactured the vehicle or chassis. It being understood, by the Purchaser and Dealer that the Dealer is in no respect the agent of the Manufacturer. That the Dealer and Purchaser are the sole parties to this agreement and that reference to the Manufacturer is for the purpose of explaining generally certain contractual relationships existing between the Dealer and Manufacturer.

2. **ARBITRATION CLAUSE; CHOICE OF LAW-MICHIGAN**
ANY CONTROVERSY OR CLAIM ARISING OUT OF OR RELATING TO THIS AGREEMENT, THE BREACH OF THIS AGREEMENT, THE SUBJECT OF THIS AGREEMENT, AND/OR THE RECREATIONAL VEHICLE SOLD PURSUANT TO THIS AGREEMENT, SHALL BE RESOLVED BY ARBITRATION ADMINISTERED BY THE OFFICE OF THE AMERICAN ARBITRATION ASSOCIATION LOCATED IN OAKLAND COUNTY, MICHIGAN, USING THE SUBSTANTIVE LAWS OF THE STATE OF MICHIGAN, IN ACCORDANCE WITH ITS THEN CURRENT ARBITRATION RULES. ARBITRATION SHALL BE THE EXCLUSIVE REMEDY OF THE PARTIES. JUDGEMENT UPON THE AWARD RENDERED BY THE ARBITRATION MAY BE ENTERED IN ANY COURT HAVING JURISDICTION. Because of this you give up your rights to go to Court, and your right to a jury trial. Any claim will be decided by an arbitrator under arbitration procedure rules. For more details contact AAA at 1-888-855-9575; 1633 Broadway, Floor 110, New York, New York 10019; www.adr.org; e-mail: aaainternational@adr.org.

3. **PRICE CHANGES**
In the event the Manufacturer shall notify the Dealer of a change in price for vehicle of the same style and type as the vehicle ordered by this agreement, and prior to delivery of the vehicle ordered by Purchaser, the Dealer shall have the right to adjust the cash delivered price of the vehicle ordered, only in the amount of the increase. In the event of any such change in price, the Purchaser shall have the option of concluding the purchase at the adjusted price or canceling this agreement. Should the Purchaser elect to cancel this agreement, the Dealer will refund to the Purchaser all amounts previously paid, and if the Purchaser has delivered to the Dealer a used vehicle as all or part of the payment required, the Dealer shall redeliver the used vehicle to the Purchaser subject to a reasonable charge for any repairs performed to the used vehicle. If the Dealer has sold the trade-in vehicle, the Dealer shall pay to the Purchaser the agreed value or fair market value of the vehicle.

4. **MANUFACTURER'S DESIGN CHANGES**
In the event the Manufacturer shall change or modify the design of any part or accessory of the vehicle after the Purchaser's order for the new vehicle has been entered by the Dealer, the Purchaser shall have no claim or right against the Dealer should the Purchaser's new vehicle not contain such changes or modifications, nor shall the Dealer be required to effect such changes or modifications to the Purchaser's new vehicle.

5. **DELAYS IN DELIVERY**
The Purchaser understands that the Dealer shall not be liable for any damages resulting from a failure to deliver or other delays caused by the Manufacturer, accidents, fire or any other causes beyond the Dealer's control. This agreement may be renegotiated or canceled (with full refund of deposit) if the vehicle is not delivered by the date specified on the face of this agreement.

6. **CHANGES OTHER THAN MANUFACTURER'S DESIGN CHANGES ON ORDERED VEHICLES**
This paragraph only applies to vehicles ordered from a Manufacturer specifically for the purchaser. If an ordered vehicle arrives at the Dealer's place of business not equipped in accordance with this agreement, the Purchaser has the right to refuse to accept delivery, with no loss of deposit, or renegotiate a new purchase agreement.

7. **USED VEHICLE APPRAISAL**
If the Purchaser is delivering a used vehicle as part of the purchase price and the delivery will not be made until delivery of the Purchaser's ordered new vehicle, the Dealer shall have the right to reappraise the Purchaser's used vehicle at the time of delivery of the new vehicle. The reappraised amount shall be the amount allowed for the used vehicle in this transaction. If the Purchaser is dissatisfied with the reappraisal, the Purchaser may cancel this agreement provided that the cancellation occurs prior to the delivery of the new vehicle.

8. **TITLE TO THE USED VEHICLE & CONDITION**
Any used vehicle delivered by the Purchaser to the Dealer, in connection with this transaction, shall be accompanied by title documents sufficient to enable the Dealer to obtain a title to the vehicle in accordance with applicable state law. The Purchaser warrants that any used vehicle delivered to the Dealer is properly titled to the Purchaser and that the Purchaser has the right to sell or otherwise convey such vehicle and that such vehicle is free of damage or abuse, except normal wear and tear, and that is free and clear of liens or encumbrances except as may be noted on the reverse side of this agreement.

9. **PURCHASER'S REFUSAL TO PURCHASE**
In the event of any failure by the Purchaser to perform the Purchaser's obligations, including but not limited to, any failure to take delivery of or to pay the agreed purchase price for the ordered motor vehicle, the Dealer shall be permitted to retain any amount previously paid by the Purchaser as liquidated damages for the Purchaser's default. If the Purchaser has delivered a used vehicle to the Dealer as part of all of the purchase price, the Dealer may sell the used vehicle and retain the proceeds.

