Lexis Advance®
Research



Document:16 CFR 701.3

# 16 CFR 701.3

Copy Citation

This document is current through the November 2, 2016 issue of the Federal Register

**Code of Federal Regulations**  TITLE 16 -- COMMERCIAL PRACTICES  CHAPTER I -- FEDERAL TRADE COMMISSION  SUBCHAPTER G -- RULES, REGULATIONS, STATEMENTS AND INTERPRETATIONS UNDER THE MAGNUSON-MOSS WARRANTY ACT  PART 701 -- DISCLOSURE OF WRITTEN CONSUMER PRODUCT WARRANTY TERMS AND CONDITIONS

## § 701.3 Written warranty terms.

**(a)** Any warrantor warranting to a consumer by means of a written warranty a consumer product actually costing the consumer more than $ 15.00 shall clearly and conspicuously disclose in a single document in simple and readily understood language, the following items of information:

**(1)** The identity of the party or parties to whom the written warranty is extended, if the enforceability of the written warranty is limited to the original consumer purchaser or is otherwise limited to persons other than every consumer owner during the term of the warranty;

**(2)** A clear description and identification of products, or parts, or characteristics, or components or properties covered by and where necessary for clarification, excluded from the warranty;

**(3)** A statement of what the warrantor will do in the event of a defect, malfunction or failure to conform with the written warranty, including the items or services the warrantor will pay for or provide, and, where necessary for clarification, those which the warrantor will not pay for or provide;

**(4)** The point in time or event on which the warranty term commences, if different from the purchase date, and the time period or other measurement of warranty duration;

**(5)** A step-by-step explanation of the procedure which the consumer should follow in order to obtain performance of any warranty obligation, including the persons or class of persons authorized

to perform warranty obligations. This includes the name(s) of the warrantor(s), together with: The mailing address(es) of the warrantor(s), and/or the name or title and the address of any employee or department of the warrantor responsible for the performance of warranty obligations, and/or a telephone number which consumers may use without charge to obtain information on warranty performance;

**(6)** Information respecting the availability of any informal dispute settlement mechanism elected by the warrantor in compliance with Part 703 of this subchapter;

**(7)** Any limitations on the duration of implied warranties, disclosed on the face of the warranty as provided in section 108 of the Act, 15 U.S.C. 2308, accompanied by the following statement:

Some States do not allow limitations on how long an implied warranty lasts, so the above limitation may not apply to you.

**(8)** Any exclusions of or limitations on relief such as incidental or consequential damages, accompanied by the following statement, which may be combined with the statement required in paragraph (a) (7) of this section:

Some States do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you.

**(9)** A statement in the following language:

This warranty gives you specific legal rights, and you may also have other rights which vary from State to State.

**(b)** Paragraphs (a) (1) through (9) of this section shall not be applicable with respect to statements of general policy on emblems, seals or insignias issued by third parties promising replacement or refund if a consumer product is defective, which statements contain no representation or assurance of the quality or performance characteristics of the product; Provided That: (1) The disclosures required by paragraphs (a) (1) through (9) of this section are published by such third parties in each issue of a publication with a general circulation, and (2) such disclosures are provided free of charge to any consumer upon written request.

## Statutory Authority

15 U.S.C. 2302 and 2309.

## History

[40 FR 60188, Dec. 31, 1975; 80 FR 42710, 42722, July 20, 2015]