

# GULF STREAM
## COACH, INCORPORATED

# Motorized Limited Warranty

For Your Protection And Understanding, Read All Parts Of This Limited Warranty
And All Other Warranties Furnished With This Recreational Vehicle.



PLAINTIFF'S EXHIBIT 2

# GULF STREAM COACH, INC. LIMITED WARRANTY
## IN THE UNITED STATES AND CANADA

For Your Protection And Understanding, Read All Parts Of This Limited Warranty And All Other Warranties Furnished With This Recreational Vehicle.

### 1. WHAT IS COVERED

A new Gulf Stream Coach, Inc. ("Gulf Stream") motorized recreational vehicle has a limited warranty by Gulf Stream to the initial retail purchaser and subsequent purchasers ("Purchaser") under normal use, when sold by an authorized Gulf Stream dealer and used for its intended purpose for recreational travel and camping as follows:

a) A one (1) year warranty under normal use against defects in Gulf Stream materials and/or workmanship in the construction of the recreational vehicle.
b) A two (2) year warranty under normal use against structural defects in Gulf Stream materials and/or workmanship in the construction of the floors, walls and roof.

The warranty coverage starts on the date the initial retail purchaser takes possession of such recreational vehicle. This Limited Warranty covers only those defects which occur or exist within the applicable period(s) referenced above and which are specifically identified to Gulf Stream in the manner specified in Section 4 of this Limited Warranty. All obligations of Gulf Stream pursuant to this Limited Warranty are limited to replacing or repairing the defective part or component.

### 2. DISCLAIMER OF WARRANTIES

This Limited Warranty is expressly IN LIEU of any other express warranty and is further IN LIEU of any implied warranty, including, but not limited to, any implied WARRANTY OF MERCHANTABILITY or FITNESS for a particular purpose. To the extent that applicable state and/or federal law prohibits the exclusion of any remedy permitted under state or federal law, any such remedy, including, but not limited to, implied warranties of fitness, use, merchantability or purpose, is limited to one (1) year from the date the initial retail purchaser takes delivery of the recreational vehicle.

### 3. WHAT ARE THE INDEPENDENT DEALER'S OBLIGATIONS

It is the responsibility of the independent dealer ("dealer") to maintain the recreational vehicle until retail sold; to perform a comprehensive pre-retail delivery check procedure and inspection; to repair or replace any defective parts; to correct defects in workmanship which are identified prior to initial retail purchaser's taking delivery of the recreational vehicle; to present the initial retail purchaser with this Limited Warranty prior to the initial retail purchaser's entering into any written contract to purchase a recreational vehicle; and to mail to Gulf Stream the signed Gulf Stream Recreational Vehicle Registration Form and the signed Limited Warranty.

### 4. WHAT ARE THE PURCHASER'S OBLIGATIONS

The Purchaser is responsible for all maintenance as described in the Gulf Stream Owner's Manual and/or any other care and maintenance manual supplied with the recreational vehicle; however, minor adjustments (such as adjustments to the interior or exterior doors, LP regulator pressure, cabinet latches, TV antenna control, etc.) will be performed by the dealer during the first 90 days of warranty coverage only. Thereafter, such adjustments are the responsibility of the Purchaser as normal maintenance unless required as a direct result of repair or replacement of a defective part under this Limited Warranty.

If an issue occurs which the Purchaser believes is covered by this Limited Warranty, Purchaser is responsible to promptly contact Gulf Stream by certified mail, return receipt requested, giving specific notice of the issue(s) being experienced with the recreational vehicle. Such notice must be addressed to the National Retail Service Manager, Gulf Stream Coach, Inc., P.O. Box 1005, Nappanee, Indiana 46550, and must be received by Gulf Stream within the earlier of 30 days after the issue is known to the initial retail purchaser or 10 days subsequent to the expiration of this Limited Warranty. After proper notification has been received by Gulf Stream Coach, Inc., failure of Purchaser to initiate prompt service of repairs approved by Gulf Stream within 30 days of approval WILL VOID ANY CLAIM FOR SUCH DEFECT OR DAMAGE.

Gulf Stream will arrange for repair or replacement, as determined by Gulf Stream, of Gulf Stream parts or workmanship identified as defective by Gulf Stream and such parts replaced shall become property of Gulf Stream. Gulf Stream is ready, willing and able to make every effort for a quick response. If for any reason the recreational vehicle is out of service, or is anticipated to be out of service for a cumulative total of seven (7) days during the applicable warranty period, regardless of whether the cause of such out of service time is covered by this Limited Warranty, the Purchaser is to immediately contact Gulf Stream by certified mail, return receipt requested, setting forth the service issue(s). Gulf Stream reserves the right to cure all warranty claims. Service work conducted by any party not specifically authorized by Gulf Stream to undertake such work is specifically not covered by this Limited Warranty and WILL VOID THIS LIMITED WARRANTY. Further, failure of the Purchaser to comply with the notification provisions of this section WILL VOID THIS LIMITED WARRANTY.

The Purchaser must maintain all evidence of any defect or damage through the ultimate resolution of any claim and make such evidence available to Gulf Stream. Failure to preserve such evidence will VOID ANY CLAIM FOR SUCH DEFECT OR DAMAGE.

### 5. WHAT IS NOT COVERED BY LIMITED WARRANTY

- This Limited Warranty does not apply to any vehicle sold to the initial retail purchaser more than two years after shipment to the authorized Gulf Stream selling dealer.
- The automotive systems including, but not limited to, tires, wheels, batteries, the chassis and drive train and any part of that chassis included/supplied by the chassis manufacturer.

