# BURDGE | LAW OFFICE

8250 Washington Village Drive | Dayton OH | 45458-1850

In the United States District Court for the Northern District of Indiana at South Bend

Case No. 1:10-cv-00365

Devon and Nathan Hoopes

- vs -

Gulf Stream Coach, Inc., et. al.

# Fee & Cost Statement
## January 8, 2013 - April 25, 2017



PLAINTIFF'S EXHIBIT 1-C

*Helping Consumers and Consumer Law Attorneys, Since 1978*

BurdgeLaw.com
OhioLemonLaw.com
KentuckyLemonLaw.com

Office: 937.432.9500
Fax:     937.432.9503

# BURDGE | LAW OFFICE

8250 Washington Village Drive | Dayton OH | 45458-1850

## NATHAN HOOPES

## BURDGE LAW FEE AND COST SUMMARY

## CASE NO. 1:10-CV-00365

## PERIOD: January 8, 2013 to April 25, 2017

### PROFESSIONAL FEES

Attorney Time

| | | |
|---|---|---|
| Ron Burdge | Total Hours: 455.71 x $400 | $182,284.00 |
| Beth Wells | Total Hours: 13.62 x $275 | $   3,745.50 |
| Scarlett Steuart | Total Hours: 202.67 x $175 | $ 35,467.25 |
| Paralegals & Law Clerks | Total Hours: 28.94 x $125 | $   3,617.50 |
| Jacob Mosher: | Hours: 25.62 | |
| Elizabeth Nijak | Hours:   .20 | |
| Katy Shover | Hours: 1.49 | |
| BrandonWilder | Hours: 1.63 | |

**TOTAL FEE AMOUNT:**     **$225,114.25**

### COSTS OF LITIGATION

| | | |
|---|---|---|
| Litigation Costs: | | $  9,924.27 |
| Expert Witness Fees | | $28,978.23 |
| Tom Bailey: | $21,509.48 | |
| Jon Gerhardt | $  6,868.75 | |
| Wilbur Meredith | $     500.00 | |

**TOTAL COSTS:**     **$38,902.50**

**TOTAL FEES AND COSTS FOR BURDGE LAW: $264,016.75**

Z:\data\Hoopes\Atty Fees\Fee and Cost Summary 042517.wpd

*Helping RV Owners and Consumer Law Attorneys, since 1978*