# BURDGE | LAW OFFICE

8250 Washington Village Drive | Dayton OH | 45458-1850

In the United States District Court for the Northern District of Indiana at South Bend

Case No. 1:10-cv-00365

## Devon and Nathan Hoopes

- vs -

## Gulf Stream Coach, Inc., et. al.

---

## Attorney Elizabeth Wells
## Time Records
### January 15, 2013 - November 4, 2015

---

**PLAINTIFF'S EXHIBIT 1-E**

*Helping Consumers and Consumer Law Attorneys, Since 1978*

BurdgeLaw.com
OhioLemonLaw.com
KentuckyLemonLaw.com

Office: 937.432.9500
Fax:    937.432.9503

4/20/2017 Slip Listing for Attorneys Page 1

| DATE | DESCRIPTION | TIMEKEEPER | TIME |
|---|---|---|---|
| 01/15/13 | Draft Complaint History | Beth | 2.00 |
| 11/03/15 | Draft Motion in Limine Regarding Expert Convictions | Beth | 3.50 |
| 11/03/15 | Research Case Law and Civil Rule 609 | Beth | 4.50 |
| 11/04/15 | Phone Call from Tom Bailey Discussing Statement of Facts | Beth | 0.45 |
| 11/04/15 | Review Letter from Sheriff and State Attorney | Beth | 0.10 |
| 11/04/15 | Review Summarization of 3 Cases Regarding Daubert Hearing | Beth | 0.17 |
| 11/04/15 | Revise Motion in Limine Regarding Bailey Criminal Convictions | Beth | 0.75 |

| DATE | DESCRIPTION | TIMEKEEPER | TIME |
|---|---|---|---|
| 11/04/15 | Phone Call to Tom Bailey Discussing Rehabilitation and Criminal Convictions | Beth | 0.30 |
| 11/04/15 | Conference with Ron Regarding Motion in Limine Regarding Bailey Convictions | Beth | 0.20 |
| 11/04/15 | Review Motion in Limine Regarding Bailey Criminal Convictions | Beth | 1.45 |
| 11/04/15 | Email to Tom Bailey Regarding Statement of Facts and Evidence of Rehabilitation | Beth | 0.20 |

**Grand Total**  13.62