# BURDGE | LAW OFFICE

8250 Washington Village Drive | Dayton OH | 45458-1850

In the United States District Court for the Northern
District of Indiana at South Bend

Case No. 1:10-cv-00365


## Devon and Nathan Hoopes

- vs -

## Gulf Stream Coach, Inc., et. al.


# Attorney Scarlett Steuart
# Time Records
# October 3, 2016 - April 25, 2017

PENGAD 800-631-6989

**PLAINTIFF'S
EXHIBIT**

1-F

*Helping Consumers and Consumer Law Attorneys, Since 1978*

BurdgeLaw.com
OhioLemonLaw.com
KentuckyLemonLaw.com

Office: 937.432.9500
Fax:    937.432.9503

4/25/2017

Slip Listing for Attorneys

Page      1

| DATE | DESCRIPTION | TIMEKEEPER | TIME |
|------|-------------|------------|------|
| 10/03/16 | Analyze Previously Filed Motions in Limine | Scarlett | 0.30 |
| 10/04/16 | Draft Trial Brief | Scarlett | 3.70 |
| 10/05/16 | Continue Drafting Trial Brief | Scarlett | 1.50 |
| 10/04/16 | Draft Law Book | Scarlett | 0.20 |
| 10/06/16 | Continue Drafting Plaintiff Trial Brief | Scarlett | 0.47 |
| 10/06/16 | Review and Revise Motions in Limine and Prepare Exhibits | Scarlett | 0.58 |
| 10/07/16 | Research Case law Regarding  Definition of "willful" in Indiana Consumer Protection Act | Scarlett | 0.95 |
| 10/11/16 | Draft Objections to Defense Exhibits | Scarlett | 2.00 |

4/25/2017
5:13 PM
Slip Listing for Attorneys

Page    2

| DATE | DESCRIPTION | TIMEKEEPER | TIME |
|------|-------------|------------|------|
| 10/11/16 | Review Defense Trial Exhibits for Objection | Scarlett | 1.00 |
| 10/11/16 | Continue Reviewing Defense Trial Exhibits for Objection | Scarlett | 1.53 |
| 10/12/16 | Draft Email to Atty Hardman Regarding  Trial Exhibits | Scarlett | 0.20 |
| 10/12/16 | Review of Evidence Plaintiff Previously Produced vs. Trial Evidence | Scarlett | 1.55 |
| 10/12/16 | Revise Motions in Limine | Scarlett | 0.10 |
| 10/12/16 | Draft Ratification Jury Instruction | Scarlett | 0.30 |
| 10/12/16 | Research Jury Instruction on Ratification of Agents Actions | Scarlett | 0.50 |

4/25/2017
5:13 PM

Slip Listing for Attorneys

Page       3

| DATE | DESCRIPTION | TIMEKEEPER | TIME |
|------|-------------|------------|------|
| 10/12/16 | Draft and Revise Plaintiff Objections to Defense Trial Exhibits | Scarlett | 1.00 |
| 10/13/16 | Conference with Ron Regarding  Trial Prep Status | Scarlett | 0.10 |
| 10/13/16 | Revise Plaintiff Trial Brief | Scarlett | 0.30 |
| 10/13/16 | Revise and File Plaintiff Objections to Defense Trial Exhibits; Prepare Attachments | Scarlett | 0.33 |
| 10/13/16 | Conference with Ron Regarding  Joint Voir Dire Questions | Scarlett | 0.30 |
| 10/13/16 | Revise Motions into One Motion in Limine | Scarlett | 0.40 |
| 10/13/16 | Research Case Law Regarding  Failure of Essential Purpose | Scarlett | 1.00 |

Slip Listing for Attorneys

| DATE | DESCRIPTION | TIMEKEEPER | TIME |
|------|-------------|------------|------|
| 10/13/16 | Revise Plaintiff Trial Brief to Incorporate Failure of Essential Purpose | Scarlett | 0.50 |
| 10/13/16 | Research Case Law Regarding Elements of Proof Damages and Update Breach of Warranty | Scarlett | 1.20 |
| 10/13/16 | Draft Joint Voir Dire Questions | Scarlett | 0.90 |
| 10/13/16 | Draft Motion in Limine Regarding  Reference to Previously Named Defenses | Scarlett | 0.33 |
| 10/19/16 | Draft Plaintiff Objections to Defense Verdict Forms and Special Interrogatories | Scarlett | 0.97 |
| 10/19/16 | Research Objection to Voir Dire that Commits Juror to Outcome | Scarlett | 0.60 |
| 10/19/16 | Draft Plaintiff Objections to Defense Voir Dire | Scarlett | 0.30 |

