# BURDGE | LAW OFFICE

8250 Washington Village Drive | Dayton OH | 45458-1850

## In the United States District Court for the Northern District of Indiana at South Bend

## Case No. 1:10-cv-00365

## Devon and Nathan Hoopes

### - vs -

## Gulf Stream Coach, Inc., et. al.

---

## Paralegal & Law Clerk Time Records
# July 23, 2013 – June 23, 2016

---



PLAINTIFF'S
EXHIBIT
1 - G

PENGAD 800-631-6989

*Helping Consumers and Consumer Law Attorneys, Since 1978*

BurdgeLaw.com
OhioLemonLaw.com
KentuckyLemonLaw.com

Office: 937.432.9500
Fax:    937.432.9503

4/20/2017

Slip Detail for Paralegals &
Law Clerks

Page        1

| DATE | DESCRIPTION | TIMEKEEPER | TIME |
|---|---|---|---|
| 07/23/13 | Draft Suddon Deposition Notice | Elizabeth | 0.20 |
| 08/21/15 | Research Case Law | Katy | 1.00 |
| 08/25/15 | Research Case Law on Indiana IC 24-5-0.5-4(a) | Brandon | 1.63 |
| 09/29/15 | Finish Researching Case Law on Amount of Damage Discretion in Indiana | Jacob | 0.50 |
| 09/29/15 | Research Case Law on Amount of Damages Discretion in Indiana | Jacob | 2.33 |
| 09/30/15 | Research Case Law on Non-Scientific Expert Testimony in Indiana | Jacob | 0.42 |
| 10/01/15 | Research Case Law Regarding Non Scientific Expert Testimony Requirements | Jacob | 0.83 |
| 10/06/15 | Continue Drafting Memo in Opposition Regarding Admission of Expert Witnesses | Jacob | 2.83 |

4/20/2017                                                              Page      2

| DATE | DESCRIPTION | TIMEKEEPER | TIME |
| --- | --- | --- | --- |
| 10/06/15 | Draft Memo in Opposition Regarding Admissions to Expert Witnesses | Jacob | 4.08 |
| 10/07/15 | Draft Memo in Opposition to Defendant's Motion in Limine | Jacob | 3.50 |
| 10/07/15 | Draft Memo in Opposition to Defendant's Motion in Limine | Jacob | 3.42 |
| 10/08/15 | Draft Memo in Opposition Regarding Incidental Consequential Damages Disclaimer | Jacob | 2.37 |
| 10/09/15 | Draft Memo in Opposition Regarding Admission of Expert Tom Bailey Testimony | Jacob | 2.75 |
| 10/12/15 | Research Case Law Regarding Winnebago Case Excluding Expert | Katy | 0.37 |
| 11/04/15 | Research Case Law and Summarize Cases Submitted by Defendant | Jacob | 1.92 |

4/20/2017

Page     3

| DATE | DESCRIPTION | TIMEKEEPER | TIME |
|---|---|---|---|
| 11/04/15 | Research Case law Regarding J. Lozano and Daubert Hearings | Jacob | 0.67 |
| 06/23/16 | Research Cindy Hathaway on Lexis | Katy | 0.12 |

**Grand Total**

**28.94**