# BURDGE | LAW OFFICE

8250 Washington Village Drive | Dayton OH | 45458-1850

## In the United States District Court for the Northern District of Indiana at South Bend

## Case No. 1:10-cv-00365

## Devon and Nathan Hoopes

- vs -

## Gulf Stream Coach, Inc., et. al.

---

# COST OF LITIGATION RECORDS
## February 4, 2013 - February 1, 2017

---



PLAINTIFF'S
EXHIBIT
1-H

*Helping Consumers and Consumer Law Attorneys, Since 1978*

---

BurdgeLaw.com
OhioLemonLaw.com
KentuckyLemonLaw.com

Office: 937.432.9500
Fax:    937.432.9503

4/21/2017
2:42 PM

Expense Detail Listing

Page        1

| EXPENSE | DATE | QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|

**Activity: $Airfare**

| $Airfare | 10/23/14 | 1.000 | Other Expenses: Airfare to Chicago for Hearing | $578.20 |
| $Airfare | 10/28/14 | 1.000 | Flight Change Fee | $75.00 |
| $Airfare | 08/21/15 | 1.000 | Other Expenses/Flight/Final Pretrial | $272.60 |

**Total: $Airfare**                                                                     **$925.80**

**Activity: $Car Rental**

| $Car Rental | 10/28/14 | 1.000 | Rental Car | $74.53 |

**Total: $Car Rental**                                                                 **$74.53**

**Activity: $Court fees**

| $Court fees | 03/05/15 | 1.000 | Other Expenses: Mediator Invoice | $455.25 |

**Total: $Court fees**                                                                 **$455.25**

4/21/2017
2:42 PM

Page     2

| EXPENSE | DATE | QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|

**Activity: $Experts**

| $Experts | 10/23/10 | 1.000 | Experts | $500.00 |
| $Experts | 07/19/13 | 1.000 | Experts: Inspection and travel expense for Tom Bailey | $9,986.20 |
| $Experts | 12/21/16 | 1.000 | Experts | $2,143.75 |
| $Experts | 01/16/17 | 1.000 | Experts | $4,725.00 |
| $Experts | 02/01/17 | 1.000 | Expert Witness Trial Testimony of tom Bailey; Trust check 10067 | $11,623.28 |

**Total: $Experts**

**$28,978.23**

**Activity: $Fax**

| $Fax | 02/04/13 | 5.000 | Fax from Client Regarding Settlement Numbers | $5.00 |
| $Fax | 03/29/13 | 10.000 | Fax to Atty Hamilton Regarding Settlement | $10.00 |

4/21/2017
2:42 PM

Page      3

| EXPENSE | DATE | QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| $Fax | 05/13/13 | 6.000 | Fax from Atty Hamilton Regarding Discovery | $6.00 |

**Total: $Fax**      **$21.00**

**Activity: $Fedex**

| $Fedex | 11/13/15 | 1.000 | FedEx | $7.15 |
|---|---|---|---|---|

**Total: $Fedex**      **$7.15**

**Activity: $Hotel**

| $Hotel | 06/11/13 | 1.000 | Hotel for Manufacturer Rep Depositions in South Bend | $200.60 |
|---|---|---|---|---|
| $Hotel | 07/12/13 | 1.000 | Hotel for Manufacturer Rep Deposition in South Bend | $189.30 |
| $Hotel | 08/19/15 | 1.000 | Hotel for 2nd Judicial Settlement Conference in Fort Wayne | $162.06 |
| $Hotel | 11/04/15 | 1.000 | Hotel/ Daubert Hearing in Hammond IN | $283.06 |

4/21/2017
2:42 PM

Page     4

| EXPENSE | DATE | QUANTITY | DESCRIPTION | AMOUNT |
|---------|------|----------|-------------|--------|
| $Hotel | 11/09/16 | 1.000 | Hotel and Breakfast for Final Pretrial/SS | $178.15 |
| $Hotel | 11/09/16 | 1.000 | Hotel & Breakfast for Final PreTrial in South Bend/RLB | $227.96 |
| $Hotel | 01/08/17 | 4.000 | Hotel for Trial/SS | $628.28 |
| $Hotel | 01/08/17 | 1.000 | Hotel for Trial/RLB | $186.00 |
| $Hotel | 01/12/17 | 1.000 | Hotel: Car Trouble After Trial | $106.40 |
| $Hotel | 01/12/17 | 1.000 | Hotel: Car Trouble After Trial | $106.40 |

