UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
AT FORT WAYNE

NATHAN HOOPES, et al.                         CASE NO 1:10-cv-00365-RL-RBC

    PLAINTIFFS                                        JUDGE JON E. DeGUILIO

- VS. -

GULF STREAM COACH, INC.

    DEFENDANTS

### AFFIDAVIT OF RYAN R. FRASHER

I, Ryan R. Frasher, declare as follows:

1. I submit this Affidavit in support of Mr. Ronald Burdge's hourly rate of $400 per hour.

2. I graduated from University of Dayton School of Law in 2007.

3. I am the principal of The Frasher Law Firm, P.C. ("Firm") which started in 2007.

4. My practice has focused on consumer protection law for over nine years. I commonly litigate in Federal Court and Indiana State Court for Plaintiff's in cases such as the Magnusson Moss Warranty Act, Fair Debt Collection Practices Act, Real Estate Servicing Procedures Act, Electronic Funds Transfer Act, Fair Credit Reporting Act, Telephone Consumer Protection Act, Truth in Lending Act, and the Indiana Deceptive Consumer Sales Act.

5. I have or currently am litigating over one-hundred cases in one or multiple areas of consumer law similar to this case.

6. I have litigated consumer cases from inception to trial to post-trial motions and to appeal.

7. I have presented at three CLE conferences in the area of consumer protection for the Indiana State Bar Association and the Heartland Pro Bono Council.



8. In 2010 and 2017 I was selected as a Rising Star in Indiana Super Lawyer magazine for consumer protection.

9. I make a substantial effort to remain current on consumer protection. I have attended eight multi-day CLE conferences around the country over the past 9 years specifically geared towards consumer protection laws and consumer protection class actions.

10. I have been appointed class counsel in Southern District of Indiana in six consumer class action cases.

11. In June, 2012, United States Magistrate Judge Mark Dinsmore appointed me as class counsel in a case styled *Couch v. Indians, Inc.*, Case No. 1:11-00963-MJD-WTL (S.D. IN. 2012).

12. In October, 2012, United States District Judge William T. Lawrence appointed me as class counsel in a case styled *Lucretia Vitatoe v. Citizens State Bank of New Castle*, Case No. 1:11-cv-1312-DML-WTL (S.D. IN. 2012).

13. In November, 2012, United States Magistrate Judge Mark Dinsmore appointed me as co-lead class counsel in a case styled *Jennifer Young v. First Federal Savings & Loan*, Case No. 1:11-cv-1312-MJD-JMS (S.D. IN. 2012).

14. In December 17, 2013, United States Magistrate Judge Mark Dinsmore appointed me as class counsel in a case styled *Pike v. Nicks English Hut, Inc.*, 1:11-cv-1304 MJD-WTL.

15. In January 4, 2013, United States District Judge Sarah E. Barker appointed me as class counsel in a case styled *Hull v. Owen County State Bank*, 1:11-cv-1303- SEB-MJD.

16. In April 10, 2013, United States District Judge Jane Magnus-Stinson appointed me as class counsel in a case styled *Hughes v. Kore of Indiana, Inc.*, 1:11-cv-1329-JMS-MJD.

17. These six cases were filed for violations of the Electronic Funds Transfer Act ("EFTA"). 12 C.F.R. § 205 *et seq.*

18. The EFTA is a consumer protection statute similar to other consumer protection statutes where both provide similar remedies, damages and safe harbor defenses.

19. I am familiar with Mr. Burdge, the nature of his practice, his education, training, experience and I have reviewed his Bio and CV of 2017.

20. I am familiar with attorney fee hourly rates in Indiana State and Federal Court.

21. I have practiced consumer protection law in various counties in Indiana on a regular basis since being licensed in 2007.

22. A rate of $400 per hour for Mr. Burdge is well within the range for the caliber of attorney such as Mr. Burdge.

23. Since about 2014 my firm only accepts about 10 percent of potential clients due to the volume of Indiana consumers needing help.

24. I know of less than ten private attorneys that support their families and themselves litigating consumer protection cases for consumers in Indiana.

25. The demand for consumer protection attorneys greatly outweighs the supply of able and willing private consumer protection attorneys in the Indiana marketplace.

26. Compensating Mr. Burdge less than his hourly rate of $400 de-incentivizes Mr. Burdge from accepting additional contingent fee consumer protection cases.

27. In my professional opinion, Mr. Burdge's $400 per hour rate is reasonable.

I, Ryan R. Frasher, declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

Executed this 19th day of April, 2017.

*Ryan Frasher*
Ryan R. Frasher