In the United States District Court for the

Northern District of Indiana

Fort Wayne Division

NATHAN HOOPES, et. al.    CASE NO 1:10-cv-00365-RL-RBC

Vs.

GULF STREAM COACH, INC.

_____/

### AFFIDAVIT OF STEVEN HOFER

I, Steven R. Hofer, being sworn to my oath, under penalties for perjury, state as follows.

1. I am an attorney based in Indianapolis, Indiana. I have been admitted to the bar in Indiana, and the Southern and Northern Districts of Indiana since 1987. I have practiced in Indiana state and Federal courts primarily in the field of consumer law since 1991. I am currently the Indiana State Chairperson for the National Association of Consumer Advocates.

2. I have known of Ronald Burdge since at least 1998 thanks to his educational efforts as a presenter in auto, ethics and business management issues at national consumer law seminars. Ron Burdge has a reputation of being a national expert in the field of lemon law and automotive warranty issues, and especially issues regarding recreational vehicles. As the years passed, I have contacted him on numerous occasions to ask his opinion on various issues and always been impressed with his depth of knowledge. In fact, I would consider him to be the nation's foremost authority on handling recreational warranty cases from a plaintiff's perspective.

3. I am familiar with attorney rates in Indiana, consumer law rates in particular, and it is my opinion that Ronald Burdge's knowledge and experience qualify him for the highest rate



available. There is simply no one better in this field. If the goal of fee shifting attorney fees is to encourage competent advocates to take cases in fields favored by Congress, I can tell you that not only is Ronald Burdge's $400 rate reasonable, it is actually too low to attract attorneys to specialize in this area, when the opportunity to make more money in other areas is available. A relevant factor should be that the market area in the field of RV warranty cases should not be simply Indiana, but a nationwide market, as there are not enough cases or attorneys available in a state like Indiana to attract a lawyer to become knowledgeable in the field of RV defects. Another factor is the time necessary to accomplish these cases. These cases last several years on average, and during that period the attorney receives little or no pay. This factor should be considered when determining a reasonable rate. I believe a reasonable rate for Ron Burdge would be $500-550 per hour. Quite simply, if an attorney at the top of his profession, in this specialty cannot support $500 per hour, other attorneys looking to get into this area, will not see sufficient upside potential to enter the field. I can personally vouch for the fact that I have turned down strong RV cases where the client did not have sufficient resources to pay the fee personally, and I did not believe that the prospective fee shifting rate would be sufficient to compensate for the risk and the time value of money. To that extent, the undesirability of cases, and the long duration of cases should be reflected in a reasonable Lodestar enhancement.

4. To put things in perspective, with 29 years 'experience and roughly ¾ of Mr. Burdge's time in practice, my hourly rate when representing dealers against Floorplanning companies is $450/hour. Floorplanning cases take less risk and are easier than RV defect cases to prosecute on average.

5. I do not know personally Thomas Conners, but based upon his Vita, with 39 years of broad legal experience, I believe a rate of $400.00 per hour would easily be justified.

I, Steven R. Hofer, declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

Executed on 18th day of April, 2017.

_____
Steven R. Hofer

STATE OF INDIANA

COUNTY OF MARION

On this 18th day of April, 2017, before me, a Notary Public in and for this County, personally STEVEN R. HOFER, to me known to be the person described in and who executed the within instrument and who acknowledge the same to be his free act and deed.

_____
Printed: Carol Pierobon Hofer
Notary Public, Marion County, Indiana
My Commission Expires: 10/12/2022

CAROL PIEROBON HOFER
Notary Public, State of Indiana
Marion County
Commission # 659169
My Commission Expires
October 12, 2022