## AFFIDAVIT OF ROBERT E. DUFF

I, Robert E. Duff, for my Affidavit, state as follows:

1. My name is Robert E. Duff, and I am at least 18 years of age and competent to make this affidavit.

2. I am an attorney admitted to the bar of the State of Indiana, am in good standing, and my attorney number is 16392-06.

3. I was admitted to the bar of the State of Indiana in 1992 and have practiced law continuously for over twenty-five years.

4. In addition to the bar of the State of Indiana, I am also admitted to practice in the United States District Courts for the Northern and Southern Districts of Indiana, Western District of Wisconsin, District of Minnesota, Eastern District of Michigan, Western District of Kentucky, Northern and Southern Districts of Ohio, Central District of Illinois and the United States Courts of Appeal for the Sixth and Seventh Circuits.

5. I founded the Indiana Consumer Law Group/The Law Office of Robert E. Duff in March 2007. It is one of only two private Indiana-based law firms, of which I am aware, that handle exclusively consumer law cases on behalf of Indiana consumers.

6. Prior to founding my law firm, I clerked for a U.S. Magistrate Judge, clerked for a Judge on the Indiana Court of Appeals, worked in the Indiana Attorney General's tort litigation section and worked as a litigation associate at large and small Indianapolis law firms.


PLAINTIFF'S EXHIBIT 4

7. I have twenty-two years of litigation experience and seventeen years of experience litigating consumer law cases; prior to founding the Indiana Consumer Law Group/The Law Office of Robert E. Duff, I litigated consumer law cases on behalf of defendants like automakers Ford, Mitsubishi, and Toyota in Indiana state court and on behalf of credit reporting agency TransUnion in Federal courts all over the Midwest.

8. The Indiana Consumer Law Group/The Law Office of Robert E. Duff functions as a private attorney general by assisting consumers in enforcing their rights under various state and federal consumer statutes and by holding businesses accountable for violations of those consumer statutes.

9. I practice extensively in the Northern and Southern Districts of Indiana and Indiana state courts.

10. My current hourly billing rate is $395 per hour, and that has been my hourly rate since January 1, 2017.

11. I am very familiar with the market for legal services in the Northern District of Indiana.

12. I am also familiar with attorney Ronald L. Burdge, his qualifications and his practice.

13. Mr. Burdge is a very high quality consumer law practitioner, particularly in the specialized area of lemon laws and the Magnuson-Moss Warranty Act, and should command the highest hourly rate of any particular market in which he practices in that particular field.

14. In my opinion, $400 per hour is on the very low end of a reasonable hourly rate for Mr. Burdge practicing in the Northern District of Indiana.

I, Robert E. Duff, under penalty of perjury, do hereby affirm that the foregoing representations are true and correct to the best of my knowledge and belief.

*R. E. Duff* 4-20-17

3