UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| NATHAN HOOPES, ET. AL. | CASE NO 1:10-CV-00365-JD |
| PLAINTIFFS, | JUDGE JON E. DEGUILIO |
| - VS. -<br>GULF STREAM COACH, INC. | AFFIDAVIT OF THOMAS W. CONNORS IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY FEES |
| DEFENDANT. | |

State of Ohio, County of Stark, SS:

Thomas W. Connors, being first duly sworn and cautioned, deposes and states as follows:

1. Affiant is an attorney licensed to practice law in the State of Ohio, being Registration Number 0007226;

2. A true and accurate copy of my current "CV", or Credentials, is attached hereto as Exhibit A, and all of the statements and information contained in it are true and accurate to the best of my knowledge, information and belief;

3. Affiant was and is licensed to practice law in Ohio by the Ohio Supreme Court in November, 1978 through present; affiant is also admitted to practice before the United States Supreme Court, the Northern Division of the U.S. District Court of Ohio, the Northern Division of the U.S. District Court of Indiana, and the Sixth Circuit Court of Appeals;

4. All opinions I am giving in this affidavit are based upon my education, training and experience, and are given to the best of my information, knowledge and belief, and are based on my own personal knowledge;

5. Affiant has reviewed the pleadings in this case and is aware of the nature of this litigation as a result of having represented the plaintiffs throughout this matter;

6. Attached hereto, as Exhibit B, is a true and accurate Fee and Cost Statement which represents a summary of the law firm billing in the prosecution of this case for a total

PLAINTIFF'S
EXHIBIT
S

amount of $162,213.31, true and accurate itemized details of which is attached hereto as Exhibit C, and all of these exhibits are business records of Black, McCuskey, Souers & Arbaugh, LPA prepared under my supervision;

7. Based upon affiant's education, training and experience, it is the opinion of affiant that a reasonable hourly rate for my services rendered in this case would be at least $295.00 an hour (the hourly rate varied from $235.00 in 2010 to $295.00 at present); further, that on this particular case it was reasonable and necessary to expend the total amount of 590.3 hours on this case for a total of attorney fees for services of $156,105.00; further, that it was reasonable and necessary to expend $6,108.31 in costs of litigation in this case;

8. Based upon my education, training and experience, it is my opinion that a reasonable hourly rate for the legal services I have rendered in this case would be at least $295.00 an hour;

9. Invoice numbers 290383 dated November 24, 2014 and 296697 dated December 31, 2015 were discounted $300.00 and $2,000.00, respectively, as a courtesy to the plaintiffs. Recovery for the undiscounted value of these invoices is being sought on the grounds that that represents the reasonable hourly rates of the services provided.

10. The cost of litigation referred to above included deposition, travel, lodging, process service, postage, photocopy and fax charges as well as filing fees and court costs;

11. Based upon affiant's education, training and experience, it is the opinion of affiant that a reasonable hourly rate for Robert Preston's services rendered in this case would be at least $195.00 an hour; a reasonable hourly rate for James Wherley's services would be at least $235.00 an hour; a reasonable hourly rate for Rod Moore's services would be at least $150.00 an hour; a reasonable hourly rate for Eric Francis' services would be at least $155.00 an hour; a reasonable hourly rate for summer associate Benjamin Wright's services would be at least

$80.00 an hour; and a reasonable hourly rate for paralegal Jennifer Carter's services would be $100.00 an hour;

12.     A true and accurate copy of the current "CV" and credentials for Robert Preston, James Wherley, and Rod Moore are attached hereto as Exhibits D, E, and F, and all of the statements contained in them are true and accurate to the best of my knowledge, information and belief.  Robert Preston (Ohio Bar #0077272), Jim Wherley (Ohio Bar #0073932), Rod Moore (Ohio Bar #0093682), and Eric Francis (Ohio Bar #0092723) were licensed to practice law in the State of Ohio by the Ohio Supreme Court, as of 5/10/2004, 11/13/2001, 11/16/2015 and 11/17/2014, respectively, and through the dates on which they rendered legal services in this case.

Further Affiant says not.

_____
Thomas W. Connors

Subscribed to and sworn to before me, a Notary Public in and for the State of Ohio, by the said person on April 25, 2017.



Norma J. Christopher
Notary Public, State of Ohio
My Commission Expires 08-20-2020

_____
Notary Public

380646