

# Thomas W. Connors

**Partner**
tconnors@bmsa.com

**Practice Groups**
Litigation, Coordinator
Health Care
Oil & Gas

Canton Office
220 Market Ave. S
Suite 1000
Canton, OH 44702
330.456.8341

New Philadelphia Office
149 Garland Dr. SW
New Philadelphia, OH 44663
330.364.6553

www.bmsa.com

### Areas of Emphasis
Commercial Litigation
Environmental Litigation
Shareholder, Partnership Disputes
General Civil Litigation
Physician Representation

### Admissions
Ohio Bar, 1978
U.S. Court of Military Appeals, 1983
U.S. District Court, Northern District of Ohio, 1985
U.S. Court of Appeals, Sixth Circuit, 1988

### Education
J.D., Cleveland State University, Cleveland Marshall College of Law, 1978
B.A., John Carroll University, 1974

### Legal Certification
Selected for inclusion in *The Best Lawyers in America®* 2013 - 2017 in *Litigation - Environmental*
Recognized as an *Ohio Super Lawyer* from 2015 to 2017 in the area of *General Litigation*

**Tom's** practice involves general business and civil litigation, including corporate, commercial, real estate and personal injury matters. His practice is concentrated in resolving or trying complex litigation disputes on behalf of businesses, government entities or individuals. He has over 30 years of trial experience, and has tried more than 80 cases, the majority to juries, before state and federal courts, administrative agencies and arbitration panels. Tom was selected by his peers for inclusion in *The Best Lawyers in America®* 2013 - 2017 in *Litigation - Environmental* and he has been recognized as an *Ohio Super Lawyer* for 2015 to 2017.

A graduate of John Carroll University, where he studied sociology and philosophy, he went on to study law at Case Western Reserve University and Cleveland State University, while serving as bailiff at the Cuyahoga County Court of Common Pleas. He is a member of the Stark County Bar Association, where he has served on the Technology and Courts Committees. He is also a member of the Ohio Bar Association.

A Commander in the JAG Corps of the United States Naval Reserve, he served on active duty from 1980 to 1984 as a prosecutor, defense counsel and command advisor. He has been a member of the Reserves since 1984. Tom is a 1996 graduate of Leadership Stark County. He currently serves on the Board of Directors of The Stark County Law Library.

Black McCuskey Souers & Arbaugh, LPA





BLACK McCUSKEY