Black, McCuskey, Souers & Arbaugh
A Legal Progessional Corporation
220 Market Avenue South, Suite 1000
Federal ID 34-1285861
Tel: (330) 456-8341   Fax: (330) 456-5756

4/24/2017

GNW Aluminum, Inc.
Mr. Nathan Hoopes
1356 Harrisburg Street
P.O. Box 2418
Alliance, OH 44601

RE: Gulf Stream Coach Dispute
Client Matter ID: 104997-0002

| Invoice Date | Invoice Number | Invoice Amount | Attorney Connors Hours | Attorney Preston Hours | Attorney Wherley Hours | Attorney Moore Hours | Attorney Francis Hours | Paralegal Carter Hours | Summer Associate Wright | Fees | Costs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/26/2010 | 258342 | 1,598.00 | 6.80 | | | | | | | 1,598.00 | - |
| 8/31/2010 | 259191 | 2,610.00 | 11.10 | | | | | | | 2,610.00 | - |
| 9/30/2010 | 259962 | 2,107.87 | 8.70 | | | | | | | 2,088.00 | 19.87 |
| 10/29/2010 | 260556 | 1,032.00 | 4.30 | | | | | | | 1,032.00 | - |
| 11/30/2010 | 261231 | 2,887.15 | 8.80 | | | | | | | 2,359.00 | 528.15 |
| 1/31/2011 | 262175 | 432.00 | 1.80 | | | | | | | 432.00 | - |
| 3/10/2011 | 262879 | 1,156.14 | 4.70 | | 1.30 | | | | | 1,128.00 | 28.14 |
| 3/31/2011 | 263228 | 4,800.00 | 22.50 | | | | | | | 4,800.00 | - |
| 4/29/2011 | 264101 | 1,032.00 | 4.30 | | | | | | | 1,032.00 | - |
| 5/31/2011 | 266135 | 552.00 | 2.30 | | | | | | | 552.00 | - |
| 6/30/2011 | 266769 | 1,560.00 | 6.50 | | | | | | | 1,560.00 | - |
| 7/31/2011 | 267488 | 360.00 | 1.50 | | | | | | | 360.00 | - |
| 4/30/2012 | 272575 | 245.00 | 1.00 | | | | | | | 245.00 | - |
| 5/31/2012 | 273371 | 2,033.50 | 8.30 | | | | | | | 2,033.50 | - |
| 6/21/2012 | 273981 | 4,905.00 | 20.80 | 0.20 | | | | | | 4,905.00 | - |
| 7/31/2012 | 274645 | 3,171.25 | 11.70 | 0.30 | | | | | 3.40 | 3,162.00 | 9.25 |
| 9/27/2012 | 276038 | 510.00 | 2.00 | | | | | | 3.00 | 510.00 | - |
| 11/30/2012 | 276898 | 925.50 | 2.10 | 2.00 | | | | | | 925.50 | - |
| 12/31/2012 | 277397 | 3,008.75 | 11.00 | | | | | | | 2,805.00 | 203.75 |

PLAINTIFF'S EXHIBIT 5-B

| Invoice Date | Invoice Number | Invoice Amount | Attorney Connors Hours | Attorney Preston Hours | Attorney Wherley Hours | Attorney Moore Hours | Attorney Francis Hours | Paralegal Carter Hours | Summer Associate Wright | Fees | Costs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/30/2013 | 278092 | 3,370.50 | 12.60 | | | | | | | 3,213.00 | 157.50 |
| 2/27/2013 | 278500 | 3,213.00 | 12.60 | | | | | | | 3,213.00 | |
| 3/31/2013 | 279205 | 8,619.00 | 33.80 | | | | | | | 8,619.00 | - |
| 4/30/2013 | 279633 | 2,679.70 | 8.10 | | | | | | | 2,065.50 | 614.20 |
| 5/31/2013 | 280008 | 2,830.50 | 11.10 | | | | | | | 2,830.50 | - |
| 6/30/2013 | 280500 | 2,677.50 | 10.50 | | | | | | | 2,677.50 | |
| 7/30/2013 | 281087 | 1,708.50 | 6.70 | | | | | | | 1,708.50 | |
| 8/29/2013 | 281562 | 3,153.50 | 11.90 | | | | | | | 3,153.50 | |
| 9/30/2013 | 282168 | 2,438.00 | 9.20 | | | | | | | 2,438.00 | |
| 2/28/2014 | 285041 | 6,572.00 | 24.80 | | | | | | | 6,572.00 | |
| 3/31/2014 | 285484 | 344.50 | 1.30 | | | | | | | 344.50 | |
| 10/30/2014 | 289678 | 384.00 | 1.40 | | | | | | | 384.00 | |
| 11/24/2014 | 290383 | 3,932.50 | 14.30 | | | | | | | 3,932.50 | |
| 12/30/2014 | 290927 | 634.46 | 0.80 | | | | | | | 220.00 | 414.46 |
| 3/31/2015 | 292401 | 2,745.00 | 9.80 | | | | | | | 2,745.00 | - |
| 6/30/2015 | 293703 | 568.56 | 1.20 | | | | | | | 330.00 | 238.56 |
| 8/31/2015 | 294665 | 426.50 | 1.50 | | | | | | | 426.50 | |
| 9/30/2015 | 295200 | 7,228.03 | 24.50 | | | | | | | 6,982.50 | 245.53 |
| 10/30/2015 | 295512 | 5,527.06 | 17.90 | | | | | | | 5,101.50 | 425.56 |
| 11/30/2015 | 296246 | 8,350.50 | 29.30 | | | | | | | 8,350.50 | |
| 12/31/2015 | 296697 | 5,444.70 | 14.70 | | | | | | | 4,189.50 | 1,255.20 |
| 5/31/2016 | 298899 | 1,396.50 | 4.90 | | | | | | | 1,396.50 | - |
| 7/21/2016 | 299722 | 228.00 | 0.80 | | | | | | | 228.00 | |
| 8/31/2016 | 300637 | 3,426.00 | 11.20 | | | | | 1.00 | | | 3,426.00 | |
| 10/31/2016 | 301604 | 442.50 | 1.50 | | | | | | | 442.50 | |
| 11/30/2016 | 302098 | 4,375.00 | 13.00 | | | | | | | 4,375.00 | |
| 12/30/2016 | 302663 | 7,573.17 | 22.60 | | | | 3.60 | | | 6,847.00 | 726.17 |
| 1/31/2017 | 303145 | 6,940.04 | 20.90 | | | | 1.20 | | | 6,270.50 | 669.54 |
| 2/28/2017 | 303740 | 26,458.93 | 87.70 | | | | 0.70 | | | 25,886.50 | 572.43 |
| 3/29/2017 | 304142 | 265.50 | 0.90 | | | | 0.10 | | | 265.50 | |
| 4/25/2017 | 304593 | 3,333.50 | 11.30 | | | | | | | 3,333.50 | |
| Totals | | 162,213.31 | 573.00 | 2.50 | 1.30 | 5.60 | 1.00 | 0.50 | 6.40 | 156,105.00 | 6,108.31 |