10. **TAX LIABILITY**
The Purchaser shall be liable for all sales, use or other taxes of a similar nature applicable to the transaction unless such payment otherwise is prohibited by law, provided that the Purchaser shall in no event be liable for any taxes calculated on the Dealer's income.

11. **INSURANCE UNAVAILABILITY**
In the event this agreement includes a charge for credit life or credit disability insurance and for any reason such insurance cannot be provided, the Purchaser shall receive a credit for the amount charged for such insurance provided the inability of the Dealer or any assignee of the Dealer to secure such insurance for the Purchaser shall not relieve the Purchaser from the Purchaser's obligation to purchase the vehicle described in this agreement. Credit life and credit disability insurance are not mandatory.

12. **EXCLUSION OF WARRANTIES, "AS IS" PURCHASE**
PURCHASER UNDERSTANDS THAT THERE MAY BE WRITTEN WARRANTIES COVERING THIS RV, BUT THAT THESE WARRANTIES ARE OFFERED BY THE MANUFACTURERS OF THE RV, IT'S COMPONENTS AND/OR IT'S APPLIANCES. THESE WARRANTIES HAVE BEEN PROVIDED TO PURCHASER AND PURCHASER HAS READ AND UNDERSTANDS THESE WARRANTIES. PURCHASER UNDERSTANDS THAT DEALER OFFERS NO WARRANTIES, EXPRESS OR IMPLIED, ON THIS RV. THIS RV IS SOLD "AS IS" BY DEALER, AND DEALER DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

13. **LIMITATION AND DISCLAIMER OF DAMAGES; NO REFUND, "AS IS" PURCHASE**
Except in states that do not allow limitation of damages, the following limitation of damages shall apply. DEALER DISCLAIMS ANY INCIDENTAL AND/OR CONSEQUENTIAL DAMAGES, SUCH THAT PURCHASER SHALL NOT BE ENTITLED TO INCIDENTAL OR CONSEQUENTIAL DAMAGES FROM DEALER. Also, since this is an "AS IS" purchase as to Dealer, purchase cannot rescind nor revoke the acceptance of this contract or the vehicle or return the vehicle to Dealer.

14. **USED VEHICLE - WHETHER OR NOT SUBJECT TO MANUFACTURER'S WARRANTY**
Unless a separate written document containing the terms of a Dealer warranty is furnished by the Dealer to the Purchaser, any used vehicle, motor home or recreational vehicle is sold "AS IS" WITHOUT ANY WARRANTY. THE DEALER HEREBY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

15. **DAMAGE DISCLOSURE OR NON-DISCLOSURE:**
A. NEW VEHICLE, DEMONSTRATOR, EXECUTIVE OR MANUFACTURER'S VEHICLE OR PROGRAM VEHICLE. Damage to a vehicle (including all mechanical components, electrical components, sheet metal, paint, trim, or other items) may occur at the factory, while the vehicle is being transported to Dealer, or while in Dealer's possession awaiting sale. Normally, any damage that occurs at the factory is detected and corrected at the factory during the inspection process. Damage that has been repaired by the Manufacturer prior to delivery to Dealer, since generally unknown to Dealer, will not be disclosed.
Dealer follows the following regarding damage disclosure for a new vehicle, demonstrator, executive, Manufacturer's vehicle or program vehicle:
Any damage that Dealer has corrected by replacing glass, tires, wheels, bumpers, audio equipment, in-dash components or components contained in the living quarters of a motor home that are not required for the operation of the motor home as a motor vehicle with original Manufacturer's parts and materials will not be disclosed. If Dealer has actual knowledge of damage to a vehicle after Dealer receives the vehicle from Manufacturer, and repair work performed by the Dealer exceeds six (6%) percent of the Manufacturer's Suggested Retail Price, in the aggregate, of the Vehicle it may be disclosed if Dealer believes it would be important to an average purchaser.
B. USED VEHICLES Since a used Vehicle has been subject to use and possibly to body and mechanical damages, the Vehicle may have been subject to repairs for mechanical reasons or to enhance appearance for sale. Such repairs may include body bumping and painting of the Vehicle. Since (i) Buyer has the right to inspect the Vehicle, (ii) Dealer generally lacks knowledge of all prior repairs, and (iii) uncertainty exists as to what may be deemed material to Buyer, Dealer makes no representations as to damages or repairs, if any.

16. **APPLICABLE LAW**
Each portion of this agreement shall be interpreted in such a way as to be effective and valid under applicable law. If any provision is invalidated the remaining portions of this Agreement shall remain in effect. Should any disputes arise regarding the terms of this Agreement, the subject of this Agreement, and/or the Vehicle sold pursuant to this Agreement, those disputes shall be governed by the substantive laws of the State of Michigan, without regard to conflicts of law rules. This means that if Purchaser files a claim against Dealer regarding the Vehicle, Michigan law, not Ohio law, will control that claim.