- Appliances and component parts not manufactured by Gulf Stream, including, but not limited to, auxiliary generator power plants, refrigerators, air conditioners, water heaters, furnaces, invertors, etc.
- Failure which may be caused by, or related to abuse, misuse, negligence, or accident; failure which may be related to alteration(s) or modification(s), failure as a result of not following instructions contained in the Gulf Stream owner's manual and/or any other care and maintenance manual supplied with the recreational vehicle.
- Deterioration due to wear or exposure, such as fading of fabrics or drapes, carpet wear, exterior surfaces, etc.
- Maintenance items, including, but not limited to, light bulbs, fuses, wiper blades, lubricants, minor adjustments, wheel alignments.
- Use of the recreational vehicle for any commercial or rental purpose voids the warranty from the time that the vehicle is first used for a commercial or rental purpose and at all times thereafter.
- Motor homes on which the odometer reading has been altered.
- Transportation to and from dealer, service center or manufacturing plant location, nor any consequential and/or incidental expenses such as, but not limited to, loss of time, commercial loss, loss of use, towing charges, lodging, food, phone calls, inconvenience, bus or plane fares, rental charges or storage fees.
- Any defects or shortages at the time of delivery to the Purchaser unless noted on the *driver and dealer acceptance form* or the *driver evaluation sheet.*
- Non-structural defects in the exterior fiberglass sidewall panels, including, but not limited to, checking, crazing, cracking, chalking and/or porosity.
- Any component part which possesses its own warranty from a party other than Gulf Stream.
- Loss or damage caused by insurrection, riot, or act of the public enemy, loss or damage caused by forces of nature, including but not limited to, flood, wind, storm, hurricane, tornado, blizzard, explosion, or fire.

## 6. IMPORTANT FACTS

- The Purchaser must inspect the recreational vehicle at the time of delivery to ensure that it is acceptable as delivered. This recreational vehicle has been sold to an independent dealer, and not an agent of Gulf Stream, for resale in the ordinary course of the dealer's business, on terms and conditions and equipped as the dealer and the initial retail purchaser determine, and the initial retail purchaser's agreement is solely with the dealer, not Gulf Stream. Gulf Stream does not participate in retail sales or retail contracts.
- Gulf Stream reserves the unrestricted right at any time and from time to time to make changes in the design of and/or improvements upon its recreational vehicles without thereby imposing any obligation upon itself to make corresponding changes or improvements in or upon its recreational vehicles already manufactured. Gulf Stream further reserves the right to substitute parts or components of substantially equal quality in any warranty service required by operation of this Limited Warranty.
- Like any other product, a recreational vehicle and the products installed in it will require care and maintenance attention by the owner and occupants. Please read and follow all care and maintenance manuals, warning labels, safety notices and instructions supplied with the recreational vehicle.
- Authorized dealers and service centers are independent contractors and independently owned businesses. This is also true of the authorized chassis dealers and service centers.

## 7. JURISDICTION AND APPLICABLE LAW

Exclusive jurisdiction for deciding any claims, demands or causes of action for defects or representations of any nature or damages due from such defects or representations shall be in the courts in the State of Manufacture. The laws applicable to any litigation, dispute, mediation, arbitration or any claim whatsoever arising from the sale, purchase, or use of the recreational vehicle shall be those of the State of Manufacture. The State of Manufacture of the recreational vehicle is Indiana.

This Limited Warranty gives Purchaser specific legal rights and the Purchaser may also have other rights that may vary from state to state. Gulf Stream is not responsible for any representation or warranty that is not herein stated unless required by applicable state or federal law. Some states may prohibit certain exclusions from express warranty coverage, and/or the exclusion of remedies and implied warranties. Some states do not allow limitations on how long the Purchaser's remedies are available or an implied warranty lasts, so, to the extent applicable state law permits a remedy or an implied warranty obligation on the part of Gulf Stream, the above limitation of remedies stated in Section 2 may not apply. Some states do not allow the exclusion or limitation of damages, so, to the extent applicable state law does not permit such limitation or exclusion, the limitation and exclusions set forth in Section 2 above may not apply. Consult your personal attorney to determine all rights under the state and federal consumer laws, which may offer remedies in addition to or different from this Limited Warranty.

I/WE HEREBY ACKNOWLEDGE THAT I/WE HAVE READ AND RECEIVED THIS LIMITED WARRANTY PRIOR TO ENTERING INTO ANY CONTRACT TO PURCHASE MY/OUR GULF STREAM RECREATIONAL VEHICLE AND AGREE TO ABIDE BY ALL OF ITS TERMS AND PROVISIONS INCLUDING, BUT NOT LIMITED TO, THE DISCLAIMER OF ALL OTHER EXPRESS AND IMPLIED WARRANTIES, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, TO THE EXTENT APPLICABLE LAW ALLOWS, AND THE PROVISIONS HEREOF PROVIDING THAT THE EXCLUSIVE JURISDICTION FOR ANY CLAIMS WHATSOEVER SHALL BE IN THE COURTS IN THE STATE OF MANUFACTURE AND THAT THE APPLICABLE LAW SHALL BE THE LAW OF THE STATE OF MANUFACTURE.

SIGN _____ DATE _____ SIGN _____ DATE _____
      (INITIAL RETAIL PURCHASER)                                 (INITIAL RETAIL PURCHASER)

MODEL _____ SERIAL NUMBER _____ ODOMETER READING _____
    WHITE - GULF STREAM         YELLOW - INITIAL RETAIL PURCHASER         Effective July 2006