4/25/2017
5:13 PM

Slip Listing for Attorneys

Page    5

| DATE | DESCRIPTION | TIMEKEEPER | TIME |
| --- | --- | --- | --- |
| 10/20/16 | Phone Call From Defense Counsel Regarding  Trial | Scarlett | 1.08 |
| 10/20/16 | Revise Objections to Voir Dire, Verdict Forms, and Special Interrogatories and File Objections | Scarlett | 0.85 |
| 10/20/16 | Research Case Law Regarding  Indiana - Failure of Essential Purpose | Scarlett | 1.30 |
| 10/20/16 | Review Defense Jury Instructions | Scarlett | 1.17 |
| 10/24/16 | Prepare Jury Instructions for Comparison | Scarlett | 0.70 |
| 10/24/16 | Revise Plaintiff Trial Exhibits | Scarlett | 0.33 |
| 10/25/16 | Prepare Trial Exhibits and Exhibit List | Scarlett | 1.23 |

4/25/2017
5:13 PM                        Slip Listing for Attorneys                    Page        6

| DATE | DESCRIPTION | TIMEKEEPER | TIME |
| --- | --- | --- | --- |
| 10/25/16 | Phone Call to Atty Connors Regarding  Trial; Returned Call | Scarlett | 0.10 |
| 10/25/16 | Draft Email to Atty Connors Regarding Plaintiff Memo In Opposition to Defense | Scarlett | 0.15 |
| 10/26/16 | Draft Jury Instruction for Violation of MMWA and Draft Amended Plaintiff Jury Instructions | Scarlett | 1.76 |
| 10/26/16 | Phone Call From Kathy at Thomas Connor's Office Regarding  Plaintiff Memo In Opposition to Defense | Scarlett | 0.10 |
| 10/27/16 | Conference with Ron Regarding  Revised Jury Instructions | Scarlett | 0.10 |
| 10/27/16 | Draft Notice of Appearance | Scarlett | 0.18 |

4/25/2017
5:13 PM
Slip Listing for Attorneys
Page        7

| DATE | DESCRIPTION | TIMEKEEPER | TIME |
|---|---|---|---|
| 10/27/16 | Review Defense Response to Plaintiff Motion in Limine | Scarlett | 0.23 |
| 10/28/16 | Draft Combined Jury Instructions and Prepare Revised Trial Exhibits | Scarlett | 6.40 |
| 10/31/16 | Draft Plaintiff Reply to Defense Response to Plaintiff Motion in Limine | Scarlett | 1.00 |
| 10/31/16 | Notice of Withdrawal of Amended Jury Instructions and Motion for Leave to File Amended Jury | Scarlett | 0.60 |
| 10/31/16 | Compare Joint Exhibits | Scarlett | 0.70 |
| 11/01/16 | Research Case Law Cited in Defense Supplemental Brief | Scarlett | 0.80 |
| 11/01/16 | Review of Defense Supplemental Trial Brief | Scarlett | 0.25 |

4/25/2017
5:13 PM
Slip Listing for Attorneys

Page     8

| DATE | DESCRIPTION | TIMEKEEPER | TIME |
| --- | --- | --- | --- |
| 11/01/16 | Draft Plaintiff Memo of Law to Defense Supplemental Brief | Scarlett | 1.55 |
| 11/01/16 | Review Defense Objection to Proposed Jury Instruction 16A | Scarlett | 0.10 |
| 11/01/16 | Draft Plaintiff Reply Memo to Defense Response to Plaintiff Motion in Limine | Scarlett | 0.87 |
| 11/02/16 | Draft Plaintiff Response to Defense Supplemental Trial Brief | Scarlett | 1.70 |
| 11/03/16 | Draft and Revise Plaintiff Reply to Defense Response to Motion in Limine | Scarlett | 2.30 |
| 11/04/16 | Draft and Revise Plaintiff Response to Defense Supplemental Trial Brief | Scarlett | 1.17 |
| 11/04/16 | Research Case Law Regarding  Failure to | Scarlett | 2.13 |