**Total: $Hotel**

**$2,268.21**

**Activity: $Meals**

| | | | | |
|---------|------|----------|-------------|--------|
| $Meals | 06/11/13 | 1.000 | Dinner: Manufacturer Depos | $14.00 |
| $Meals | 06/12/13 | 1.000 | Room Service/Breakfast: Manufacturer Depositions | $14.84 |

4/21/2017
2:42 PM

Page     5

| EXPENSE | DATE | QUANTITY | DESCRIPTION | AMOUNT |
| --- | --- | --- | --- | --- |
| $Meals | 06/12/13 | 1.000 | Lunch  Manufacturer Depositions | $13.00 |
| $Meals | 07/11/13 | 1.000 | Dinner:  Manufacturer Depositions | $20.00 |
| $Meals | 07/12/13 | 1.000 | Breakfast Manufacturer Depositions | $19.99 |
| $Meals | 07/12/13 | 1.000 | Dinner:  Manufacturer Depositions | $20.00 |
| $Meals | 10/28/14 | 1.000 | Food While Traveling for Scheduling Conference in Hammond IN | $30.00 |
| $Meals | 08/10/15 | 1.000 | Dinner: Settlement Conference | $24.41 |
| $Meals | 11/04/15 | 1.000 | Dinner / Daubert Hearing in Hammond IN | $25.86 |
| $Meals | 11/04/15 | 1.000 | Lunch/ Daubert Hearing in Hammond IN | $7.48 |
| $Meals | 11/05/15 | 1.000 | Dinner / Daubert Hearing in Hammond IN | $17.57 |

4/21/2017
2:42 PM

Page        6

| EXPENSE | DATE | QUANTITY | DESCRIPTION | AMOUNT |
|---------|------|----------|-------------|--------|
| $Meals | 11/05/15 | 1.000 | Lunch/ Daubert Hearing in Hammond IN | $14.37 |
| $Meals | 11/06/15 | 1.000 | Dinner / Daubert Hearing | $9.28 |
| $Meals | 11/09/16 | 1.000 | Dinner for Ron and Scarlett; Final Pretrial | $51.65 |
| $Meals | 11/10/16 | 1.000 | Lunch for Ron and Scarlett | $25.37 |
| $Meals | 01/08/17 | 1.000 | Meal: Trial/RLB | $45.40 |
| $Meals | 01/08/17 | 1.000 | Meal:  Trial/SS | $15.84 |
| $Meals | 01/09/17 | 1.000 | Meal: Trial/RLB | $12.65 |
| $Meals | 01/09/17 | 1.000 | Meal: Trial/RLB | $46.15 |
| $Meals | 01/09/17 | 1.000 | Meal: Trial/SS | $12.65 |

4/21/2017
2:42 PM

Page     7

| EXPENSE | DATE | QUANTITY | DESCRIPTION | AMOUNT |
|---------|------|----------|-------------|--------|
| $Meals | 01/09/17 | 1.000 | Meal: Trial/SS | $18.52 |
| $Meals | 01/10/17 | 1.000 | Meal: Trial/SS | $12.65 |
| $Meals | 01/10/17 | 1.000 | Meal: Trial/RLB | $12.65 |
| $Meals | 01/10/17 | 1.000 | Meal: Trial/SS | $28.22 |
| $Meals | 01/10/17 | 1.000 | Meal: Trial/RLB | $37.15 |
| $Meals | 01/11/17 | 1.000 | Meal: Trial/SS | $12.65 |
| $Meals | 01/11/17 | 1.000 | Meal: Trial/SS | $22.94 |
| $Meals | 01/11/17 | 1.000 | Meal: Trial/RLB | $12.65 |
| $Meals | 01/11/17 | 1.000 | Meal | $43.40 |