4/25/2017
5:13 PM

Slip Listing for Attorneys

Page    9

| DATE | DESCRIPTION | TIMEKEEPER | TIME |
| --- | --- | --- | --- |
| | Comply with Disclosure Requests | | |
| 11/04/16 | Draft and Revise Plaintiff Memo of Law in Response to Defense Supplemental Brief | Scarlett | 1.50 |
| 11/07/16 | Draft Trial Book | Scarlett | 3.62 |
| 11/07/16 | Email to Atty's Connors and Hardman Regarding Proposed Joint Jury Instructions | Scarlett | 0.10 |
| 11/08/16 | Draft Trial Book | Scarlett | 5.17 |
| 11/09/16 | Travel to South Bend, Indiana | Scarlett | 4.30 |
| 11/09/16 | Prepare Trial Book | Scarlett | 5.72 |
| 11/10/16 | Appear/Attend Final Pretrial | Scarlett | 1.50 |

4/25/2017
5:13 PM
Slip Listing for Attorneys
Page    10

| DATE | DESCRIPTION | TIMEKEEPER | TIME |
|------|-------------|------------|------|
| 11/10/16 | Conference with Atty's Burdge, Connors, and Hardman Regarding  Joint Jury Instructions and | Scarlett | 2.25 |
| 11/10/16 | Travel From South Bend, Indiana | Scarlett | 4.25 |
| 11/14/16 | Review Plaintiff Memo Regarding  Incurable Deceptive Act | Scarlett | 0.10 |
| 11/14/16 | Research Case Law Statute Regarding Unconscionability | Scarlett | 0.50 |
| 11/14/16 | Draft Memo of Law Regarding Unconscionability of Warranty | Scarlett | 1.13 |
| 11/17/16 | Draft and Revise Plaintiff Memo of Law in Response to Defenses Motion in Limine | Scarlett | 1.30 |

4/25/2017
5:13 PM

Slip Listing for Attorneys

Page     11

| DATE | DESCRIPTION | TIMEKEEPER | TIME |
|------|-------------|------------|------|
| 11/16/16 | Draft Email to Atty Hardman Regarding  Joint Exhibits | Scarlett | 0.10 |
| 11/18/16 | Draft and Revise Plaintiff Memo of Law Regarding Unconscionability of Warranty | Scarlett | 0.33 |
| 11/23/16 | Review Email From and Draft Reply to Atty Regarding  Joint Jury Instructions | Scarlett | 0.27 |
| 12/02/16 | Review Order Regarding Motions in Limine | Scarlett | 0.60 |
| 12/02/16 | Draft and Revise Agreed Jury Instructions | Scarlett | 0.90 |
| 12/06/16 | Draft Email to Atty Hardman Regarding  Joint Jury Instructions and Exhibits | Scarlett | 0.20 |
| 12/06/16 | Draft Joint Exhibit List | Scarlett | 0.30 |

Slip Listing for Attorneys

| DATE | DESCRIPTION | TIMEKEEPER | TIME |
|------|-------------|------------|------|
| 12/06/16 | Draft Email to Atty Connors Regarding Oral Statements to Establish Agency | Scarlett | 0.30 |
| 12/06/16 | Draft Memo Regarding Defense's Violations of MMWA | Scarlett | 0.90 |
| 12/07/16 | Revise Plaintiff Brief Regarding Defense MMWA Violations Regarding Ineffective | Scarlett | 0.40 |
| 12/07/16 | Draft and Revise Memo Regarding Defense Violation of MMWA Regarding Ineffective | Scarlett | 0.20 |
| 12/07/16 | Review Email From and Draft Reply to Atty Hardman Regarding Joint Jury Instructions | Scarlett | 0.10 |
| 12/08/16 | Draft Email to Atty Hardman Regarding Joint Jury Instructions and Exhibit List | Scarlett | 0.10 |