4/21/2017
2:42 PM

Page      8

| EXPENSE | DATE | QUANTITY | DESCRIPTION | AMOUNT |
|---------|------|----------|-------------|--------|
| $Meals | 01/12/17 | 1.000 | Meal | $12.65 |
| $Meals | 01/12/17 | 1.000 | Meal | $10.43 |
| $Meals | 01/12/17 | 1.000 | Meal | $12.65 |

**Total: $Meals**

$677.07

**Activity: $Mileage**

| | | | | |
|---------|------|----------|-------------|--------|
| $Mileage | 06/11/13 | 232.000 | Mileage to South Bend, IN: Manufacturer Depositions | $104.40 |
| $Mileage | 06/12/13 | 232.000 | Mileage from South Bend: Manufacturer Depositions | $104.40 |
| $Mileage | 10/28/14 | 1.000 | Gas | $12.25 |
| $Mileage | 02/27/15 | 400.000 | Mileage to Ft. Wayne Indiana for Mediation | $200.00 |
| $Mileage | 08/10/15 | 260.000 | Mileage to Ft. Wayne: Settlement Conference | $130.00 |

4/21/2017
2:42 PM

Page      9

| EXPENSE | DATE | QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| $Mileage | 08/19/15 | 210.000 | Mileage to Fort Wayne: Settlement Conference | $105.00 |
| $Mileage | 11/04/15 | 81.000 | Mileage from Mishawaka to Hammond, IN: Daubert Hearing | $40.50 |
| $Mileage | 11/06/15 | 280.000 | Mileage from Hammond, IN to Dayton OH: Daubert Hearing | $140.00 |
| $Mileage | 11/09/16 | 225.000 | Mileage to South Bend: Final Pretrial | $112.50 |
| $Mileage | 11/10/16 | 225.000 | Mileage From South Bend Court to Office | $112.50 |
| $Mileage | 11/10/16 | 3.000 | Mileage from Hotel to South Bend Court | $1.50 |
| $Mileage | 01/08/17 | 225.000 | Mileage to South Bend Indiana: Trial | $112.50 |
| $Mileage | 01/09/17 | 6.000 | Mileage to/from Courthouse | $3.00 |
| $Mileage | 01/10/17 | 6.000 | Mileage to/from Courthouse | $3.00 |

4/21/2017
2:42 PM

Page    10

| EXPENSE | DATE | QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| $Mileage | 01/11/17 | 6.000 | Mileage to/from Courthouse | $3.00 |
| $Mileage | 01/12/17 | 6.000 | Mileage to/from Courthouse | $3.00 |
| $Mileage | 01/12/17 | 225.000 | Mileage From South Bend to Dayton | $112.50 |

**Total: $Mileage**

**$1,300.05**

**Activity: $Online researc**

| | | | | |
|---|---|---|---|---|
| $Online researc | 01/18/13 | 1.000 | Pacer | $33.70 |
| $Online researc | 05/22/13 | 1.000 | Pacer Research Online | $1.90 |
| $Online researc | 07/01/13 | 1.000 | Research Online/Pacer | $0.60 |
| $Online researc | 12/16/13 | 1.000 | Research Online/Pacer | $9.70 |
| $Online researc | 04/22/14 | 1.000 | Research Online/pacer | $2.10 |

4/21/2017
2:42 PM

Page      11

| EXPENSE | DATE | QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| $Online researc | 08/31/15 | 1.000 | Research Online | $236.32 |
| $Online researc | 09/25/15 | 1.000 | Pacer | $23.40 |
| $Online researc | 09/30/15 | 1.000 | Research Online | $100.12 |
| $Online researc | 10/31/15 | 1.000 | Research Online | $238.64 |
| $Online researc | 12/31/15 | 1.000 | Research Online | $2.64 |
| $Online researc | 01/25/16 | 1.000 | Pacer/Research Online | $26.20 |
| $Online researc | 04/05/16 | 1.000 | Research Online/ Pacer | $3.30 |
| $Online researc | 06/30/16 | 1.000 | Research Online | $22.86 |
| $Online researc | 10/31/16 | 1.000 | Research Online | $161.80 |