4/25/2017
5:13 PM

Slip Listing for Attorneys

Page      13

| DATE | DESCRIPTION | TIMEKEEPER | TIME |
| --- | --- | --- | --- |
| 12/08/16 | Draft and Revise Plaintiff Amended Jury Instructions | Scarlett | 0.34 |
| 12/08/16 | Revise Joint Jury Instructions | Scarlett | 0.33 |
| 12/08/16 | Phone Call From Atty Hardman Regarding  Joint Jury Instructions and Exhibit List | Scarlett | 0.10 |
| 12/08/16 | Draft Email to Atty Connors Regarding  Jury Instructions | Scarlett | 0.10 |
| 12/08/16 | Prepare Joint Jury Instructions | Scarlett | 0.57 |
| 12/08/16 | Review Photos to be Used at Trial | Scarlett | 0.35 |
| 12/08/16 | Review of Final Pretrial Order | Scarlett | 0.25 |
| 12/09/16 | File Notice of Intent to Introduce Evidence of Other Complaints | Scarlett | 0.10 |

4/25/2017
5:13 PM

Slip Listing for Attorneys

Page      14

| DATE | DESCRIPTION | TIMEKEEPER | TIME |
|------|-------------|------------|------|
| 12/09/16 | Review Email From and Draft Reply to Atty Hardman Regarding Approval/Objection to | Scarlett | 0.10 |
| 12/09/16 | Review Plaintiff Notice of Evidence: Lay Test and Money | Scarlett | 0.10 |
| 12/09/16 | Draft and Revise Plaintiff Notice of Intent to Introduce Other Evidence | Scarlett | 0.10 |
| 12/09/16 | Review Email From and Draft Reply to Atty Hardman Regarding Other Lawsuit Evidence | Scarlett | 0.10 |
| 12/09/16 | Draft Memo Regarding Evidence of Other Lawsuits | Scarlett | 0.40 |
| 12/09/16 | Conference with Ron Regarding  Other Lawsuit Evidence | Scarlett | 0.20 |
| 12/09/16 | Draft Email to Atty Hardman Regarding Joint | Scarlett | 0.10 |

4/25/2017
5:13 PM

Slip Listing for Attorneys

Page      15

| DATE | DESCRIPTION | TIMEKEEPER | TIME |
|------|-------------|------------|------|
| | Jury Instructions and Other Lawsuit Evidence | | |
| 12/09/16 | Review Defense Response to Plaintiff Memo Regarding Defense MMWA Violations | Scarlett | 0.10 |
| 12/09/16 | Revise Joint Jury Instructions | Scarlett | 0.10 |
| 12/09/16 | Phone Call From Atty Hardman Regarding Using Lawsuit Evidence | Scarlett | 0.10 |
| 12/09/16 | Review Email From and Draft Reply to Atty Hardman Regarding Joint Jury Instructions | Scarlett | 0.10 |
| 12/09/16 | Draft Email to Atty Hardman Regarding Approval to Submit Joint Jury Instructions | Scarlett | 0.10 |
| 12/09/16 | Revise Joint Jury Instructions | Scarlett | 0.45 |

4/25/2017
5:13 PM

Slip Listing for Attorneys

Page      16

| DATE | DESCRIPTION | TIMEKEEPER | TIME |
| --- | --- | --- | --- |
| 12/09/16 | Phone Call to Atty Connors Regarding Evidence of Lawsuits; Left Voicemail | Scarlett | 0.10 |
| 12/12/16 | Draft and Revise Plaintiff Amended Jury Instructions and Special Interrogatories | Scarlett | 2.20 |
| 12/15/16 | Draft Plaintiff Reply to Defense Response to Plaintiff Motion Regarding  Defense | Scarlett | 2.23 |
| 12/15/16 | Research Case Law Cited in Defense Brief | Scarlett | 0.40 |
| 12/16/16 | Appear/Attend Supplemental Final Pre Trial | Scarlett | 1.00 |
| 12/16/16 | Plan & Prepare for Supplemental Final Pre Trial | Scarlett | 0.20 |
| 12/17/16 | Outline Deposition of Brian Biggie | Scarlett | 2.62 |