4/21/2017
2:42 PM

Page    12

| EXPENSE | DATE | QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| $Online researc | 11/30/16 | 1.000 | Research Online | $154.45 |
| $Online researc | 12/31/16 | 1.000 | Research Online | $6.76 |
| $Online researc | 01/01/17 | 1.000 | Research Online | $115.15 |
| $Online researc | 02/28/17 | 1.000 | Research Online | $68.35 |

**Total: $Online researc**                                   **$1,207.99**

**Activity: $Outside print**

| | | | | |
|---|---|---|---|---|
| $Outside print | 11/01/15 | 1.000 | Kinko's Invoice #249300011875/ Exhibits for Daubert Hearing | $188.65 |
| $Outside print | 12/23/16 | 1.000 | Kinko's Invoice | $94.27 |
| $Outside print | 12/23/16 | 1.000 | Kinko's Invoice | $151.87 |
| $Outside print | 12/28/16 | 1.000 | Kinko's Invoice - Exhibit Books | $823.81 |

4/21/2017
2:42 PM

Page      13

| EXPENSE | DATE | QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| $Outside print | 12/28/16 | 1.000 | Kinko's Invoice - Photos | $175.91 |

**Total: $Outside print**

$1,434.51

**Activity: $Parking &Tolls**

| | | | | |
|---|---|---|---|---|
| $Parking &Tolls | 06/11/13 | 1.000 | Toll Road | $3.30 |
| $Parking &Tolls | 06/12/13 | 1.000 | Parking at Court | $3.00 |
| $Parking &Tolls | 06/12/13 | 1.000 | Toll Road | $3.90 |
| $Parking &Tolls | 07/12/13 | 1.000 | Other Expenses/ Toll | $4.00 |
| $Parking &Tolls | 10/28/14 | 1.000 | Parking at Airport | $18.00 |
| $Parking &Tolls | 02/27/15 | 1.000 | Parking for Mediation | $5.00 |
| $Parking &Tolls | 08/19/15 | 1.000 | Parking at Court | $5.00 |

4/21/2017
2:42 PM

Page      14

| EXPENSE | DATE | QUANTITY | DESCRIPTION | AMOUNT |
|---------|------|----------|-------------|--------|
| $Parking &Tolls | 08/21/15 | 1.000 | Other Expenses/Toll | $1.60 |
| $Parking &Tolls | 11/04/15 | 1.000 | Toll Road/ Daubert Hearing | $3.50 |
| $Parking &Tolls | 11/06/15 | 1.000 | Toll Road/ Daubert Hearing | $8.20 |
| $Parking &Tolls | 11/09/16 | 1.000 | Other Expenses: Toll Expenses | $8.40 |
| $Parking &Tolls | 01/09/17 | 1.000 | Parking at Court | $3.25 |
| $Parking &Tolls | 01/10/17 | 1.000 | Parking at Court | $3.25 |
| $Parking &Tolls | 01/11/17 | 1.000 | Parking at Court | $3.25 |
| $Parking &Tolls | 01/12/17 | 1.000 | Tolls | $8.40 |
| $Parking &Tolls | 01/12/17 | 1.000 | Parking at Court | $3.25 |

4/21/2017
2:42 PM

Page      15

| EXPENSE | DATE | QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| **Total: $Parking &Tolls** | | | | **$85.30** |
| **Activity: $Transcript/DEP** | | | | |
| $Transcript/DEP | 06/12/13 | 1.000 | Deposition Transcripts of Sriran Gurusaran and Elizabeth Ganiere | $343.15 |
| $Transcript/DEP | 07/26/13 | 1.000 | Deposition Transcript of Anthony Suddon | $543.60 |
| $Transcript/DEP | 08/01/13 | 1.000 | Continued Deposition Transcripts of Anthony Suddon | $374.50 |
| **Total: $Transcript/DEP** | | | | **$1,261.25** |
| **Activity: $Trial exhibits** | | | | |
| $Trial exhibits | 01/08/17 | 1.000 | Trial Exhibit Materials | $59.48 |
| $Trial exhibits | 01/18/17 | 1.000 | Trial Exhibits: Binders | $146.68 |
| **Total: $Trial exhibits** | | | | **$206.16** |

4/21/2017
2:42 PM

Page      16

| EXPENSE | DATE | QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| Grand Total | | | | $38,902.50 |