Slip Listing for Attorneys

| DATE | DESCRIPTION | TIMEKEEPER | TIME |
|------|-------------|------------|------|
| 12/18/16 | Outline Second Deposition of Anthony Suddon | Scarlett | 1.15 |
| 12/19/16 | Outline Deposition of Tony Suddon (8/1/2013) | Scarlett | 4.19 |
| 12/21/16 | Review Courts Proposed Voir Dire | Scarlett | 0.33 |
| 12/21/16 | Review of Courts Proposed Preliminary Jury Instructions | Scarlett | 0.10 |
| 12/21/16 | Review of Courts Verdict Form | Scarlett | 0.10 |
| 12/21/16 | Review of Court's Proposed Jury Instructions | Scarlett | 0.45 |
| 12/21/16 | Prepare Joint Exhibits | Scarlett | 1.00 |
| 12/21/16 | Review Email From and Draft Reply to Atty Heft Exhibit Book | Scarlett | 0.10 |

4/25/2017
5:13 PM

Slip Listing for Attorneys

Page     18

| DATE | DESCRIPTION | TIMEKEEPER | TIME |
|------|-------------|------------|------|
| 12/23/16 | Email to Atty Laura Heft Regarding  Trial Exhibits | Scarlett | 0.10 |
| 12/23/16 | Email to Atty Connors Regarding  Trial Exhibits | Scarlett | 0.10 |
| 12/23/16 | Phone Call to Bailiff Regarding  Trial Exhibit Books | Scarlett | 0.10 |
| 12/27/16 | Conference with Ron and Tom Connors Regarding Defense Proposed Jury Instructions | Scarlett | 1.37 |
| 12/28/16 | Trial Preparation From Bailiff Regarding  Exhibit Books | Scarlett | 0.10 |
| 12/28/16 | Draft Objections to Defenses Second Proposed Jury Instructions | Scarlett | 0.53 |
| 01/01/17 | Outline Deposition of Sriran Gurusaran | Scarlett | 1.20 |

4/25/2017
5:13 PM                          Slip Listing for Attorneys                    Page      19

| DATE | DESCRIPTION | TIMEKEEPER | TIME |
|------|------------|------------|------|
| 01/01/17 | Outline Deposition of Elizabeth Ganiere | Scarlett | 0.50 |
| 01/01/17 | Outline Deposition of Anthony Suddon (7/12/13) | Scarlett | 3.20 |
| 01/04/17 | Review Order (1/03/2017) | Scarlett | 0.13 |
| 01/04/17 | Review Defense Objections to Plaintiff Jury Instructions | Scarlett | 0.10 |
| 01/04/17 | Review Defense Objections to Court's Jury Instructions | Scarlett | 0.10 |
| 01/06/17 | Research Case Law Regarding  Expert Reliance | Scarlett | 0.85 |
| 01/06/17 | Mark Photos to Be Used, Print Deposition Outlines, Conference with Ron Regarding  Witnesses | Scarlett | 1.50 |
| 01/06/17 | Conference with Ron and Tom Connors Regarding | Scarlett | 0.75 |

Slip Listing for Attorneys

| DATE | DESCRIPTION | TIMEKEEPER | TIME |
|---|---|---|---|
| | Redacted Exhibits and Trial | | |
| 01/06/17 | Outline Deposition of Tony Suddon (7/12/2013) | Scarlett | 1.65 |
| 01/07/17 | Revise Exhibit Books | Scarlett | 2.76 |
| 01/07/17 | Prepare Cross Examination Questions Based on Deposition | Scarlett | 1.00 |
| 01/07/17 | Email to Tom Connors Regarding  Bailey Photos | Scarlett | 0.25 |
| 01/07/17 | Review 2009 Indiana UDAP Statute | Scarlett | 0.42 |
| 01/07/17 | Create Timeline of Events | Scarlett | 1.60 |
| 01/08/17 | Plan & Prepare for Trial | Scarlett | 2.20 |
| 01/08/17 | Travel to South Bend Indiana | Scarlett | 4.25 |

4/25/2017
5:13 PM
Slip Listing for Attorneys

Page    21

| DATE | DESCRIPTION | TIMEKEEPER | TIME |
|------|-------------|------------|------|
| 01/09/17 | Appear/Attend Trial | Scarlett | 9.00 |
| 01/09/17 | Travel to and from Courthouse | Scarlett | 0.50 |
| 01/09/17 | Conference with Client and Atty's | Scarlett | 0.40 |
| 01/10/17 | Appear/Attend Trial | Scarlett | 8.50 |
| 01/10/17 | Travel to and from Hotel | Scarlett | 0.50 |
| 01/10/17 | Conference with Client and Atty's | Scarlett | 0.40 |
| 01/10/17 | Conference with Expert Bailey | Scarlett | 0.40 |
| 01/10/17 | Draft Jury Instructions Regarding  Construe Contract Against Drafter | Scarlett | 0.30 |

4/25/2017
5:13 PM

Slip Listing for Attorneys

Page     22

| DATE | DESCRIPTION | TIMEKEEPER | TIME |
| --- | --- | --- | --- |
| 01/11/17 | Appear/Attend Trial | Scarlett | 9.00 |
| 01/11/17 | Travel | Scarlett | 0.50 |
| 01/11/17 | Conference with Client | Scarlett | 1.20 |
| 01/11/17 | Research Breach of Contract | Scarlett | 1.00 |
| 01/12/17 | Appear/Attend Trial | Scarlett | 9.25 |
| 01/12/17 | Travel to and from Hotel | Scarlett | 0.50 |
| 01/12/17 | Conference with Client Post Trial | Scarlett | 1.25 |
| 01/12/17 | Travel from South Bend Indiana | Scarlett | 4.25 |
| 01/16/17 | Review Email From and Draft Reply to Atty | Scarlett | 0.10 |

Slip Listing for Attorneys

| DATE | DESCRIPTION | TIMEKEEPER | TIME |
| --- | --- | --- | --- |
| | Connors Regarding Defense Motion for | | |
| 01/24/17 | Draft Memo In Opposition to Defense Motion for Judgment | Scarlett | 1.00 |
| 01/31/17 | Draft Plaintiff Memo In Opposition to Defense Motion for Judgment | Scarlett | 3.28 |
| 02/01/17 | Draft Plaintiff Memo In Opposition to Defense Motion for Judgment | Scarlett | 1.55 |
| 02/03/17 | Draft Plaintiff Memo In Opposition to Defense Motion for Judgment | Scarlett | 1.70 |
| 02/04/17 | Draft Plaintiff Memo In Opposition to Defense Motion for Judgment | Scarlett | 4.40 |
| 02/08/17 | Draft Email to Atty Connors Regarding Plaintiff Memo In Opposition to Defense | Scarlett | 0.10 |

Slip Listing for Attorneys

| DATE | DESCRIPTION | TIMEKEEPER | TIME |
|------|-------------|------------|------|
| 02/08/17 | Review Plaintiff Memo In Opposition to Defense Motion for Judgment | Scarlett | 0.70 |
| 02/09/17 | File Plaintiff Memo In Opposition to Defense Motion JML | Scarlett | 0.10 |
| 03/01/17 | Review Defense Reply in Support of Motion for Summary Judgment | Scarlett | 0.20 |
| 04/14/17 | Draft Motion for Atty Fees | Scarlett | 0.90 |
| 04/14/17 | Research Federal Case Law Regarding Motion for Atty Fees | Scarlett | 0.90 |
| 04/14/17 | Review Judgment | Scarlett | 0.10 |
| 04/14/17 | Review Order Denying Defense Motion for Judgment As Matter of Law | Scarlett | 0.20 |

4/25/2017
5:13 PM

Slip Listing for Attorneys

Page    25

| DATE | DESCRIPTION | TIMEKEEPER | TIME |
|------|-------------|------------|------|
| 04/21/17 | Draft Ron Burdge Affidavit Regarding Motion Regarding Atty Fees | Scarlett | 0.80 |
| 04/24/17 | Draft and Revise Motion for Atty Fees | Scarlett | 2.00 |
| 04/24/17 | Research Case Law Regarding Compensable Time/Enhancement Factors | Scarlett | 2.35 |
| 04/24/17 | Phone Call To Atty Connors Regarding Atty Connor's Affidavit for Motion for Atty Fees | Scarlett | 0.10 |
| 04/25/17 | Phone Call To Atty Connors Regarding Affidavits for Motion for Atty Fees | Scarlett | 0.20 |
| 04/25/17 | Draft and Revise Motion for Atty Fees | Scarlett | 1.82 |

**Grand Total**

202.67