**BLACK, McCUSKEY, SOUERS & ARBAUGH**
**A LEGAL PROFESSIONAL CORPORATION**
**220 MARKET AVENUE SOUTH**
**SUITE 1000**
**CANTON, OHIO 44702-2116**
**Federal ID 34-1285861**
**TEL: (330) 456-8341**
**FAX: (330) 456-5756**

ATTORNEY-CLIENT PRIVILEGED

GNW ALUMINUM, INC.
ATTN:  MR. NATHAN HOOPES
1356 HARRISBURG STREET
P.O. BOX 2418
ALLIANCE, OHIO  44601


Client No.:  104997                     Invoice No.    258342
Matter No.:  104997-0001                Invoice Date: Jul 26, 2010
=======================================================================


          For Professional Services Rendered Through  Jun 30, 2010
          RE: GENERAL CORPORATE MATTERS


PROFESSIONAL SERVICES
-----------------------


06/10/10 TWC    TELEPHONE CALL FROM NATHAN HOOPES REGARDING
                RESCINDING RV PURCHASE; REVIEW CONTRACT, REPAIR
                DOCUMENTS; RESEARCH LEMON LAW ISSUES; PREPARE
                DEMAND LETTER; TELEPHONE CALLS TO NATHAN HOOPES
                REGARDING DEMAND LETTER ISSUES, NEEDED
                DOCUMENTS

06/11/10 TWC    WORK ON LETTER TO GULF STREAM RESCINDING
                PURCHASE; REVIEW PURCHASE AGREEMENT, WARRANTY
                REGARDING SAME; TELEPHONE CALLS TO NATHAN
                HOOPES REGARDING INFORMATION NEEDED FOR
                RESCISSION LETTER; RESEARCH REGARDING LEMON LAW
                CLAIM ELEMENTS

06/15/10 TWC    FINALIZE, SEND LETTER RESCINDING PURCHASE OF
                RV; TELEPHONE CALLS FROM NATHAN HOOPES
                REGARDING PICKUP OF RV, CONTINUING PROBLEMS

06/22/10 TWC    TELEPHONE CONFERENCE WITH NATHAN HOOPES
                REGARDING CASE STATUS, RELATED ISSUES

06/30/10 TWC    TELEPHONE CALL FROM NATHAN HOOPES REGARDING
                CASE STATUS; TELEPHONE CALL TO TONY SUDDEN
                REQUESTING GULF STREAM'S POSITION



PLAINTIFF'S EXHIBIT
5-C
PENGAD 800-631-6989

```
GNW ALUMINUM, INC.                        Jul 26, 2010      PAGE    2
FILE NUMBER: 104997-0001
INVOICE NO.: 258342


Professional Services                              $      1598.00


Subtotal of Current Period Charges                 $      1598.00
                                                         ---------------

TOTAL AMOUNT DUE                                   $      1598.00
                                                         ===============
```

**BLACK, McCUSKEY, SOUERS & ARBAUGH**
**A LEGAL PROFESSIONAL CORPORATION**
**220 MARKET AVENUE SOUTH**
**SUITE 1000**
**CANTON, OHIO 44702-2116**
**Federal ID 34-1285861**
**TEL: (330) 456-8341**
**FAX: (330) 456-5756**

ATTORNEY-CLIENT PRIVILEGED

GNW ALUMINUM, INC.
ATTN:  MR. NATHAN HOOPES
1356 HARRISBURG STREET
P.O. BOX 2418
ALLIANCE, OHIO  44601


Client No.:  104997                    Invoice No.   259191
Matter No.:  104997-0001               Invoice Date: Aug 31, 2010
=========================================================================

            For Professional Services Rendered Through  Jul 31, 2010
            RE: GENERAL CORPORATE MATTERS


PROFESSIONAL SERVICES
---------------------


07/01/10 TWC TELEPHONE CONFERENCE WITH NATHAN HOOPES         2.60
             REGARDING GULF STREAM REPRESENTATIVE'S REFUSAL
             TO REFUND PURCHASE PRICE; COMMENCE RESEARCH LAW
             REGARDING POTENTIAL CLAIMS

07/02/10 TWC RESEARCH LAW REGARDING FORUM SELECTION CLAUSE   4.80
             ISSUES; TELEPHONE CONFERENCE WITH NATHAN HOOPES
             REGARDING SIGNING WARRANTY, FORUM SELECTION
             CLAUSE; RESEARCH HISTORICAL CASES IN OHIO,
             INDIANA REGARDING GULF STREAM LAWSUITS;
             CONTINUE RESEARCH LAW REGARDING POTENTIAL
             CLAIMS

07/06/10 TWC RESEARCH PRIOR GULF STREAM, GENERAL RV CASES,   3.40
             STANDARD AGREEMENTS, APPLICABLE LAW; TELEPHONE
             CONFERENCE WITH NATHAN HOOPES REGARDING STATUS
             OF RV, CASE OPTIONS

07/22/10 TWC TELEPHONE CONFERENCE WITH GULF STREAM'S          .30
             ATTORNEY REGARDING RESPONSE TO REFUND REQUEST;
             INSPECTION OF VEHICLE


Professional Services                          $      2610.00

```
GNW ALUMINUM, INC.                     Aug 31, 2010       PAGE    2
FILE NUMBER: 104997-0001
INVOICE NO.: 259191


Subtotal of Current Period Charges                $     2610.00
                                                  ----------------

TOTAL AMOUNT DUE                                  $     2610.00
                                                  ================
```

**BLACK, McCUSKEY, SOUERS & ARBAUGH**
**A LEGAL PROFESSIONAL CORPORATION**
**220 MARKET AVENUE SOUTH**
**SUITE 1000**
**CANTON, OHIO 44702-2116**
**Federal ID 34-1285861**
**TEL: (330) 456-8341**
**FAX: (330) 456-5756**

ATTORNEY-CLIENT PRIVILEGED

GNW ALUMINUM, INC.
ATTN:  MR. NATHAN HOOPES
1356 HARRISBURG STREET
P.O. BOX 2418
ALLIANCE, OHIO  44601

Client No.: 104997                        Invoice No.    259962
Matter No.: 104997-0001                   Invoice Date: Sep 30, 2010
==================================================================

          For Professional Services Rendered Through  Aug 31, 2010
          RE: GENERAL CORPORATE MATTERS


PROFESSIONAL SERVICES
---------------------


08/02/10 TWC TELEPHONE CONFERENCE WITH NATHAN HOOPES          .30
             REGARDING VEHICLE BREAKDOWNS; TELEPHONE CALL TO
             GULF STREAM ATTORNEY REGARDING SAME

08/03/10 TWC TELEPHONE CALL FROM ATTORNEY MAJERNIK REGARDING  .40
             INSPECTION OF RV; REVIEW LAW REGARDING FEDERAL
             WARRANTY CLAIMS, DAMAGES ISSUE

08/04/10 TWC OFFICE CONFERENCE WITH ASSOCIATE REGARDING       .60
             RESEARCH FEDERAL, INDIANA DAMAGES ISSUES

08/10/10 TWC WORK ON NOTICES TO GULF STREAM AND GENERAL RV    .70
             REGARDING PROBLEMS WITH VEHICLE; RESEARCH
             REGARDING ADDRESSES, PREPARE NOTICES

08/12/10 TWC RESEARCH INDIANA LAW REGARDING DAMAGES,         1.40
             LIMITATIONS ON REMEDIES, LIABILITY

08/13/10 TWC FINALIZE, SEND NOTICE OF ADDITIONAL DEFECTS TO   .20
             GULF STREAM

```
GNW ALUMINUM, INC.                    Sep 30, 2010      PAGE    2
FILE NUMBER: 104997-0001
INVOICE NO.: 259962
```

08/16/10 TWC RESEARCH LAW REGARDING COMPONENT MANUFACTURER      3.10
             WARRANTY EXCLUSION, REASONABLE TIME FOR REPAIR,
             PRIVITY REQUIREMENT FOR MANUFACTURER, RELATED
             ISSUES; TELEPHONE CONFERENCE WITH NATHAN HOOPES
             REGARDING SAME, PLANNING FOR INSPECTION

08/23/10 TWC TELEPHONE CALLS TO NATHAN HOOPES, ATTORNEY          .20
             MAJERNIK REGARDING INSPECTION

08/24/10 TWC MEETING WITH ATTORNEY MAJERNIK, MANUFACTURER       1.80
             REPRESENTATIVE REGARDING INSPECTION OF RV


Professional Services                                $      2088.00



COSTS ADVANCED
                         Description                  Amount
                         -----------                  ------

          PHOTOCOPIES                                 11.55
          POSTAGE                                      6.32
          TELEFAX                                      2.00

Costs Advanced                                       $        19.87

Subtotal of Current Period Charges                   $      2107.87
                                                     ----------------

TOTAL AMOUNT DUE                                     $      2107.87
                                                     ================

**BLACK, McCUSKEY, SOUERS & ARBAUGH**
**A LEGAL PROFESSIONAL CORPORATION**
**220 MARKET AVENUE SOUTH**
**SUITE 1000**
**CANTON, OHIO 44702-2116**
Federal ID 34-1285861
TEL: (330) 456-8341
FAX: (330) 456-5756

ATTORNEY-CLIENT PRIVILEGED

GNW ALUMINUM, INC.
ATTN: MR. NATHAN HOOPES
1356 HARRISBURG STREET
P.O. BOX 2418
ALLIANCE, OHIO 44601


Client No.: 104997                    Invoice No.   260556
Matter No.: 104997-0001               Invoice Date: Oct 29, 2010
=================================================================

           For Professional Services Rendered Through  Sep 30, 2010
           RE: GENERAL CORPORATE MATTERS


PROFESSIONAL SERVICES
---------------------


09/08/10 TWC TELEPHONE CALL TO ATTORNEY MAJERNIK REGARDING      .30
             STATUS; TELEPHONE CALL TO NATHAN HOOPES
             REGARDING SAME

09/14/10 TWC TELEPHONE CALL FROM JOHN MAJERNIK REGARDING        .80
             SETTLEMENT PROPOSAL; TELEPHONE CONFERENCE WITH
             NATHAN HOOPES REGARDING SAME, COUNTER PROPOSAL;
             TELEPHONE CALL TO ATTORNEY MAJERNIK REGARDING
             SAME

09/16/10 TWC TELEPHONE CONFERENCE WITH ATTORNEY MAJERNIK        .50
             REGARDING RESPONSE TO PROPOSAL; TELEPHONE CALL
             TO NATHAN HOOPES REGARDING SAME; TELEPHONE
             CALLS TO ATTORNEY MAJERNIK, NATHAN HOOPES
             REGARDING FOLLOW-UP TO SAME

09/17/10 TWC RESEARCH REGARDING POSSIBLE EXPERTS; TELEPHONE    1.50
             CALL TO WILBUR MEREDITH REGARDING SERVING AS
             EXPERT; TELEPHONE CALL TO NATHAN HOOPES
             REGARDING SAME

09/21/10 TWC TELEPHONE CALL TO WILBUR MEREDITH REGARDING        .30
             INSPECTION; TELEPHONE CALL TO NATHAN HOOPES
             REGARDING INSPECTION

```
GNW ALUMINUM, INC.                    Oct 29, 2010      PAGE   2
FILE NUMBER: 104997-0001
INVOICE NO.: 260556
```

09/22/10 TWC TELEPHONE CALL TO WILL MEREDITH REGARDING           .60
             INSPECTION ISSUES; TELEPHONE CALL TO NATHAN
             HOOPES REGARDING WORK ORDERS; REVIEW, SEND WORK
             ORDERS TO MEREDITH

09/27/10 TWC PREPARE, SUBMIT REQUEST FOR CERTIFICATE OF GOOD      .20
             STANDING FOR ATTORNEY WHERLEY

09/28/10 TWC TELEPHONE CALL FROM WILL MEREDITH REGARDING          .10
             WORK ORDERS


Professional Services                          $      1032.00


Subtotal of Current Period Charges             $      1032.00

Previous Balance Due                                  2107.87
                                               ----------------

TOTAL AMOUNT DUE                               $      3139.87
                                               ================

**BLACK, McCUSKEY, SOUERS & ARBAUGH**
**A LEGAL PROFESSIONAL CORPORATION**
**220 MARKET AVENUE SOUTH**
**SUITE 1000**
**CANTON, OHIO 44702-2116**
**Federal ID 34-1285861**
**TEL: (330) 456-8341**
**FAX: (330) 456-5756**

ATTORNEY-CLIENT PRIVILEGED

GNW ALUMINUM, INC.
ATTN:  MR. NATHAN HOOPES
1356 HARRISBURG STREET
P.O. BOX 2418
ALLIANCE, OHIO  44601

Client No.: 104997                    Invoice No.   261231
Matter No.: 104997-0001               Invoice Date: Nov 30, 2010
=====================================================================

         For Professional Services Rendered Through  Oct 31, 2010
         RE: GENERAL CORPORATE MATTERS

PROFESSIONAL SERVICES
---------------------

10/04/10 TWC TELEPHONE CALL FROM ATTORNEY MAZERNIK REGARDING  1.60
             EXPERT OPINION; PREPARE DRAFT OF COMPLAINT;
             TELEPHONE CALL TO NATHAN HOOPES REGARDING SAME;
             CONFERENCE WITH ATTORNEY WHERLEY REGARDING
             MOTION TO APPEAR IN INDIANA FEDERAL COURT

10/04/10 JMW REVIEW FILE; REVIEW NORTHERN DISTRICT OF          .30
             INDIANA LOCAL RULES; CONFERENCE WITH COURT
             CLERK

10/07/10 TWC REVISE DRAFT OF COMPLAINT, SEND TO NATHAN        1.10
             HOOPES; TELEPHONE CALL FROM NATHAN HOOPES
             REGARDING SAME

10/08/10 TWC TELEPHONE CALL TO NATHAN HOOPES REGARDING         .10
             APPROVAL OF COMPLAINT

10/11/10 TWC TELEPHONE CALL FROM ATTORNEY MAJERNIK REGARDING   .10
             GULF STREAM RESPONSE TO EXPERT REVIEW

10/14/10 TWC WORK ON COMPLAINT'S  ADDITIONAL CLAIMS           1.70

10/15/10 TWC WORK ON COMPLAINT, ADDITIONAL CLAIMS             1.90

```
GNW ALUMINUM, INC.                    Nov 30, 2010      PAGE   2
FILE NUMBER: 104997-0001
INVOICE NO.: 261231
```

10/15/10 JMW REVIEW CASE FILE REGARDING ADMISSION TO INDIANA   .10
              DISTRICT COURT

10/18/10 TWC COMPLETE COMPLAINT, ADDITIONAL CLAIMS; PREPARE    2.10
              COVER SHEET, NOTICE OF APPEARANCE, ASSEMBLE AND
              SEND FOR FILING WITH COURT

10/18/10 JMW CONTINUE PREPARATION OF PRO HAC VICE ADMISSION    .70
              DOCUMENTS; REVIEW LOCAL RULES AND COMPLAINT;
              REVIEW FEDERAL AND LOCAL RULES REGARDING
              SUMMONS ISSUES

10/20/10 JMW REVIEW MESSAGE FROM COURT REGARDING NOTICE OF     .20
              APPEARANCE

10/22/10 TWC PREPARE, SEND SUMMONS, NOTICE, WAIVER OF          .20
              SUMMONS DOCUMENTS TO OPPOSING PARTIES


Professional Services                          $     2359.00


COSTS ADVANCED
                      Description              Amount
                      -----------             ------

         PHOTOCOPIES                            18.15
10/18/10 COURT COSTS - CLERK, U.S. DISTRICT COURT GNW   160.00
         ALUMINUM V. HOOPES
10/18/10 COURT COSTS - CLERK, U.S. DISTRICT COURT GNW   350.00
         ALUMINUM V. HOOPES
10/18/10 COURT COSTS - CLERK, U.S. DISTRICT COURT GNW   350.00
         ALUMINUM V. HOOPES
10/18/10 Reversal from Void Check Number: 154993       (350.00)
         Bank ID: GENERAL Voucher ID: 78918
         Vendor: CLERK, U.S. DISTRICT COURT


Costs Advanced                                 $      528.15

Subtotal of Current Period Charges             $     2887.15
                                                 ---------------

TOTAL AMOUNT DUE                               $     2887.15
                                                 ===============
```

**BLACK, McCUSKEY, SOUERS & ARBAUGH**
**A LEGAL PROFESSIONAL CORPORATION**
**220 MARKET AVENUE SOUTH**
**SUITE 1000**
**CANTON, OHIO 44702-2116**
**Federal ID 34-1285861**
**TEL: (330) 456-8341**
**FAX: (330) 456-5756**

ATTORNEY-CLIENT PRIVILEGED

GNW ALUMINUM, INC.
ATTN:  MR. NATHAN HOOPES
1356 HARRISBURG STREET
P.O. BOX 2418
ALLIANCE, OHIO  44601

Client No.:  104997                    Invoice No.    264101
Matter No.:  104997-0002               Invoice Date: Apr 29, 2011
=====================================================================

          For Professional Services Rendered Through  Mar 31, 2011
          RE: GULF STREAM COACH DISPUTE


PROFESSIONAL SERVICES
- - - - - - - - - - - - - - - - - - -


03/07/11 TWC CHECK DOCKET REGARDING COURT FILINGS; REVIEW        .20
             REPLY TO BRIEF FROM GENERAL REVIEW REGARDING
             ARBITRATION

03/18/11 TWC EMAIL TO COURT REGARDING COURT CONFERENCE           .10

03/21/11 TWC TELEPHONE CALL FROM ATTORNEY DOLENGA REGARDING      .20
             COURT SCHEDULING; TELEPHONE CALL TO COURT
             REGARDING SAME

03/23/11 TWC PREPARATION FOR COURT HEARING; ATTENDANCE AT       1.10
             COURT HEARING BEFORE MAGISTRATE CROSBY

03/24/11 TWC WORK ON FIRST AMENDED COMPLAINT                     .70

03/28/11 TWC PREPARE AMENDED COMPLAINT, STIPULATION AND SEND    1.10
             SAME TO COUNSEL FOR APPROVAL

03/30/11 TWC EMAIL FROM ATTORNEY DOLENGA REGARDING AGREED        .60
             ORDER; REVISIONS TO SAME; EMAIL EXCHANGE
             REGARDING GULFSTREAM ATTORNEY RESPONSE TO
             AMENDED COMPLAINT

03/31/11 TWC TELEPHONE CONFERENCE WITH COURT, OPPOSING           .30
             COUNSEL REGARDING AMENDED COMPLAINT ISSUE

```
GNW ALUMINUM, INC.                          Apr 29, 2011      PAGE    2
FILE NUMBER: 104997-0002
INVOICE NO.: 264101


Professional Services                                 $      1032.00


Subtotal of Current Period Charges                    $      1032.00
                                                      ----------------

TOTAL AMOUNT DUE                                      $      1032.00
                                                      ================
```

**BLACK, McCUSKEY, SOUERS & ARBAUGH**
**A LEGAL PROFESSIONAL CORPORATION**
**220 MARKET AVENUE SOUTH**
**SUITE 1000**
**CANTON, OHIO 44702-2116**
**Federal ID 34-1285861**
**TEL: (330) 456-8341**
**FAX: (330) 456-5756**

ATTORNEY-CLIENT PRIVILEGED

GNW ALUMINUM, INC.
ATTN:  MR. NATHAN HOOPES
1356 HARRISBURG STREET
P.O. BOX 2418
ALLIANCE, OHIO  44601

Client No.:  104997                    Invoice No.   266135
Matter No.:  104997-0002               Invoice Date: May 31, 2011
===============================================================

        For Professional Services Rendered Through  Apr 30, 2011
        RE: GULF STREAM COACH DISPUTE

PROFESSIONAL SERVICES
---------------------

04/01/11 TWC REVISIONS TO AGREED ORDER, SEND SAME TO           .30
             OPPOSING COUNSEL

04/04/11 TWC TELEPHONE CALL TO ATTORNEY HOFFER REGARDING       .10
             FIRST AMENDED COMPLAINT ISSUE

04/05/11 TWC FINALIZE PROPOSED ORDER, AMENDED COMPLAINT;      1.10
             SEND SAME TO OPPOSING COUNSEL FOR APPROVAL;
             RESPONSE FROM COUNSEL; TELEPHONE CONFERENCE
             WITH GULF STREAM COUNSEL REGARDING FILING
             ISSUES; TELEPHONE CALL TO COURT REGARDING SAME;
             PREPARE NOTICE OF FILING OF ORDER AND
             COMPLAINT, FILE SAME

04/20/11 TWC TELEPHONE CALL FROM ATTORNEY DOLENGA REGARDING    .80
             RECENT COURT ORDER; TELEPHONE CALL TO ATTORNEY
             FOR GULFSTREAM REGARDING SAME; FILE AGREED
             MOTION TO AMEND COMPLAINT AS PER COURT ORDER

Professional Services                         $      552.00

GNW ALUMINUM, INC.                          May 31, 2011      PAGE   2
FILE NUMBER: 104997-0002
INVOICE NO.: 266135


Subtotal of Current Period Charges                    $      552.00
                                                      -----------------

TOTAL AMOUNT DUE                                      $      552.00
                                                      =================

**BLACK, McCUSKEY, SOUERS & ARBAUGH**
**A LEGAL PROFESSIONAL CORPORATION**
**220 MARKET AVENUE SOUTH**
**SUITE 1000**
**CANTON, OHIO 44702-2116**
**Federal ID 34-1285861**
**TEL: (330) 456-8341**
**FAX: (330) 456-5756**

ATTORNEY-CLIENT PRIVILEGED

GNW ALUMINUM, INC.
ATTN:  MR. NATHAN HOOPES
1356 HARRISBURG STREET
P.O. BOX 2418
ALLIANCE, OHIO  44601


Client No.:  104997                    Invoice No.   272575
Matter No.:  104997-0002               Invoice Date: Apr 30, 2012
=========================================================================


        For Professional Services Rendered Through  Mar 31, 2012
        RE: GULF STREAM COACH DISPUTE


PROFESSIONAL SERVICES
---------------------


07/13/11 TWC TELEPHONE CALL FROM NATHAN HOOPES REGARDING      .10
             CASE STATUS

01/13/12 TWC CHECK DOCKET REGARDING CASE STATUS              .10

02/17/12 TWC TELEPHONE CONFERENCE WITH GULF STREAM ATTORNEY   .50
             REGARDING CASE STATUS; REVIEW DOCKET REGARDING
             SAME; REVIEW FILE DOCUMENTS REGARDING FILING
             ISSUES

03/20/12 TWC TELEPHONE CALL TO ATTORNEY DOLENGA, JUDGE       .20
             LOZANO COURT REGARDING MOTION STATUS

03/27/12 TWC TELEPHONE CALL TO NATHAN HOOPES REGARDING COURT  .10
             RULING ON GENERAL RV CENTER MOTION


Professional Services                          $     245.00


Subtotal of Current Period Charges             $     245.00

Previous Balance Due                                  96.00
                                               ---------------

```
GNW ALUMINUM, INC.                    Apr 30, 2012      PAGE   2
FILE NUMBER: 104997-0002
INVOICE NO.: 272575

TOTAL AMOUNT DUE                             $      341.00
                                             ================
```

**BLACK, McCUSKEY, SOUERS & ARBAUGH**
**A LEGAL PROFESSIONAL CORPORATION**
**220 MARKET AVENUE SOUTH**
**SUITE 1000**
**CANTON, OHIO 44702-2116**
**Federal ID 34-1285861**
**TEL: (330) 456-8341**
**FAX: (330) 456-5756**

                                        ATTORNEY-CLIENT PRIVILEGED

GNW ALUMINUM, INC.
ATTN:  MR. NATHAN HOOPES
1356 HARRISBURG STREET
P.O. BOX 2418
ALLIANCE, OHIO  44601


Client No.:  104997                 Invoice No.   273371
Matter No.:  104997-0002            Invoice Date: May 31, 2012
====================================================================

         For Professional Services Rendered Through  Apr 30, 2012
         RE: GULF STREAM COACH DISPUTE


PROFESSIONAL SERVICES
---------------------


04/09/12 TWC CHECK DOCKET REGARDING CASE STATUS            .10

04/23/12 TWC TELEPHONE CALL TO WILBUR MEREDITH, ASSOCIATES,  1.60
             LEARN OF HIS DEATH; SEARCH FOR ALTERNATIVE
             EXPERT; TELEPHONE CALLS TO ALTERNATIVE EXPERTS

04/24/12 TWC WORK ON EXPERT ISSUES, RESEARCH INDIANA LAW    3.60
             REGARDING BREACH OF WARRANTY, DAMAGES, OWNER,
             EXPERT OPINIONS REGARDING SAME

04/25/12 TWC SEARCH FOR MECHANICAL ENGINEERING EXPERT;      1.60
             TELEPHONE CALLS TO AKRON UNIVERSITY, CLEVELAND
             STATE UNIVERSITY MECHANICAL ENGINEERING
             DEPARTMENTS; RESEARCH REGARDING INTERNET,
             EXPERT SERVICES

04/26/12 TWC TELEPHONE CALL FROM JON GERHARDT MECHANICAL     .50
             ENGINEER REGARDING EXPERT SERVICE; TELEPHONE
             CALLS FROM TWO OTHER MECHANICAL ENGINEERS
             REGARDING SAME

04/27/12 TWC TELEPHONE CALL FROM AKRON UNIVERSITY PROFESSOR  .10
             REGARDING POTENTIAL SERVICE AS EXPERT

```
GNW ALUMINUM, INC.                    May 31, 2012      PAGE   2
FILE NUMBER: 104997-0002
INVOICE NO.: 273371
```

```
04/30/12 TWC TELEPHONE CALL TO NATHAN HOOPES REGARDING NEW      .80
             EXPERT; TELEPHONE CALL TO ENGINEER REGARDING
             SAME; TELEPHONE CALL TO NATHAN HOOPES REGARDING
             ARRANGEMENTS REGARDING VIEW OF VEHICLE;
             INTERNET RESEARCH OF SLIDEOUT COMPONENT;
             TELEPHONE CALL TO TECHNICIAN REGARDING
             TESTIMONY
```

```
Professional Services                        $     2033.50

Subtotal of Current Period Charges           $     2033.50
                                             ----------------
TOTAL AMOUNT DUE                             $     2033.50
                                             ================
```

**BLACK, McCUSKEY, SOUERS & ARBAUGH**
**A LEGAL PROFESSIONAL CORPORATION**
**220 MARKET AVENUE SOUTH**
**SUITE 1000**
**CANTON, OHIO 44702-2116**
**Federal ID 34-1285861**
**TEL: (330) 456-8341**
**FAX: (330) 456-5756**

ATTORNEY-CLIENT PRIVILEGED

GNW ALUMINUM, INC.
ATTN:  MR. NATHAN HOOPES
1356 HARRISBURG STREET
P.O. BOX 2418
ALLIANCE, OHIO  44601

Client No.:  104997                    Invoice No.   273981
Matter No.:  104997-0002               Invoice Date: Jun 21, 2012
=====================================================================

          For Professional Services Rendered Through  May 31, 2012
          RE: GULF STREAM COACH DISPUTE

PROFESSIONAL SERVICES
- - - - - - - - - - - - - - - - - - - -

05/03/12 TWC  RESEARCH LAW REGARDING LEMON LAWS, INDIANA          3.10
              LEMON LAW, OHIO LEMON LAW, EFFECT OF
              CONTRACTUAL CHOICE OF LAW PROVISION

05/09/12 TWC  REVIEW LOCAL RULES, REQUIREMENTS FOR SCHEDULING      .70
              CONFERENCE; TELEPHONE CALL TO GULFSTREAM
              ATTORNEY REGARDING SAME; TELEPHONE CALL TO
              NATHAN HOOPES REGARDING CONFERENCE, EXPERT
              ISSUES

05/10/12 TWC  TELEPHONE CONFERENCES WITH NATHAN HOOPES, JON       4.10
              GERHARDT REGARDING INSPECTION OF RV; RESEARCH
              INDIANA LAW REGARDING VALUATION, BREACH OF
              EXPRESS WARRANTY, BREACH OF IMPLIED WARRANTY

05/11/12 TWC  RESEARCH LAW REGARDING FACTUAL BACKGROUND           2.30
              REGARDING COMPONENT WARRANTIES, SERVICE
              CONTRACTS; TELEPHONE CALLS TO EXPERT, NATHAN
              HOOPES REGARDING ARRANGEMENTS FOR INSPECTION

05/14/12 TWC  TELEPHONE CALLS TO MECHANICAL ENGINEER AND           .50
              NATHAN HOOPES REGARDING INSPECTION; TELEPHONE
              CALL TO VALUATION EXPERT REGARDING COMPENSATION
              ISSUE; TELEPHONE CALL TO ATTORNEY HAMILTON
              REGARDING PLANNING MEETING SCHEDULE

```
GNW ALUMINUM, INC.                        Jun 21, 2012    PAGE   2
FILE NUMBER: 104997-0002
INVOICE NO.: 273981
```

05/15/12 TWC TELEPHONE CONFERENCE WITH JON GERHARDT              1.10
             REGARDING INSPECTION OF RV SLIDEOUT; RESEARCH
             REGARDING MANUALS, BACKGROUND INFORMATION FOR
             SLIDEOUTS; TELEPHONE CALL TO JON GERHARDT

05/16/12 TWC PREPARE FOR PLANNING MEETING; TELEPHONE             1.60
             CONFERENCE WITH ATTORNEY HAMILTON REGARDING
             PLANNING MEETING REPORT

05/18/12 TWC TELEPHONE CONFERENCE WITH JON GERHARDT               .90
             REGARDING OPINION ON DEFECTIVE SLIDEOUT

05/21/12 TWC WORK ON PARTIES' PLANNING MEETING REPORT; SEND      1.00
             SAME TO ATTORNEY HAMILTON

05/22/12 TWC FINALIZE, FILE REPORT OF PARTIES PLANNING            .30
             CONFERENCE

05/24/12 TWC PREPARATION FOR COURT CONFERENCE; COURT            2.00
             CONFERENCE WITH JUDGE LOZANO; TELEPHONE
             CONFERENCE WITH EXPERT REGARDING MEETING,
             OPINION DETAILS; WORK ON DISCOVERY REQUESTS

05/24/12 BW  CONSULT WITH ATTORNEY CONNORS REGARDING             .60
             DISCOVERY CASE

05/25/12 TWC TELEPHONE CALL TO NATHAN HOOPES REGARDING CASE      .50
             STATUS; TELEPHONE CALL TO VALUATION EXPERT
             REGARDING PRICE LIST

05/25/12 RBP CONFERENCE REGARDING STATUS AND PRO HAC VICE        .20
             ADMISSION

05/25/12 BW  RESEARCH FILE IN PREPARATION FOR ROUGH DRAFT OF     .50
             INTERROGATORIES AND REQUESTS FOR DOCUMENTS
             REGARDING BREACH OF WARRANTY CASE REGARDING
             RECREATIONAL VEHICLE

05/30/12 BW  PREPARE INTERROGATORIES/REQUESTS FOR DOCUMENTS      .50
             FOR ATTORNEY CONNORS

05/31/12 TWC PREPARE, SEND INITIAL DISCOVERY DISCLOSURES TO     2.70
             ATTORNEY HAMILTON

05/31/12 BW  PREPARE ROUGH OUTLINE OF INTERROGATORIES AND       1.80
             REQUESTS FOR DOCUMENTS


Professional Services                          $     4905.00

```
GNW ALUMINUM, INC.                          Jun 21, 2012      PAGE    3
FILE NUMBER: 104997-0002
INVOICE NO.: 273981


Subtotal of Current Period Charges                    $     4905.00
                                                      ----------------

TOTAL AMOUNT DUE                                      $     4905.00
                                                      ================
```

**BLACK, McCUSKEY, SOUERS & ARBAUGH**
**A LEGAL PROFESSIONAL CORPORATION**
**220 MARKET AVENUE SOUTH**
**SUITE 1000**
**CANTON, OHIO 44702-2116**
**Federal ID 34-1285861**
**TEL: (330) 456-8341**
**FAX: (330) 456-5756**

ATTORNEY-CLIENT PRIVILEGED

GNW ALUMINUM, INC.
ATTN: MR. NATHAN HOOPES
1356 HARRISBURG STREET
P.O. BOX 2418
ALLIANCE, OHIO  44601


Client No.:  104997                     Invoice No.   274645
Matter No.:  104997-0002                Invoice Date: Jul 31, 2012
===================================================================

              For Professional Services Rendered Through  Jun 30, 2012
              RE: GULF STREAM COACH DISPUTE


PROFESSIONAL SERVICES
---------------------


06/01/12 TWC TELEPHONE CALL TO JON GERHARDT REGARDING          1.40
             MEETING; EMAIL TO GULFSTREAM ATTORNEY REGARDING
             SAME; WORK ON AMENDED PARTIES PLANNING REPORT

06/04/12 TWC WORK ON DISCOVERY REQUESTS, RESEARCH BACKGROUND   2.00
             INFORMATION, OUTLINE REQUESTS

06/04/12 RBP CONFERENCE REGARDING SCHEDULING AND CASE STATUS    .20

06/04/12 BW  PREPARE ROUGH DRAFT OF DISCOVERY DOCUMENTS FOR    1.20
             TOM CONNORS AND SEND TO TOM CONNORS FOR FURTHER
             REVIEW

06/05/12 TWC WORK ON DISCOVERY REQUESTS                        1.10

06/06/12 TWC WORK ON DISCOVERY REQUEST                          .70

06/07/12 TWC WORK ON DISCOVERY REQUESTS TO GULFSTREAM          1.00

06/08/12 BW  REVIEW FILE AND PREPARE TO DRAFT SUBPOENA FOR     1.80
             DOCUMENTS; FINALIZE DISCOVERY DOCUMENTS

```
GNW ALUMINUM, INC.                    Jul 31, 2012      PAGE   2
FILE NUMBER: 104997-0002
INVOICE NO.: 274645
```

06/18/12 TWC TELEPHONE CONFERENCE WITH JON GERHARDT TO       2.10
             PREPARE FOR MEETING WITH GULF STREAM'S COUNSEL;
             MEETING WITH GULF STREAM'S COUNSEL AND JON
             GERHARDT REGARDING SLIDEOUT ROOM FAILURE;
             REVIEW MAGISTRATE CONSENT FORM; EMAIL TO
             ATTORNEY HAMILTON REGARDING NOT FILING; WORK ON
             SUBPOENA TO GENERAL RV FOR DOCUMENTS; TELEPHONE
             CALL TO GENERAL RV'S ATTORNEY REGARDING SAME

06/19/12 TWC WORK ON SUBPOENA OF DOCUMENTS TO GENERAL RV      .60
             CENTER

06/20/12 TWC REVIEW LAW REGARDING BREACH OF IMPLIED WARRANTY 1.50
             CLAIM IN PREPARATION FOR DISCUSSION WITH GULF
             STREAM ATTORNEY; FINALIZE SUBPOENA FOR RECORDS
             TO GENERAL RV CENTER; TELEPHONE CONFERENCE WITH
             GULF STREAM ATTORNEY

06/21/12 TWC REVIEW FEDERAL STATUTE REGARDING BAR ON          .30
             DISCLAIMER OF IMPLIED WARRANTY OF
             MERCHANTABILITY

06/25/12 TWC EMAIL TO ATTORNEY HAMILTON REGARDING SETTLEMENT  .10
             DISCUSSIONS STATUS

06/26/12 TWC WORK ON AMENDED REPORT, EMAIL SAME TO ATTORNEY   .60
             HAMILTON; RESPONSE FROM ATTORNEY HAMILTON,
             FINALIZE AMENDED REPORT

06/27/12 RBP ATTENTION TO SCHEDULING ORDER                   .10

06/28/12 TWC FINALIZE, SERVE SUBPOENA ON GENERAL RV CENTER    .30
             BY ITS ATTORNEY MICHAEL DOLENGA


Professional Services                          $    3162.00



COSTS ADVANCED
                      Description              Amount
                      -----------              ------

        PHOTOCOPIES                             3.30
        POSTAGE                                 5.95


Costs Advanced                                 $      9.25
```

```
GNW ALUMINUM, INC.                        Jul 31, 2012      PAGE   3
FILE NUMBER: 104997-0002
INVOICE NO.: 274645


Subtotal of Current Period Charges                  $    3171.25
                                                    ---------------


TOTAL AMOUNT DUE                                    $    3171.25
                                                    ===============
```

**BLACK, McCUSKEY, SOUERS & ARBAUGH**
**A LEGAL PROFESSIONAL CORPORATION**
**220 MARKET AVENUE SOUTH**
**SUITE 1000**
**CANTON, OHIO 44702-2116**
**Federal ID 34-1285861**
**TEL: (330) 456-8341**
**FAX: (330) 456-5756**

ATTORNEY-CLIENT PRIVILEGED

GNW ALUMINUM, INC.
ATTN:  MR. NATHAN HOOPES
1356 HARRISBURG STREET
P.O. BOX 2418
ALLIANCE, OHIO  44601

Client No.:  104997                        Invoice No.    276038
Matter No.:  104997-0002                   Invoice Date: Sep 27, 2012
========================================================================

            For Professional Services Rendered Through  Aug 31, 2012
            RE: GULF STREAM COACH DISPUTE

PROFESSIONAL SERVICES
---------------------


07/18/12 TWC REVIEW ORDER DENYING PROTECTIVE ORDER;              .30
             TELEPHONE CALL TO ATTORNEY HAMILTON REGARDING
             CASE STATUS, DISCUSSIONS REGARDING RESOLUTION

08/01/12 TWC TELEPHONE CALL FROM NATHAN HOOPES REGARDING         .10
             CASE STATUS

08/10/12 TWC REVIEW DISCOVERY REQUEST STATUS; EMAIL TO          .50
             ATTORNEY HAMILTON REGARDING SAME; COMMENCE
             REVIEW OF DOCUMENTS FROM GENERAL RV

08/13/12 TWC TELEPHONE CALL TO ATTORNEY HAMILTON REGARDING      .10
             DISCOVERY RESPONSE, NORCO ISSUE

08/29/12 TWC TELEPHONE CALL TO ATTORNEY HAMILTON REGARDING      .10
             DISCOVERY STATUS

08/31/12 TWC TELEPHONE CALL TO ATTORNEY HAMILTON REGARDING      .90
             DISCOVERY RESPONSE STATUS; PREPARE MOTION TO
             COMPEL DISCOVERY RESPONSES


Professional Services                         $      510.00

```
GNW ALUMINUM, INC.                      Sep 27, 2012      PAGE   2
FILE NUMBER: 104997-0002
INVOICE NO.: 276038


Subtotal of Current Period Charges              $      510.00
                                                ----------------

TOTAL AMOUNT DUE                                $      510.00
                                                ================
```

**Black, McCuskey, Souers & Arbaugh**
**A Legal Professional Corporation**
**220 Market Street, Suite 1000**
**Canton, Ohio 44702-2116**
**Federal ID 34-1285861**
**Tel: (330) 456-8341   Fax: (330) 456-5756**

GNW Aluminum, Inc.                                          November 30, 2012
Mr. Nathan Hoopes
1356 Harrisburg Street
P.O. Box 2418
Alliance, Ohio  44601

RE:  Gulf Stream Coach Dispute

Client Matter ID:  104997-0002
Invoice # 276898

For Professional Services Rendered Through 10/31/2012

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 09/10/2012 | TWC | Email To Attorney Hamilton Regarding Discovery Response; Obtain Discovery Response From Attorney Hamilton | 0.20 | 51.00 |
| 09/11/2012 | TWC | Review Gulfstream Discovery Response; Prepare Objection To Gulfstream For Failure To Provide Complete Discovery | 1.80 | 459.00 |
| 09/12/2012 | RBP | Conference Regarding Discovery Issues | 0.10 | 19.50 |
| 09/12/2012 | TWC | Finalize, Send Letter To Attorney Hamilton Regarding Discovery Issues | 0.10 | 25.50 |
| 09/19/2012 | RBP | Telephone Call To Opposing Counsel Regarding Discovery Responses | 0.10 | 19.50 |
| 09/20/2012 | RBP | Email Regarding Status Of Discovery | 0.10 | 19.50 |
| 09/21/2012 | RBP | Review File And Federal Rules; Revise And Update Motion To Compel And Certificate Of Discovery Dispute; E-Mail To Tom Connors | 0.90 | 175.50 |
| 09/24/2012 | RBP | Conference Regarding Motion To Compel | 0.10 | 19.50 |
| 09/25/2012 | RBP | Conference Regarding Motion To Compel, Revise Same | 0.20 | 39.00 |
| 09/26/2012 | RBP | Conference With Opposing Counsel And E-Mail Thomas Connors Regarding Status Of Discovery Supplement | 0.30 | 58.50 |
| 09/27/2012 | RBP | Conference with Thomas Connors and e-mail to opposing counsel regarding discovery | 0.20 | 39.00 |

GNW Aluminum, Inc.

File Number: 104997-0002

Invoice No.: 276898                                                   November 30, 2012

For Services Rendered $        $925.50

**Time and Fee Summary**

| Robert B. Preston | 2.00 hours at $195.00/hr | 390.00 |
| Thomas W. Connors | 2.10 hours at $255.00/hr | 535.50 |
| Total hours: | 4.10 | |

| | |
|---|---|
| Total Current Billing: | $925.50 |
| Previous Balance Due: | $510.00 |
| Payment on Account - Thank You: | $510.00 |
| **Total Now Due:** | **$925.50** |

**Black, McCuskey, Souers & Arbaugh**
**A Legal Professional Corporation**
**220 Market Street, Suite 1000**
**Canton, Ohio 44702-2116**
**Federal ID 34-1285861**
**Tel: (330) 456-8341   Fax: (330) 456-5756**

GNW Aluminum, Inc.                                          December 31, 2012
Mr. Nathan Hoopes
1356 Harrisburg Street
P.O. Box 2418
Alliance, Ohio 44601

RE:  Gulf Stream Coach Dispute

Client Matter ID:  104997-0002
Invoice # 277397

For Professional Services Rendered Through 11/30/2012

| Date/Atty | Description | Hours | Amount |
|---|---|---|---|
| 11/09/2012 TWC | Work on discovery planning; review file regarding needed depositions; telephone call to Attorney Hamilton regarding same; telephone call to engineer expert regarding deposition issues; work on valuation expert issues; telephone call to Nathan Hoopes, valuation report regarding same. | 2.40 | 612.00 |
| 11/12/2012 TWC | Telephone call from Attorney Hamilton regarding deposition schedule. | 0.10 | 25.50 |
| 11/19/2012 TWC | Research law regarding damages issues; telephone conference with Mr. Warner regarding valuation issues. | 3.40 | 867.00 |
| 11/20/2012 TWC | Preparation for deposition of Tony Sudden; conference with Attorney Hamilton, Tony Suddon regarding settlement position, adding Norco as a party; telephone call to Attorney Hamilton regarding adding parties; telephone call to Nathan Hoopes regarding Brian Biggie; research Brian Biggie contact information; telephone call to Brian Biggie. | 5.10 | 1,300.50 |

For Services Rendered $   $2,805.00

**Time and Fee Summary**

| | | |
|---|---|---|
| Thomas W. Connors | 11.00 hours at $255.00/hr | 2,805.00 |
| Total hours: | 11.00 | |

**Expenses**

| | | |
|---|---|---|
| 11/21/2012 Witness Fees | | 48.00 |

GNW Aluminum, Inc.

File Number:  104997-0002

| Invoice No.:  277397 | | December 31, 2012 |
|---|---|---|
| 11/30/2012 Deposition Costs | | 150.00 |
| 11/30/2012 Postage -certified | | 5.75 |
| | Sub-total Expenses: | $203.75 |
| | | |
| | Total Current Billing: | $3,008.75 |
| | Previous Balance Due: | $925.50 |
| Payment on Account - Thank You: | | $925.50 |
| | **Total Now Due:** | **$3,008.75** |

**Black, McCuskey, Souers & Arbaugh**
**A Legal Professional Corporation**
**220 Market Street, Suite 1000**
**Canton, Ohio 44702-2116**
**Federal ID 34-1285861**
**Tel: (330) 456-8341   Fax: (330) 456-5756**

GNW Aluminum, Inc.                                                   January 30, 2013
Mr. Nathan Hoopes
1356 Harrisburg Street
P.O. Box 2418
Alliance, Ohio  44601

RE:  Gulf Stream Coach Dispute

Client Matter ID:  104997-0002
Invoice # 278092

For Professional Services Rendered Through 1/28/2013

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 12/06/2012 | TWC | Telephone call to Doug Warner regarding valuation issues; telephone call to Nathan Hoopes regarding need for valuation expert; telephone call from Nathan Hoopes regarding same. | 0.30 | 76.50 |
| 12/07/2012 | TWC | Telephone conference with Tom Bailey, valuation expert regarding case background, valuation issues; telephone calls to Nathan Hoopes regarding retention of valuation expert, review of Bailey resume; telephone call from Tom Bailey regarding retainer agreement, inspection arrangements; review discovery response from Gulf Stream; research law regarding implied warranty claim against Norco. | 2.90 | 739.50 |
| 12/10/2012 | TWC | Prepare, send documents to valuation expert; confirm inspection arrangements by valuation expert; telephone call to Attorney Hamilton regarding extension of fact discovery deadline; review, approve motion for extension; telephone call to Nathan Hoopes regarding amended complain; work on amended complaint. | 2.30 | 586.50 |
| 12/11/2012 | TWC | Work on amended complaint, motion to add Norco as party; telephone call from Tom Bailey regarding documents; send documents to Tom Bailey. | 1.60 | 408.00 |
| 12/12/2012 | TWC | Send additional documents to valuation expert; review order extending discovery deadline. | 0.20 | 51.00 |
| 12/14/2012 | TWC | Telephone conference with Tom Bishop regarding valuation issue; telephone call from Nathan Hoopes regarding inspection related issues; review law | 2.10 | 535.50 |

GNW Aluminum, Inc.

File Number: 104997-0002

Invoice No.: 278092                                  January 30, 2013

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | regarding jurisdiction. | | |
| 12/17/2012 | TWC | Telephone conference with Attorney Burdge regarding case background, options regarding his involvement; telephone call from Nathan Hoopes regarding same. | 0.90 | 229.50 |
| 12/18/2012 | TWC | Review contract documents from Attorney Burdge. | 0.20 | 51.00 |
| 12/19/2012 | TWC | Telephone call to Nathan Hoopes regarding Burdge contract documents. | 0.20 | 51.00 |
| 12/28/2012 | TWC | Telephone call to Nathan Hoopes regarding arrangements with Co-Counsel Burdge; telephone call to Attorney Burdge's office regarding new party deadline; prepare, file motion for leave to amend complaint. | 1.90 | 484.50 |

For Services Rendered $    $3,213.00

**Time and Fee Summary**

Thomas W. Connors      12.60 hours at $255.00/hr         3,213.00

          Total hours:    12.60

**Expenses**

12/18/2012 Deposition Costs -Deposition of Brian Biggie           157.50

                 Sub-total Expenses:    $157.50

| | |
|---|---|
| Total Current Billing: | $3,370.50 |
| Previous Balance Due: | $3,008.75 |
| Payment on Account - Thank You: | $3,008.75 |
| **Total Now Due:** | **$3,370.50** |

**Black, McCuskey, Souers & Arbaugh**
**A Legal Professional Corporation**
**220 Market Street, Suite 1000**
**Canton, Ohio 44702-2116**
**Federal ID 34-1285861**
**Tel: (330) 456-8341   Fax: (330) 456-5756**

GNW Aluminum, Inc.                                        February 27, 2013
Mr. Nathan Hoopes
1356 Harrisburg Street
P.O. Box 2418
Alliance, Ohio 44601


RE: Gulf Stream Coach Dispute

Client Matter ID: 104997-0002

Invoice # 278500

For Professional Services Rendered Through 1/31/2013


| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 01/04/2013 | TWC | Telephone call to Attorney Burdge's paralegal regarding documents, meeting; prepare send discovery request, response documents; telephone calls to experts regarding report deadline; telephone call from Norco attorney regarding proposal. | 1.40 | 357.00 |
| 01/07/2013 | TWC | Telephone conference with Tom Bailey regarding expert report; telephone call to Nathan Hoopes regarding case status; telephone call to Jim Gerhardt regarding expert report. | 0.50 | 127.50 |
| 01/08/2013 | TWC | Review engineer expert report draft; review file regarding issues related to engineer report; telephone call to Tom Bailey regarding valuation report issues; telephone conference with Jon Gerhardt regarding engineer report issues. | 1.80 | 459.00 |
| 01/09/2013 | TWC | Review second draft expert report from engineer expert; telephone conference with engineer expert regarding same; work on input regarding engineer expert report. | 2.60 | 663.00 |
| 01/10/2013 | TWC | Work on engineer expert report issues; telephone call to Attorney Hamilton regarding extension of expert deadlines; email exchange with Attorney Burdge regarding same; telephone call to General R.V. Attorney regarding additional documents; update to Attorney Burdge. | 2.40 | 612.00 |
| 01/11/2013 | TWC | Finalize, file motion for extension of expert deadline; email to expert Bailey regarding extension of deadline. | 0.30 | 76.50 |

GNW Aluminum, Inc.

File Number:  104997-0002

Invoice No.:  278500                                                                                    February 27, 2013

| 01/14/2013 TWC | Email to Attorney Burdge regarding meeting change; email exchange with Attorney Burdge regarding second amended complaint. | 0.40 | 102.00 |
| 01/16/2013 TWC | Extended conference with Attorney Burdge regarding case background, case strategy; telephone conference with Norco Attorney regarding exchange of documents, case issues; email to Norco Attorney regarding redesign issue. | 2.00 | 510.00 |
| 01/17/2013 TWC | Email from Attorney Burdge regarding discovery deficiency, settlement demand issues; collect required information, email to Attorney Burdge regarding same. | 0.80 | 204.00 |
| 01/25/2013 TWC | Telephone call from Attorney Hamilton regarding request for settlement demand; email to Attorney Burdge regarding same; telephone call from Nathan Hoopes regarding same. | 0.40 | 102.00 |

For Services Rendered $     $3,213.00

### Rate Summary

| Thomas W. Connors | 12.60 hours at $255.00/hr | | 3,213.00 |
| | Total hours: | 12.60 | |

| | | |
|---|---|---|
| Total Current Billing: | $3,213.00 |
| Previous Balance Due: | $3,370.50 |
| Payment on Account - Thank You: | $3,370.50 |
| **Total Now Due:** | **$3,213.00** |

**Black, McCuskey, Souers & Arbaugh**
**A Legal Professional Corporation**
**220 Market Street, Suite 1000**
**Canton, Ohio 44702-2116**
**Federal ID 34-1285861**
**Tel: (330) 456-8341   Fax: (330) 456-5756**

GNW Aluminum, Inc.                                    March 31, 2013
Mr. Nathan Hoopes
1356 Harrisburg Street
P.O. Box 2418
Alliance, Ohio  44601


RE:  Gulf Stream Coach Dispute

Client Matter ID:  104997-0002
Invoice # 279205

For Professional Services Rendered Through 2/28/2013


| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 11/21/2012 | TWC | Research law regarding subpoena, deposition issues; telephone calls to Brian Biggie, Attorney Hamilton, Attorney Dolenga regarding deposition arrangements; review documents in preparation for deposition; work on Gulf Stream deposition outline. | 5.00 | 1,275.00 |
| 11/26/2012 | TWC | Meeting with Nathan and Devon Hoopes regarding preparation for their depositions; preparation for deposition of Brian Biggie. | 5.10 | 1,300.50 |
| 11/27/2012 | TWC | Complete preparation for and take deposition of Brian Biggie; attend depositions of Nathan and Devon Hoopes; meeting with Attorney Hamilton and Nathan Hoopes. | 5.40 | 1,377.00 |
| 11/30/2012 | TWC | Planning for Gulf Stream corporate deposition; preparation of notice of issues covered at deposition; work on experts issues; telephone conference with Jon Gearhart regarding expert opinion report; telephone conference with Doug Warner regarding value opinion; letter to General review regarding needed discovery. | 4.60 | 1,173.00 |
| 02/04/2013 | TWC | Review Norco documents regarding slide out mechanism; compile information for demand letter; telephone call to Nathan Hoopes regarding invoices for equipment. | 3.30 | 841.50 |
| 02/05/2013 | TWC | Finalize compilation of information for settlement demand; review of Norco documents; email to Attorney Burdge regarding settlement information, discovery planning. | 0.70 | 178.50 |
| 02/08/2013 | TWC | Meeting with Attorney Burdge regarding Norco documents, discovery planning; telephone call to Norco | 1.80 | 459.00 |

GNW Aluminum, Inc.

File Number: 104997-0002

Invoice No.: 279205                                                                March 31, 2013

| | | | | |
|---|---|---|---|---|
| | Attorney regarding use of Norco documents; send Norco documents to engineer expert; telephone call to engineer expert regarding same. | | | |
| 02/11/2013 TWC | Telephone call to Attorney Hamilton regarding joint motion to extend deadlines; telephone conference with engineer expert regarding Norco documents, issues. | 0.70 | 178.50 | |
| 02/12/2013 TWC | Telephone conference with engineer expert regarding Norco documents; telephone conference with Norco attorney regarding slideout issues; telephone call to engineer regarding Norco views on slideout issues; telephone call to Norco attorney regarding additional issues. | 1.40 | 357.00 | |
| 02/13/2013 TWC | Telephone call from Norco attorney regarding additional information on slide room. | 0.20 | 51.00 | |
| 02/14/2013 TWC | Telephone call to Norco attorney regarding engineer expert questions. | 0.10 | 25.50 | |
| 02/15/2013 TWC | Telephone conference with Norco attorney regarding Norco expert inspection of slideroom; telephone call to attorney Burdge regarding extension of deadlines; telephone conference with Tom Bailey regarding expert report status; telephone conference with engineer regarding slideroom failure cause; work on order regarding extension of deadlines. | 2.40 | 612.00 | |
| 02/18/2013 TWC | Finalize, send stipulated order to attorney Burdge for approval; send same to attorney Hamilton for approval; file same with court. | 1.10 | 280.50 | |
| 02/19/2013 TWC | Review order extending deadlines; telephone conference with Tom Bailey regarding expert report issues, deadline. | 0.50 | 127.50 | |
| 02/25/2013 TWC | Telephone conference with Jon Gerhardt regarding effect of low tolerance design of slideout room. | 0.30 | 76.50 | |
| 02/28/2013 TWC | Telephone conference with engineer expert regarding cause of failure; telephone call to Norco Attorney regarding same; review Norco documents; telephone conference with Norco Attorney regarding failure issues. | 1.20 | 306.00 | |

For Services Rendered $         $8,619.00

### Time and Fee Summary

Thomas W. Connors          33.80 hours at $255.00/hr                    8,619.00

Total hours:          33.80

Total Current Billing:          $8,619.00

Previous Balance Due:          $3,213.00

Page 2 of 3

GNW Aluminum, Inc.

File Number: 104997-0002

Invoice No.: 279205                                                                March 31, 2013

| | |
|---|---|
| Payment on Account - Thank You | $3,213.00 |
| **Total Now Due:** | **$8,619.00** |

**Black, McCuskey, Souers & Arbaugh**
**A Legal Professional Corporation**
**220 Market Street, Suite 1000**
**Canton, Ohio 44702-2116**
**Federal ID 34-1285861**
**Tel: (330) 456-8341   Fax: (330) 456-5756**

GNW Aluminum, Inc.                                                April 30, 2013
Mr. Nathan Hoopes
1356 Harrisburg Street
P.O. Box 2418
Alliance, Ohio 44601

RE:  Gulf Stream Coach Dispute

Client Matter ID:  104997-0002

Invoice # 279633

For Professional Services Rendered Through 3/31/2013

| | | | | |
|---|---|---|---|---|
| 03/01/2013 TWC | Prepare, send documents to Norco attorney regarding brackets pulling out; telephone call from Norco attorney regarding expert evaluation of bracket pullout issue; telephone conference with Jon Gerhardt regarding Norco expert opinions; telephone call to Nathan Hoopes regarding pictures of bracket screws. | | 1.70 | 433.50 |
| 03/05/2013 TWC | Telephone call to Nathan Hoopes regarding photographs of brackets, screws; attention to expert issue regarding cause of failure. | | 0.20 | 51.00 |
| 03/07/2013 TWC | Review photographs of bracket screws; send same to engineer expert. | | 0.20 | 51.00 |
| 03/13/2013 TWC | Review photographs of brackets; telephone conference with Nathan Hoopes regarding same; telephone conference with engineer expert regarding cause of failure, bracket screws; telephone call to Norco Attorney regarding issues raised by engineer. | | 1.30 | 331.50 |
| 03/15/2013 TWC | Email to Attorney Burdge regarding Norco issue. | | 0.10 | 25.50 |
| 03/18/2013 TWC | Research background facts regarding cause of slideout from failure; telephone call to Nathan Hoopes regarding same; telephone conference with Attorney Burdge regarding status of Norco discussions; telephone conference with Jon Gerhardt, Tom Bailey regarding further investigation of failure causation. | | 2.40 | 612.00 |
| 03/19/2013 TWC | Telephone call to Nathan Hoopes regarding photographs of original screws. | | 0.10 | 25.50 |
| 03/21/2013 TWC | Telephone call to Nathan Hoopes regarding photographs of brackets; telephone conference with Jon | | 1.40 | 357.00 |

GNW Aluminum, Inc.

File Number: 104997-0002

Invoice No.: 279633                                                                                   April 30, 2013

|            |     | Gerhardt regarding same; telephone conferences with Norco Attorney regarding brackets, turnbuckles related issues. |      |          |
|------------|-----|--------------------------------------------------------------------------------------------------------------------|------|----------|
| 03/26/2013 | TWC | Telephone calls from Nathan Hoopes regarding bracket, screw measurements; telephone call to Jon Gerhardt regarding same. | 0.40 | 102.00   |
| 03/28/2013 | TWC | Telephone conference with Jon Gerhardt regarding Norco, turnbuckle issues. | 0.30 | 76.50    |

For Services Rendered $     $2,065.50

### Time and Fee Summary

| Thomas W. Connors | 8.10 hours at $255.00/hr |          | 2,065.50 |
|-------------------|--------------------------|----------|----------|
|                   | Total hours:             | 8.10     |          |

**Expenses**

| 01/15/2013 Deposition Costs |         | 469.60   |
|-----------------------------|---------|----------|
| 01/15/2013 Deposition Costs |         | 144.60   |
|                             | Sub-total Expenses: | $614.20  |

| Total Current Billing: | $2,679.70 |
|------------------------|-----------|
| Previous Balance Due:  | $8,619.00 |
| Payment on Account - Thank You | $8,619.00 |
| **Total Now Due:**     | **$2,679.70** |

**Black, McCuskey, Souers & Arbaugh**
**A Legal Professional Corporation**
**220 Market Street, Suite 1000**
**Canton, Ohio 44702-2116**
**Federal ID 34-1285861**
**Tel: (330) 456-8341   Fax: (330) 456-5756**

GNW Aluminum, Inc.                                          May 31, 2013
Mr. Nathan Hoopes
1356 Harrisburg Street
P.O. Box 2418
Alliance, Ohio  44601

RE:  Gulf Stream Coach Dispute

Client Matter ID:  104997-0002

Invoice # 280008

For Professional Services Rendered Through 4/30/2013

| | | | |
|---|---|---|---|
| 04/03/2013 TWC | Telephone call to Jon Gerhardt regarding turnbuckle issue. | 0.10 | 25.50 |
| 04/04/2013 TWC | Telephone call from engineer expert Gerhardt regarding turnbuckle issue; telephone call to Norco Attorney regarding same; telephone call from Norco Attorney regarding Norco expert response. | 0.70 | 178.50 |
| 04/05/2013 TWC | Telephone conference with Ron Burdge regarding expert, discovery, case planning; telephone conference with Norco's attorney regarding Norco expert witness statement; work on update to settlement demand. | 0.90 | 229.50 |
| 04/08/2013 TWC | Work on update to settlement demand; review documentation regarding same; telephone call to Jon Gerhardt regarding same. | 1.00 | 255.00 |
| 04/09/2013 TWC | Work on witness statement for Bernie Garceau, review notes, prepare outline; email to Norco attorney regarding turnbuckle issue. | 2.50 | 637.50 |
| 04/10/2013 TWC | Draft Norco witness statement, finalize, send same to Attorney Burdge for review; prepare, send update to Attorney Burdge regarding settlement offer. | 3.80 | 969.00 |
| 04/12/2013 TWC | Letter from Attorney Burdge regarding witness statement; telephone call to Attorney Burdge regarding same. | 0.40 | 102.00 |
| 04/15/2013 TWC | Continue drafting witness statement, incorporate Attorney Burdge comments. | 0.70 | 178.50 |
| 04/16/2013 TWC | Telephone call to Attorney Burdge regarding witness statement. | 0.20 | 51.00 |
| 04/19/2013 TWC | Finalize, send witness statement to Norco Attorney; | 0.20 | 51.00 |

GNW Aluminum, Inc.

File Number: 104997-0002

Invoice No.: 280008                                                                                           May 31, 2013

|  |  | telephone call from Norco Attorney regarding same. |  |  |
|---|---|---|---|---|
| 04/22/2013 | TWC | Review discovery issues, letter to Gulfstream Attorney, work on discovery planning. | 0.40 | 102.00 |
| 04/26/2013 | TWC | Telephone conference with Norco Attorney regarding witness statement issues. | 0.20 | 51.00 |

For Services Rendered $    $2,830.50

### Time and Fee Summary

| Thomas W. Connors | 11.10 hours at $255.00/hr | 2,830.50 |
|---|---|---|
| Total hours: | 11.10 | |

| Total Current Billing: | $2,830.50 |
|---|---|
| Previous Balance Due: | $2,679.70 |
| Payment on Account - Thank You | $2,065.50 |
| **Total Now Due:** | **$3,444.70** |

**Black, McCuskey, Souers & Arbaugh**
**A Legal Professional Corporation**
**220 Market Street, Suite 1000**
**Canton, Ohio 44702-2116**
**Federal ID 34-1285861**
**Tel: (330) 456-8341    Fax: (330) 456-5756**

GNW Aluminum, Inc.                                          June 30, 2013
Mr. Nathan Hoopes
1356 Harrisburg Street
P.O. Box 2418
Alliance, Ohio  44601


RE:  Gulf Stream Coach Dispute

Client Matter ID:  104997-0002

Invoice # 280500

For Professional Services Rendered Through 5/31/2013


| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 05/03/2013 | TWC | Telephone call to Norco Attorney regarding witness statement. | 0.20 | 51.00 |
| 05/07/2013 | TWC | Review Norco changes to witness statement; telephone call to Nathan Hoopes regarding picture of original screws with micrometer; email to Attorney Burdge regarding same; discovery status. | 1.00 | 255.00 |
| 05/09/2013 | TWC | Telephone conferences with Nathan Hoopes regarding photographs of bracket screws. | 0.20 | 51.00 |
| 05/10/2013 | TWC | Telephone call to Attorney Burdge regarding discovery issues. | 0.20 | 51.00 |
| 05/13/2013 | TWC | Telephone call to Nathan Hoopes regarding photos; e-mail from Nathan Hoopes regarding same; telephone call to Norco Attorney regarding effect on witness statement; telephone conference with Attorney Burdge regarding additional documents from Gulfstream; deposition planning; send additional documents. | 1.10 | 280.50 |
| 05/14/2013 | TWC | E-mails regarding deposition schedule; work on information regarding Gulfstream deposition. | 0.30 | 76.50 |
| 05/16/2013 | TWC | E-mail exchange regarding deposition scheduling; preparation for same. | 0.20 | 51.00 |
| 05/22/2013 | TWC | Review file regarding discovery, trial deadlines; response to Burdge e-mails regarding same; work on discovery issues related to Gulf Stream. | 1.00 | 255.00 |
| 05/23/2013 | TWC | Work on discovery issues; review notes regarding agreement to provide Gulf Stream claims reports; e-mail to Attorney Burdge, work on changes to Norco witness statement; telephone conference with Nathan | 1.60 | 408.00 |

GNW Aluminum, Inc.

File Number: 104997-0002

Invoice No.: 280500                                                                 June 30, 2013

|            |     | Hoopes regarding same. | | |
|------------|-----|------------------------|------|--------|
| 05/24/2013 | TWC | Review photographs, measurements regarding #10 screws; research regarding standards for #10 screws; telephone calls to Nathan Hoopes regarding #10 screw issues; telephone conference with engineer expert regarding #10 screw issues. | 2.20 | 561.00 |
| 05/28/2013 | TWC | Review documents regarding expert opinions, #10 screw issue; telephone conference with Jon Gerhardt regarding effect of use of smaller size screw on opinion; e-mails regarding discovery deadline extension. | 0.60 | 153.00 |
| 05/29/2013 | TWC | Telephone conference with engineer expert regarding pullout forces, screw size issues; work on statement; telephone call to Norco Attorney regarding same; forward photos of bracket screws to Norco Attorney. | 1.60 | 408.00 |
| 05/30/2013 | TWC | Docket revised discovery schedule; e-mail to Attorney Burdge regarding 30b6 deposition notice. | 0.30 | 76.50 |

For Services Rendered $          $2,677.50

### Time and Fee Summary

| Thomas W. Connors | 10.50 hours at $255.00/hr | 2,677.50 |
|-------------------|---------------------------|----------|
| Total hours: | 10.50 | |

| | |
|---|---|
| Total Current Billing: | $2,677.50 |
| Previous Balance Due: | $3,444.70 |
| Payment on Account - Thank You | $3,444.70 |
| **Total Now Due:** | **$2,677.50** |

**Black, McCuskey, Souers & Arbaugh**
**A Legal Professional Corporation**
**220 Market Street, Suite 1000**
**Canton, Ohio 44702-2116**
**Federal ID 34-1285861**
**Tel: (330) 456-8341   Fax: (330) 456-5756**

GNW Aluminum, Inc.                                          July 30, 2013
Mr. Nathan Hoopes
1356 Harrisburg Street
P.O. Box 2418
Alliance, Ohio 44601

RE: Gulf Stream Coach Dispute

Client Matter ID: 104997-0002
Invoice # 281087

For Professional Services Rendered Through 6/30/2013

| | | | |
|---|---|---|---|
| 06/06/2013 TWC | Telephone call from Norco attorney regarding Norco witness response to screw size issue. | 0.20 | 51.00 |
| 06/12/2013 TWC | E-mails from Attorneys Burdge, Hamilton regarding discovery documents; telephone call from Attorney Burdge regarding results of depositions. | 0.40 | 102.00 |
| 06/13/2013 TWC | Telephone call to Attorney Burdge regarding depositions; e-mail exchange with Norco attorney regarding witness issues. | 0.30 | 76.50 |
| 06/14/2013 TWC | Telephone conference with Attorney Burdge regarding deposition results; work on Norco witness statement changes; telephone call to engineer expert regarding same. | 1.20 | 306.00 |
| 06/17/2013 TWC | Telephone call to Jon Gerhardt regarding bracket screw issue; work on Norco witness statement. | 0.50 | 127.50 |
| 06/18/2013 TWC | Telephone call from Jon Gerhardt regarding bracket screw pullout issue; final review of Norco witness statement. | 0.60 | 153.00 |
| 06/21/2013 TWC | Finalize, send Norco witness statement revisions, e-mail regarding Norco involvement with Gulfstream manufacturing line. | 0.50 | 127.50 |
| 06/24/2013 TWC | Telephone conference with Norco Attorney regarding Norco representative activities at Gulfstream; telephone call to Attorney Burdge regarding same; telephone call to Norco Attorney regarding further detail of same. | 0.60 | 153.00 |
| 06/26/2013 TWC | Review depositions of Gulfstream employees. | 0.60 | 153.00 |
| 06/27/2013 TWC | Prepare witness statement for Norco representative regarding deposition, issues of product shortage, Norco | 1.60 | 408.00 |

GNW Aluminum, Inc.

File Number: 104997-0002

| Invoice No.: 281087 | | July 30, 2013 |
|---|---|---|

|  |  |  |  |
|---|---|---|---|
|  | spot checks; send same to Attorney Burdge for review; e-mail from Attorney Burdge regarding changes, modify witness statement. |  |  |
| 06/28/2013  TWC | E-mail exchange with Norco attorney regarding witness statement addendum. | 0.20 | 51.00 |
|  | For Services Rendered $ |  | $1,708.50 |

### Time and Fee Summary

| Thomas W. Connors | 6.70 hours at $255.00/hr |  | 1,708.50 |
|---|---|---|---|
| Total hours: | 6.70 |  |  |

|  |  |
|---|---|
| Total Current Billing: | $1,708.50 |
| Previous Balance Due: | $2,677.50 |
| Payment on Account - Thank You | $0.00 |
| **Total Now Due:** | **$4,386.00** |

**Black, McCuskey, Souers & Arbaugh**
**A Legal Professional Corporation**
**220 Market Street, Suite 1000**
**Canton, Ohio 44702-2116**
**Federal ID 34-1285861**
**Tel: (330) 456-8341    Fax: (330) 456-5756**

GNW Aluminum, Inc.                                            August 29, 2013
Mr. Nathan Hoopes
1356 Harrisburg Street
P.O. Box 2418
Alliance, Ohio 44601

RE: Gulf Stream Coach Dispute

Client Matter ID: 104997-0002
Invoice # 281562

For Professional Services Rendered Through 7/31/2013

| 07/09/2013 TWC | E-mail from Attorney Burdge regarding Gulfstream depositions; review notes regarding Gulfstream Norco issues in preparation for same; telephone call to Norco attorney regarding status of witness response. | 0.40 | 106.00 |
|---|---|---|---|
| 07/17/2013 TWC | Receive, review Gulfstream photos of slide-room defects; review file documents regarding status of expert reports; telephone conference with damages expert regarding report deadline issues; e-mail to engineer expert regarding same; work on engineer report issues; e-mail to Attorney Burdge regarding same. | 1.80 | 477.00 |
| 07/18/2013 TWC | Review law regarding Indiana measure of damages for damages expert; letter from Attorney Burdge regarding deposition results; telephone conference with Attorney Burdge regarding deposition, expert issues; telephone call to damages expert regarding damages; e-mail to damages expert regarding Indiana measure of damages; work on Norco warranty issues, review documents regarding same; e-mail to Attorney Burdge regarding same. | 3.60 | 954.00 |
| 07/23/2013 TWC | Work on expert report issues; telephone conference with Jon Gerhardt regarding draft expert report, changes resulting from recent developments; e-mail regarding comments on report at engineer expert; e-mail to Norco attorney regarding Gulfstream deposition issues, changes to Norco statement; e-mail to damages expert regarding report requirements. | 1.90 | 503.50 |
| 07/24/2013 TWC | E-mail to Attorney Burdge regarding Norco issues; telephone call to engineer expert regarding expert | 0.20 | 53.00 |

GNW Aluminum, Inc.

File Number: 104997-0002

Invoice No.: 281562                                                                    August 29, 2013

issues.

| | | | | |
|---|---|---|---|---|
| 07/25/2013 | TWC | Work on expert report issues; telephone calls with Tom Bailey regarding various issues, market value case law, status of engineer's report; telephone conferences with engineer regarding report issues; receive, review engineer report; telephone call to engineer regarding corrections; obtain, send report to Tom Bailey; telephone conferences with Norco attorney regarding warranty issue, charge back; e-mail warranty document to Norco attorney. | 1.90 | 503.50 |
| 07/26/2013 | TWC | E-mail to Tom Bailey regarding report issue; work on obtaining information needed for expert damages report; telephone conferences with Tom Bailey regarding measure of damages law, send relevant cases; prepare proposed language regarding Norco warranty issues; e-mail to Attorney Burdge regarding same. | 2.10 | 556.50 |

For Services Rendered $   $3,153.50

### Time and Fee Summary

| | | |
|---|---|---|
| Thomas W. Connors | 11.90 hours at $265.00/hr | 3,153.50 |
| Total hours: | 11.90 | |

| | |
|---|---|
| Total Current Billing: | $3,153.50 |
| Previous Balance Due: | $4,386.00 |
| Payment on Account - Thank You | $4,386.00 |
| **Total Now Due:** | **$3,153.50** |

**Black, McCuskey, Souers & Arbaugh**
**A Legal Professional Corporation**
**220 Market Street, Suite 1000**
**Canton, Ohio 44702-2116**
**Federal ID 34-1285861**
**Tel: (330) 456-8341   Fax: (330) 456-5756**

GNW Aluminum, Inc.                                           September 30, 2013
Mr. Nathan Hoopes
1356 Harrisburg Street
P.O. Box 2418
Alliance, Ohio 44601

RE:  Gulf Stream Coach Dispute

Client Matter ID:  104997-0002
Invoice # 282168

For Professional Services Rendered Through 8/31/2013

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 07/29/2013 | TWC | Work on damages report; review proposed report; telephone conference with Attorney Burdge regarding proposed changes; prepare proposed changes; send same to Bailey; telephone conferences with Bailey regarding same; prepare proposed changes to Norco statement regarding warranty issue, send same. | 3.50 | 927.50 |
| 07/30/2013 | TWC | Telephone conferences with Tom Bailey regarding damages report issues; review revised report; conference with Attorney Burdge regarding same; e-mail exchange with Norco Attorney, finalizing statement, adding paragraph regarding warranty issue; e-mail exchange with Attorney Burdge regarding engineer expert issues; telephone call to engineer expert regarding missing exhibit; e-mail, telephone exchange with Norco Attorney regarding signature on Norco statement; letter to Gulfstream Attorney regarding reports from engineer, appraiser and Norco; assemble, send reports. | 3.50 | 927.50 |
| 07/31/2013 | TWC | E-mail to Attorney Burdge regarding expert reports; telephone conference with Attorney Burdge regarding Suddon deposition issues. | 0.30 | 79.50 |
| 08/01/2013 | TWC | E-mail from Attorney Burdge regarding Suddon deposition; telephone conference with Attorney Burdge regarding deposition issues; e-mail to Norco attorney regarding bracket issue raised in Suddon deposition. | 0.50 | 132.50 |
| 08/22/2013 | TWC | E-mail from Norco attorney regarding modified bracket; e-mail to Norco attorney regarding information needed regarding modified bracket; review photographs, documents from damages expert; send | 1.00 | 265.00 |

GNW Aluminum, Inc.

File Number: 104997-0002

Invoice No.: 282168                                                                          September 30, 2013

|  |  | same to Gulf stream attorney. |  |  |
|---|---|---|---|---|
| 08/26/2013 | TWC | Telephone call to NORCO attorney regarding Gulfstream claims; Email from NORCO attorney regarding same. | 0.20 | 53.00 |
| 08/28/2013 | TWC | Email from NORCO attorney regarding bracket issues; Respond to same. | 0.10 | 26.50 |
| 08/30/2013 | TWC | Email exchange with Attorney Burdge regarding defense experts. | 0.10 | 26.50 |

For Services Rendered $    $2,438.00

### Time and Fee Summary

| Thomas W. Connors | 9.20 hours at $265.00/hr | 2,438.00 |
|---|---|---|
| Total hours: | 9.20 | |

| Total Current Billing: | $2,438.00 |
|---|---|
| Previous Balance Due: | $3,153.50 |
| Payment on Account - Thank You | $3,153.50 |
| **Total Now Due:** | **$2,438.00** |

**Black, McCuskey, Souers & Arbaugh**
**A Legal Professional Corporation**
**220 Market Avenue S., Suite 1000**
**Canton, Ohio 44702-2116**
**Federal ID 34-1285861**
**Tel: (330) 456-8341   Fax: (330) 456-5756**

GNW Aluminum, Inc.                                            February 28, 2014
Mr. Nathan Hoopes
1356 Harrisburg Street
P.O. Box 2418
Alliance, Ohio  44601

RE:  Gulf Stream Coach Dispute

Client Matter ID:  104997-0002

Invoice # 285041

For Professional Services Rendered Through 1/31/2014

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 01/07/2014 | TWC | Work on reply to summary judgment motion, research regarding Indiana lemon law, negligence issues | 2.10 | 556.50 |
| 01/08/2014 | TWC | Work on summary judgment response brief, research law regarding economic loss doctrine, deceptive consumer act claim, revocation acceptance claim, outline | 5.10 | 1,351.50 |
| 01/09/2014 | TWC | Work on summary judgment response brief, draft sections regarding consumer deceptive acts claim and anticipatory repudiation; telephone conference with Attorney Burdge regarding strategy, affidavit; telephone call to Nathan Hoopes regarding affidavit | 6.30 | 1,669.50 |
| 01/10/2014 | TWC | Work on summary judgment response brief, drafting section regarding negligence, economic loss doctrine; draft sections of affidavit related to notice argument; revise, finalize various sections of brief, send affidavit, brief sections to Attorney Burdge | 6.30 | 1,669.50 |
| 01/13/2014 | TWC | Work on summary judgment response brief, prepare section regarding evidentiary materials in support of response brief, section regarding genuine disputes; review, revise final revision from Attorney Burdge; telephone conferences with Attorney Burdge regarding same | 4.80 | 1,272.00 |
| 01/17/2014 | TWC | Send summary judgment reply to Nathan Hoopes; telephone call to Nathan Hoopes regarding same; email to Attorney Burdge regarding same | 0.20 | 53.00 |

For Services Rendered $   $6,572.00

### Time and Fee Summary

| | | |
|---|---|---|
| Thomas W. Connors | 24.80 hours at $265.00/hr | 6,572.00 |
| Total hours: | 24.80 | |

| | |
|---|---|
| Total Current Billing: | $6,572.00 |
| Previous Balance Due: | $2,438.00 |
| Payment on Account - Thank You | $2,438.00 |
| **Total Now Due:** | **$6,572.00** |

**Black, McCuskey, Souers & Arbaugh**
**A Legal Professional Corporation**
**220 Market Avenue S., Suite 1000**
**Canton, Ohio 44702-2116**
**Federal ID 34-1285861**
**Tel: (330) 456-8341   Fax: (330) 456-5756**

GNW Aluminum, Inc.                                                March 31, 2014
Mr. Nathan Hoopes
1356 Harrisburg Street
P.O. Box 2418
Alliance, Ohio  44601

RE:  Gulf Stream Coach Dispute

Client Matter ID:  104997-0002

Invoice #  285484

For Professional Services Rendered Through 2/28/2014

| | | | | |
|---|---|---|---|---|
| 02/03/2014 TWC | Commence review of Gulf Stream reply brief | | 0.20 | 53.00 |
| 02/04/2014 TWC | Letter from Attorney Burdge regarding summary judgment reply; review related issues; telephone call to Ron Burdge regarding same | | 0.70 | 185.50 |
| 02/13/2014 TWC | Review motion to dismiss, telephone conference with Attorney Burdge regarding dismissal motion issues | | 0.40 | 106.00 |
| | | For Services Rendered $ | | $344.50 |

### Time and Fee Summary

| | | | |
|---|---|---|---|
| Thomas W. Connors | 1.30 hours at $265.00/hr | | 344.50 |
| Total hours: | 1.30 | | |

| | |
|---|---|
| Total Current Billing: | $344.50 |
| Previous Balance Due: | $6,572.00 |
| Payment on Account - Thank You | $6,572.00 |
| **Total Now Due:** | **$344.50** |

Page 1 of 1

**Black, McCuskey, Souers & Arbaugh**
**A Legal Professional Corporation**
**220 Market Avenue S., Suite 1000**
**Canton, Ohio 44702-2116**
**Federal ID 34-1285861**
**Tel: (330) 456-8341   Fax: (330) 456-5756**

GNW Aluminum, Inc.                                      October 30, 2014
Mr. Nathan Hoopes
1356 Harrisburg Street
P.O. Box 2418
Alliance, Ohio  44601

RE:  Gulf Stream Coach Dispute

Client Matter ID:  104997-0002

Invoice # 289678

For Professional Services Rendered Through 9/30/2014

| | | | |
|---|---|---|---|
| 05/20/2014 TWC | Telephone call from Nathan Hoopes regarding case status | 0.10 | 26.50 |
| 07/31/2014 TWC | Telephone conference with Ron Burdge regarding motion status, court contact | 0.20 | 55.00 |
| 09/30/2014 TWC | Review court order regarding summary judgment; research law regarding treble damages | 1.10 | 302.50 |
| | For Services Rendered $ | | $384.00 |

**Time and Fee Summary**

| | | |
|---|---|---|
| Thomas W. Connors | 0.10 hours at $265.00/hr | 26.50 |
| Thomas W. Connors | 1.30 hours at $275.00/hr | 357.50 |
| Total hours: | 1.40 | |

| | |
|---|---|
| Total Current Billing: | $384.00 |
| Previous Balance Due: | $344.50 |
| Payment on Account - Thank You | $344.50 |
| **Total Now Due:** | **$384.00** |

Page 1 of 1

**Black, McCuskey, Souers & Arbaugh**
**A Legal Professional Corporation**
**220 Market Avenue S., Suite 1000**
**Canton, Ohio 44702-2116**
**Federal ID 34-1285861**
**Tel: (330) 456-8341   Fax: (330) 456-5756**

GNW Aluminum, Inc.                                           November 24, 2014
Mr. Nathan Hoopes
1356 Harrisburg Street
P.O. Box 2418
Alliance, Ohio  44601


RE:  Gulf Stream Coach Dispute

Client Matter ID:  104997-0002

Invoice #  290383

For Professional Services Rendered Through 10/31/2014


| Date | | Description | Hours | Amount |
|------|---|---|---|---|
| 10/09/2014 | TWC | Telephone call to Nathan Hoopes regarding summary judgment decision; telephone conference with Attorney Burdge regarding scheduling conference issues | 0.50 | 137.50 |
| 10/28/2014 | TWC | To Hammond, IN for pretrial meeting with Judge Lozano | 7.70 | 2,117.50 |
| 10/29/2014 | TWC | Return to Canton from meeting with Judge Lozano | 5.00 | 1,375.00 |
| 10/31/2014 | TWC | Review file regarding Norco testimony, dismissal issue; email to Attorney Burdge regarding Norco issues; email to Norco attorney regarding same | 1.10 | 302.50 |

For Services Rendered $     $3,932.50

Courtesy Discount::     (300.00)

**Time and Fee Summary**

| Thomas W. Connors | 14.30 hours at $275.00/hr | 3,932.50 |
|---|---|---|
| Total hours: | 14.30 | |


| | |
|---|---|
| Total Current Billing: | $3,632.50 |
| Previous Balance Due: | $384.00 |
| Payment on Account - Thank You | $384.00 |
| **Total Now Due:** | **$3,632.50** |

Page 1 of 2

**Black, McCuskey, Souers & Arbaugh**
**A Legal Professional Corporation**
**220 Market Avenue S., Suite 1000**
**Canton, Ohio 44702-2116**
**Federal ID 34-1285861**
**Tel: (330) 456-8341   Fax: (330) 456-5756**

GNW Aluminum, Inc.                                    December 30, 2014
Mr. Nathan Hoopes
1356 Harrisburg Street
P.O. Box 2418
Alliance, Ohio  44601

RE:  Gulf Stream Coach Dispute

Client Matter ID:  104997-0002

Invoice #  290927

For Professional Services Rendered Through 11/30/2014

| | | | |
|---|---|---|---|
| 11/03/2014 TWC | Telephone call to Gil Mikalean regarding Garciew testimony | 0.20 | 55.00 |
| 11/24/2014 TWC | Work on mediation arrangements; telephone conference with Ron Burdge regarding witness, mediation issues; telephone call to Norco attorney regarding witness issue | 0.60 | 165.00 |
| | For Services Rendered $ | | $220.00 |

**Time and Fee Summary**

| | | |
|---|---|---|
| Thomas W. Connors | 0.80 hours at $275.00/hr | 220.00 |
| Total hours: | 0.80 | |

**Expenses**

| | | |
|---|---|---|
| 11/07/2014 Mileage and tolls to attend hearing | | 414.46 |
| Sub-total Expenses: | | $414.46 |

| | |
|---|---|
| Total Current Billing: | $634.46 |
| Previous Balance Due: | $3,632.50 |
| Payment on Account - Thank You | $3,632.50 |
| **Total Now Due:** | **$634.46** |

Page 1 of 2

**Black, McCuskey, Souers & Arbaugh**
**A Legal Professional Corporation**
**220 Market Avenue S., Suite 1000**
**Canton, Ohio 44702-2116**
**Federal ID 34-1285861**
**Tel: (330) 456-8341   Fax: (330) 456-5756**

GNW Aluminum, Inc.                                          March 31, 2015
Mr. Nathan Hoopes
1356 Harrisburg Street
P.O. Box 2418
Alliance, Ohio  44601

RE:  Gulf Stream Coach Dispute

Client Matter ID:  104997-0002

Invoice #  292401

For Professional Services Rendered Through 2/28/2015

| | | | | |
|---|---|---|---|---|
| 12/08/2014 | TWC | Telephone call to Ron Burdge regarding mediation letter | 0.10 | 27.50 |
| 02/20/2015 | TWC | Review, approve mediation statement; email exchange with Attorney Burdge regarding mediation | 0.20 | 55.00 |
| 02/27/2015 | TWC | Travel to Ft. Wayne for mediation; telephone conference with Attorney Burdge regarding preparation for mediation; attendance at mediation; return to Canton | 9.50 | 2,612.50 |
| 02/27/2015 | JRC | Research issues for mediation including IN deceptive consumer act | 0.50 | 50.00 |
| | | For Services Rendered $ | | $2,745.00 |

**Time and Fee Summary**

| | | |
|---|---|---|
| Thomas W. Connors | 9.80 hours at $275.00/hr | 2,695.00 |
| Jennifer Carter | 0.50 hours at $100.00/hr | 50.00 |
| Total hours: | 10.30 | |

| | |
|---|---|
| Total Current Billing: | $2,745.00 |
| Previous Balance Due: | $634.46 |
| Payment on Account - Thank You | $634.46 |

**Total Now Due:**     $2,745.00

**Black, McCuskey, Souers & Arbaugh**
**A Legal Professional Corporation**
**220 Market Avenue S., Suite 1000**
**Canton, Ohio 44702-2116**
**Federal ID 34-1285861**
**Tel: (330) 456-8341   Fax: (330) 456-5756**

GNW Aluminum, Inc.                                                      June 30, 2015
Mr. Nathan Hoopes
1356 Harrisburg Street
P.O. Box 2418
Alliance, Ohio  44601

RE:  Gulf Stream Coach Dispute

Client Matter ID:  104997-0002

Invoice #  293703

For Professional Services Rendered Through 5/31/2015

| | | | |
|---|---|---|---|
| 04/22/2015 TWC | Telephone call from Ron Burdge regarding request for deposition of experts; telephone call to Nathan Hoopes regarding same; telephone calls to witnesses, Gerhardt, Bailey, Garceaw's attorney regarding trial date | 0.60 | 165.00 |
| 05/20/2015 TWC | Telephone conference with Attorney Burdge regarding pretrial preparation, jury instructions, etc; telephone call from Tom Baily regarding trial schedule | 0.60 | 165.00 |

For Services Rendered $        $330.00

### Time and Fee Summary

| | | |
|---|---|---|
| Thomas W. Connors | 1.20 hours at $275.00/hr | 330.00 |
| Total hours: | 1.20 | |

**Expenses**

| | | |
|---|---|---|
| 03/02/2015 Mileage to Ft. Wayne, Ind. - Mediation | | 238.56 |
| | Sub-total Expenses: | $238.56 |

| | |
|---|---|
| Total Current Billing: | $568.56 |
| Previous Balance Due: | $2,745.00 |
| Payment on Account - Thank You | $2,745.00 |

**Total Now Due:**       $568.56

**Black, McCuskey, Souers & Arbaugh**
**A Legal Professional Corporation**
**220 Market Avenue S., Suite 1000**
**Canton, Ohio 44702-2116**
**Federal ID 34-1285861**
**Tel: (330) 456-8341    Fax: (330) 456-5756**

GNW Aluminum, Inc.                                          August 31, 2015
Mr. Nathan Hoopes
1356 Harrisburg Street
P.O. Box 2418
Alliance, Ohio  44601


RE:  Gulf Stream Coach Dispute

Client Matter ID:  104997-0002

Invoice # 294665

For Professional Services Rendered Through 7/31/2015


| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 06/15/2015 | TWC | Email exchange regarding July meeting with opposing counsel | 0.10 | 27.50 |
| 07/21/2015 | TWC | Telephone conference with Attorney Burdge regarding pretrial filing issues; review expert reports, email to Attorney Burdge regarding same | 0.90 | 256.50 |
| 07/22/2015 | TWC | Telephone call from Attorney Burdge regarding settlement conference order; send Attorney Burdge expert documents; telephone conference with Attorney Burdge regarding conference arrangements; telephone call to Gulf Stream's attorney regarding same; email exchange regarding conference arrangements | 0.50 | 142.50 |
| | | For Services Rendered $ | | $426.50 |

### Time and Fee Summary

| | | |
|---|---|---|
| Thomas W. Connors | 0.10 hours at $275.00/hr | 27.50 |
| Thomas W. Connors | 1.40 hours at $285.00/hr | 399.00 |
| Total hours: | 1.50 | |


| | |
|---|---|
| Total Current Billing: | $426.50 |
| Previous Balance Due: | $568.56 |
| Payment on Account - Thank You | $568.56 |

Page 1 of 2

**Total Now Due:**          $426.50

**Black, McCuskey, Souers & Arbaugh**
**A Legal Professional Corporation**
**220 Market Avenue S., Suite 1000**
**Canton, Ohio 44702-2116**
**Federal ID 34-1285861**
**Tel: (330) 456-8341   Fax: (330) 456-5756**

GNW Aluminum, Inc.                                      September 30, 2015
Mr. Nathan Hoopes
1356 Harrisburg Street
P.O. Box 2418
Alliance, Ohio  44601

RE:  Gulf Stream Coach Dispute

Client Matter ID:  104997-0002

Invoice #  295200

For Professional Services Rendered Through 8/31/2015

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 08/04/2015 | TWC | Email from Attorney Burdge regarding mediation statement estimates; telephone conference with Attorney Burdge regarding same | 0.30 | 85.50 |
| 08/07/2015 | TWC | Preparation for mediation | 1.30 | 370.50 |
| 08/10/2015 | TWC | To Ft. Wayne for mediation; attend mediation; return to Canton | 10.60 | 3,021.00 |
| 08/12/2015 | TWC | Telephone call to Attorney Burdge regarding status of negotiations; telephone conference with Nathan Hoopes regarding settlement position; telephone conference with Attorney Burdge regarding Hoopes settlement position | 0.70 | 199.50 |
| 08/14/2015 | TWC | Telephone conference with Ron Burdge regarding settlement negotiation status; review order for mediation session; email to Northern Hoopes regarding same | 0.50 | 142.50 |
| 08/18/2015 | TWC | Telephone calls to Ron Burdge regarding status of negotiations, change in mediation start time; telephone call to Nathan Hoopes regarding same; preparation for mediation | 0.60 | 171.00 |
| 08/19/2015 | TWC | To Fort Wayne for mediation; attendance at mediation; return to Canton | 10.50 | 2,992.50 |
| | | For Services Rendered $ | | $6,982.50 |

**Time and Fee Summary**

| | | |
|---|---|---|
| Thomas W. Connors | 24.50 hours at $285.00/hr | 6,982.50 |
| Total hours: | 24.50 | |

**Expenses**

| | | |
|---|---|---|
| 08/12/2015 Mileage for hearing in Fort Wayne, IN | | 245.53 |
| | Sub-total Expenses: | $245.53 |

| | |
|---|---|
| Total Current Billing: | $7,228.03 |
| Previous Balance Due: | $426.50 |
| Payment on Account - Thank You | $568.56 |
| **Total Now Due:** | **$7,085.97** |

**Black, McCuskey, Souers & Arbaugh**
**A Legal Professional Corporation**
**220 Market Avenue S., Suite 1000**
**Canton, Ohio 44702-2116**
**Federal ID 34-1285861**
**Tel: (330) 456-8341   Fax: (330) 456-5756**

GNW Aluminum, Inc.                                          October 30, 2015
Mr. Nathan Hoopes
1356 Harrisburg Street
P.O. Box 2418
Alliance, Ohio  44601


RE:  Gulf Stream Coach Dispute

Client Matter ID:  104997-0002

Invoice # 295512

For Professional Services Rendered Through 9/2/2015

| | | | | |
|---|---|---|---|---|
| 08/20/2015 | TWC | Preparation for pre-trial conference with court | 0.50 | 142.50 |
| 08/21/2015 | TWC | To Hammond, Indiana for pre-trial conference with Judge Lozano; return to Canton. | 10.50 | 2,992.50 |
| 08/25/2015 | TWC | Telephone call to Nathan Hoopes regarding trial schedule; email to Attorney Burdge regarding settlement offer | 0.20 | 57.00 |
| 08/31/2015 | TWC | Review motion in limine regarding Garceau | 0.40 | 114.00 |
| 09/01/2015 | TWC | Work on reply to Garceau motion in limine; review memorandum in support; email, telephone call to Garceau attorney regarding schedule; email to experts Gerhardt and Bailey regarding trial schedule; commence research on motion in limine issues | 1.90 | 541.50 |
| 09/02/2015 | TWC | Telephone call to Tom Bailey regarding trial reschedule; work on motion to exclude Norco representative testimony; research Indiana federal law regarding permissible expert testimony; research law regarding damages for consumer law violation; telephone call to Attorney Hardamen, Burdge regarding extension of motion response time; review Gulfstream deposition regarding claim of Norco negligence | 4.40 | 1,254.00 |

For Services Rendered $      $5,101.50

**Time and Fee Summary**

| | | | |
|---|---|---|---|
| Thomas W. Connors | 17.90 hours at $285.00/hr | | 5,101.50 |
| Total hours: | 17.90 | | |

Page 1 of 2

**Expenses**

| | | |
|---|---|---:|
| 08/20/2015 | Parking | 10.00 |
| 08/20/2015 | Thomas Connors - 8/19/15 Mileage -Ft Wayne, IN for hearing | 245.53 |
| 08/24/2015 | Thomas Connors-8/21/15 - Chicago-Mileage; parking; rental car | 170.03 |
| | Sub-total Expenses: | $425.56 |

| | |
|---|---:|
| Total Current Billing: | $5,527.06 |
| Previous Balance Due: | $7,085.97 |
| Payment on Account - Thank You | $7,085.97 |
| **Total Now Due:** | **$5,527.06** |

**Black, McCuskey, Souers & Arbaugh**
**A Legal Professional Corporation**
**220 Market Avenue S., Suite 1000**
**Canton, Ohio 44702-2116**
**Federal ID 34-1285861**
**Tel: (330) 456-8341   Fax: (330) 456-5756**

GNW Aluminum, Inc.                                              November 30, 2015
Mr. Nathan Hoopes
1356 Harrisburg Street
P.O. Box 2418
Alliance, Ohio  44601


RE:  Gulf Stream Coach Dispute

Client Matter ID:  104997-0002

Invoice # 296246

For Professional Services Rendered Through 10/31/2015


| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 09/03/2015 | TWC | Work on motion in limine response issues, review warranty regarding claim that Norco warranty excluded, research law regarding same, requirement to identify warranty exclusions, prohibition against disclaimer of implied warranty; telephone call to Attorney Burdge's office regarding motion to extend response deadline | 2.20 | 627.00 |
| 09/08/2015 | TWC | Telephone call from Ron Burdge regarding response to most recent settlement offer from Gulf Stream | 0.10 | 28.50 |
| 09/08/2015 | TWC | Telephone call from Ron Burdge regarding response to Gulf Stream's most recent settlement position; review deposition of Brian Biggie in preparation for response to motion to exclude Norco testimony | 0.60 | 171.00 |
| 09/10/2015 | TWC | Telephone call to Bill Hanek regarding Garceau witness issues | 0.20 | 57.00 |
| 09/11/2015 | TWC | Telephone call to Bill Litvak regarding Bernie Garceau | 0.10 | 28.50 |
| 09/14/2015 | TWC | Telephone call to Attorney Litvak regarding Garceau issues | 0.10 | 28.50 |
| 09/16/2015 | TWC | Telephone call to Norco attorney regarding conference; review law regarding willful violation under IDCSA; email to Norco attorney regarding same | 0.50 | 142.50 |
| 09/17/2015 | TWC | Telephone conference with Norco attorney regarding Garceau issues | 0.40 | 114.00 |
| 09/21/2015 | TWC | Telephone call to Bill Litrick regarding Garceau | 0.10 | 28.50 |
| 09/24/2015 | TWC | Telephone call to Norco Attorney Bill Litvak regarding | 0.10 | 28.50 |

| | | | | |
|---|---|---|---|---|
| | | Garceau meeting arrangements | | |
| 09/25/2015 | TWC | Preparation for meeting with Bernie Garceau; telephone conference with Bernie Garceau regarding background information for response to motion in limine; telephone conference with Attorney Burdge regarding Garceau motion hearing issues | 2.20 | 627.00 |
| 09/28/2015 | TWC | Research law regarding brief opposing Garceau motion in limine | 3.80 | 1,083.00 |
| 09/29/2015 | TWC | Work on research, outline for brief opposing motion in limine | 1.50 | 427.50 |
| 09/30/2015 | TWC | Draft memorandum opposing motion to exclude expert | 6.30 | 1,795.50 |
| 10/01/2015 | TWC | Continue drafting memorandum opposing barring Garceau testimony | 2.30 | 655.50 |
| 10/02/2015 | TWC | Work on memorandum opposing Garceau testimony, sections regarding bias, revisions | 2.90 | 826.50 |
| 10/05/2015 | TWC | Work on memorandum opposing precluding Garceau's testimony; email from Attorney Burdge extending filing deadline | 0.80 | 228.00 |
| 10/08/2015 | TWC | Email exchange with Attorney Burdge regarding motion in limine issues | 0.30 | 85.50 |
| 10/09/2015 | TWC | Email exchange with Attorney Burdge regarding motion issues; finalize memorandum opposing exclusion of Garceau testimony | 0.90 | 256.50 |
| 10/12/2015 | TWC | Email exchange with Attorney Burdge on various motion issues; review motions filed by Attorney Burdge, input regarding same; finalize, file Garceau response | 1.40 | 399.00 |
| 10/13/2015 | TWC | Telephone call to court case manager regarding hearing issues; prepare subpoena for Garceau; send same to Garceau's attorney | 1.20 | 342.00 |
| 10/19/2015 | TWC | Review Gulf Stream responses to briefs opposing experts | 0.50 | 142.50 |
| 10/22/2015 | TWC | Telephone call to Bill Litvak regarding Garceau hearing arrangements | 0.10 | 28.50 |
| 10/29/2015 | TWC | Telephone call to Bill Litvak regarding Garceau contact; email regarding same | 0.20 | 57.00 |
| 10/30/2015 | TWC | Email to Bernie Garceau regarding prehearing conference; telephone call from Attorney Burdge regarding hearing issues; telephone call from Bernie Garceau regarding hearing planning | 0.50 | 142.50 |

For Services Rendered $    $8,350.50

### Time and Fee Summary

| | | | |
|---|---|---|---|
| Thomas W. Connors | 29.30 hours at $285.00/hr | | 8,350.50 |
| Total hours: | 29.30 | | |

|  | |
|---|---|
| Total Current Billing: | $8,350.50 |
| Previous Balance Due: | $5,527.06 |
| Payment on Account - Thank You | $5,101.50 |
| **Total Now Due:** | **$8,776.06** |

**Black, McCuskey, Souers & Arbaugh**
**A Legal Professional Corporation**
**220 Market Avenue S., Suite 1000**
**Canton, Ohio 44702-2116**
**Federal ID 34-1285861**
**Tel: (330) 456-8341    Fax: (330) 456-5756**

GNW Aluminum, Inc.                                      January 06, 2016
Mr. Nathan Hoopes
1356 Harrisburg Street
P.O. Box 2418
Alliance, Ohio  44601

RE:  Gulf Stream Coach Dispute

Client Matter ID:  104997-0002

Invoice # 296697

For Professional Services Rendered Through 11/30/2015

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 11/04/2015 | TWC | Telephone conference with Attorney Burdge regarding hearing issues; make arrangements regarding hearing | 0.50 | 142.50 |
| 11/05/2015 | TWC | Preparation for motion hearing, arrangements regarding same | 1.20 | 342.00 |
| 11/06/2015 | TWC | To Hammond, IN for motion hearing; attendance at motion hearing before Judge Lozano regarding experts; return to Canton | 13.00 | 3,705.00 |

For Services Rendered $    $4,189.50
Less Courtesy Discount:    (2,000.00)

**Time and Fee Summary**

Thomas W. Connors    14.70 hours at $285.00/hr    4,189.50

Total hours:    14.70

**Expenses**

| Date | Description | Amount |
|---|---|---|
| 09/14/2015 | Attorney Connors - airfare to Chicago, IL - 8/21/15 | 460.20 |
| 11/12/2015 | Thomas Connors - Rental car/parking/gas for rental car-11/9/15 | 94.80 |
| 11/25/2015 | TWC airfare to Hammond, IN for GNW Aluminum | 700.20 |

Sub-total Expenses:    $1,255.20

|  |  |
|---|---|
| Total Current Billing: | $3,444.70 |
| Previous Balance Due: | $8,776.06 |
| Payment on Account - Thank You | $0.00 |
| **Total Now Due:** | $12,220.76 |

**Black, McCuskey, Souers & Arbaugh**
**A Legal Professional Corporation**
**220 Market Avenue S., Suite 1000**
**Canton, Ohio 44702-2116**
**Federal ID 34-1285861**
**Tel: (330) 456-8341    Fax: (330) 456-5756**

GNW Aluminum, Inc.                                        May 31, 2016
Mr. Nathan Hoopes
1356 Harrisburg Street
P.O. Box 2418
Alliance, Ohio  44601

RE:  Gulf Stream Coach Dispute

Client Matter ID:  104997-0002

Invoice # 298899

For Professional Services Rendered Through 4/30/2016

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 04/01/2016 | TWC | Email to attorney for Bernie Garceau regarding expert ruling; email exchange with court regarding scheduling conference | 0.50 | 142.50 |
| 04/04/2016 | TWC | Telephone call to court administrator regarding trial schedule; telephone call to Ron Burdge regarding same | 0.20 | 57.00 |
| 04/05/2016 | TWC | Telephone conference with Attorney Burdge regarding case planning, scheduling conference; telephone call to Nathan Hoopes regarding same; telephone call to Jan Gerhardt regarding trial schedule | 0.50 | 142.50 |
| 04/06/2016 | TWC | Email exchange with court administrator regarding court conference | 0.10 | 28.50 |
| 04/08/2016 | TWC | Email to Garceau attorney regarding trial scheduling; telephone call to Tom Bailey regarding trial scheduling | 0.30 | 85.50 |
| 04/12/2016 | TWC | Telephone call to expert Tom Bailey regarding case scheduling, case issues; telephone call to expert Bernie Garceau regarding case scheduling, case issues | 0.50 | 142.50 |
| 04/14/2016 | TWC | Preparation for court conference; telephone conference with Ron Burdge regarding same; court conference with Judge DeGuilio; email to experts regarding trial date; telephone call to Nathan Hoopes regarding same; review Brian Beggie deposition transcript in preparation for trial | 1.90 | 541.50 |
| 04/15/2016 | TWC | Telephone call to Ron Burdge regarding Gulfstream witness; work on arrangements for scheduling witness for trial; email to Gulfstream attorney regarding same; review court trial order; set schedule | 0.90 | 256.50 |

For Services Rendered $     $1,396.50

**Time and Fee Summary**

| Thomas W. Connors | 4.90 hours at $285.00/hr | 1,396.50 |
|---|---|---|
| Total hours: | 4.90 | |

| | |
|---|---|
| Total Current Billing: | $1,396.50 |
| Previous Balance Due: | $12,220.76 |
| Payment on Account - Thank You | $12,964.82 |
| **Total Now Due:** | **$652.44** |

**Black, McCuskey, Souers & Arbaugh**
**A Legal Professional Corporation**
**220 Market Avenue S., Suite 1000**
**Canton, Ohio 44702-2116**
**Federal ID 34-1285861**
**Tel: (330) 456-8341   Fax: (330) 456-5756**

GNW Aluminum, Inc.                                                July 21, 2016
Mr. Nathan Hoopes
1356 Harrisburg Street
P.O. Box 2418
Alliance, Ohio  44601

RE:  Gulf Stream Coach Dispute

Client Matter ID:  104997-0002

Invoice # 299722

For Professional Services Rendered Through 6/30/2016

| | | | |
|---|---|---|---|
| 06/01/2016 TWC | Email, telephone call to Gulf Stream attorney regarding witness from Gulf Stream for trial | 0.20 | 57.00 |
| 06/14/2016 TWC | Telephone call to Lyle Hardman regarding status of witness Hathaway; email to Ron Burdge regarding same | 0.30 | 85.50 |
| 06/22/2016 TWC | Email from Ron Burdge regarding witness information; email to Ron Burdge providing same | 0.20 | 57.00 |
| 06/28/2016 TWC | Email exchange with Attorney Burdge regarding Hathaway | 0.10 | 28.50 |
| | For Services Rendered $ | | $228.00 |

**Time and Fee Summary**

| | | |
|---|---|---|
| Thomas W. Connors | 0.80 hours at $285.00/hr | 228.00 |
| Total hours: | 0.80 | |

| | |
|---|---|
| Total Current Billing: | $228.00 |
| Previous Balance Due: | $652.44 |
| Payment on Account - Thank You | $652.44 |
| **Total Now Due:** | **$228.00** |

**Black, McCuskey, Souers & Arbaugh**
**A Legal Professional Corporation**
**220 Market Avenue S., Suite 1000**
**Canton, Ohio 44702-2116**
**Federal ID 34-1285861**
**Tel: (330) 456-8341   Fax: (330) 456-5756**

GNW Aluminum, Inc.                                          August 31, 2016
Mr. Nathan Hoopes
1356 Harrisburg Street
P.O. Box 2418
Alliance, Ohio  44601

RE:  Gulf Stream Coach Dispute

Client Matter ID:  104997-0002

Invoice #  300637

For Professional Services Rendered Through 7/31/2016

| | | | |
|---|---|---|---|
| 07/11/2016 TWC | Telephone conference with Ron Burdge regarding trial preparation planning | 0.50 | 147.50 |
| 07/12/2016 TWC | Review documents regarding location of witness Cindy Hathaway; make arrangements regarding contacting her | 0.80 | 228.00 |
| 07/13/2016 TWC | Work on trial preparation, review file regarding preparation of exhibits; analyze work orders, warranty photos to match them | 3.50 | 1,032.50 |
| 07/14/2016 TWC | Trial preparation; work on exhibits, analysis of work orders, warranty photos | 1.20 | 354.00 |
| 07/15/2016 TWC | Trial preparation, review notes of pertinent events, review analysis of exhibits | 2.50 | 712.50 |
| 07/19/2016 TWC | Review, analyze work orders, notes regarding Gulf Stream repair activity; telephone conference with Ron Burdge regarding same; send Ron Burdge warranty photos | 2.00 | 590.00 |
| 07/21/2016 TWC | Work on exhibit list provided by Ron Burdge, add exhibits, revise | 0.70 | 206.50 |
| 07/26/2016 ETF | Research on Subpoena's and phone calls to Cindy Hathaway. | 1.00 | 155.00 |
| | For Services Rendered $ | | $3,426.00 |

**Time and Fee Summary**

| | | |
|---|---|---|
| Thomas W. Connors | 3.30 hours at $285.00/hr | 940.50 |
| Thomas W. Connors | 7.90 hours at $295.00/hr | 2,330.50 |

Eric T. Francis                          1.00 hours at $155.00/hr                        155.00
                    Total hours:        12.20


                                    Total Current Billing:        $3,426.00
                                    Previous Balance Due:          $228.00
        Payment on Account - Thank You                            $228.00
                                        **Total Now Due:**        **$3,426.00**

**Black, McCuskey, Souers & Arbaugh**
**A Legal Professional Corporation**
**220 Market Avenue S., Suite 1000**
**Canton, Ohio 44702-2116**
**Federal ID 34-1285861**
**Tel: (330) 456-8341   Fax: (330) 456-5756**

GNW Aluminum, Inc.                                        October 31, 2016
Mr. Nathan Hoopes
1356 Harrisburg Street
P.O. Box 2418
Alliance, Ohio 44601

RE: Gulf Stream Coach Dispute

Client Matter ID: 104997-0002

Invoice # 301604

For Professional Services Rendered Through 9/30/2016

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 09/13/2016 | TWC | Telephone call from Attorney Burdge regarding Gulfstream corporate issues | 0.20 | 59.00 |
| 09/28/2016 | TWC | Work on exhibit preparation; send certain exhibits to Attorney Burdge's office; telephone call to Burdge's office regarding same | 0.50 | 147.50 |
| 09/29/2016 | TWC | Work on exhibit preparation, corrections to exhibits; email exchange with Burdge's office regarding exhibits | 0.80 | 236.00 |

For Services Rendered $            $442.50

**Time and Fee Summary**

| | | | |
|---|---|---|---|
| Thomas W. Connors | 1.50 hours at $295.00/hr | | 442.50 |
| Total hours: | 1.50 | | |

| | |
|---|---|
| Total Current Billing: | $442.50 |
| Previous Balance Due: | $3,426.00 |
| Payment on Account - Thank You | $3,426.00 |
| **Total Now Due:** | **$442.50** |

Page 1 of 1

**Black, McCuskey, Souers & Arbaugh**
**A Legal Professional Corporation**
**220 Market Avenue S., Suite 1000**
**Canton, Ohio 44702-2116**
**Federal ID 34-1285861**
**Tel: (330) 456-8341   Fax: (330) 456-5756**

GNW Aluminum, Inc.                                           November 30, 2016
Mr. Nathan Hoopes
1356 Harrisburg Street
P.O. Box 2418
Alliance, Ohio  44601

RE:  Gulf Stream Coach Dispute

Client Matter ID:  104997-0002

Invoice #  302098

For Professional Services Rendered Through 10/31/2016

| | | | |
|---|---|---|---|
| 10/04/2016 TWC | Telephone call from Attorney Burdge regarding jury interrogatories, trial brief; review proposed jury instructions | 0.40 | 118.00 |
| 10/05/2016 TWC | Review jury instructions, research on related issues; telephone conference with Attorney Burdge regarding revisions to same | 0.90 | 265.50 |
| 10/11/2016 TWC | Review jury questions; email to Attorney Burdge regarding same | 0.30 | 88.50 |
| 10/12/2016 TWC | Review pretrial statement, revisions, add witness; email to Attorney Burdge regarding same | 0.70 | 206.50 |
| 10/13/2016 TWC | Review pretrial documents; telephone conference with Attorney Burdge regarding same; review of final pretrial brief; telephone call to Burdge's office regarding final corrections | 0.90 | 265.50 |
| 10/14/2016 TWC | Email exchange regarding pretrial filings | 0.10 | 29.50 |
| 10/14/2016 RM | Research procedure for service of subpoena in Indiana | 0.20 | 30.00 |
| 10/17/2016 RM | Continue researching out of state service of subpoena compelling non-party to attend trial | 1.20 | 180.00 |
| 10/18/2016 RM | Continue researching applicable fees. Research residence and place of employment for witness to ensure that it is within the 100 mile limitation of the court. Research case law concerning service of a witness at work. Work to contact local process servers in the Northern District of Indiana's jurisdiction for purposes of effectuating service on witness | 0.70 | 105.00 |

| | | | |
|---|---|---|---|
| 10/19/2016 TWC | Telephone call from Attorney Burdge regarding jury instruction issues, damages, send relevant case law to Attorney Burdge | 0.30 | 88.50 |
| 10/21/2016 TWC | Review pretrial order filings by Gulf Stream; email from Attorney Burdge regarding motion in limine; telephone conference with Attorney Burdge regarding numerous motion in limine filings | 1.90 | 560.50 |
| 10/25/2016 TWC | Work on response to Defendant's Motion in Limine, research law regarding limiting damages to purchase price and distinction between warranty and contract | 1.90 | 560.50 |
| 10/25/2016 RM | Prepare subpoena directed to Cindy R. Hathaway. Calculate fees for attendance. Review Federal and Local Rules for serving notice of service of subpoena. Verify addresses for residence and work | 1.50 | 225.00 |
| 10/26/2016 TWC | Continue research, draft brief opposing Motion in Limine; send same to Attorney Burdge for review, changes | 4.50 | 1,327.50 |
| 10/27/2016 TWC | Finalize, file brief opposing Gulf Stream's Motion in Limine | 0.70 | 206.50 |
| 10/28/2016 TWC | Email exchange regarding exhibits issue; telephone call from Attorney Burdge regarding same | 0.20 | 59.00 |
| 10/31/2016 TWC | Email exchange with Attorney Burdge regarding jury instruction issues | 0.20 | 59.00 |

For Services Rendered $     $4,375.00

### Time and Fee Summary

| | | |
|---|---|---|
| Thomas W. Connors | 13.00 hours at $295.00/hr | 3,835.00 |
| Rod Moore | 3.60 hours at $150.00/hr | 540.00 |
| Total hours: | 16.60 | |

| | |
|---|---|
| Total Current Billing: | $4,375.00 |
| Previous Balance Due: | $442.50 |
| Payment on Account - Thank You | $442.50 |
| **Total Now Due:** | **$4,375.00** |

**Black, McCuskey, Souers & Arbaugh**
**A Legal Professional Corporation**
220 Market Avenue S., Suite 1000
Canton, Ohio 44702-2116
Federal ID 34-1285861
Tel: (330) 456-8341   Fax: (330) 456-5756

GNW Aluminum, Inc.                                          December 30, 2016
Mr. Nathan Hoopes
1356 Harrisburg Street
P.O. Box 2418
Alliance, Ohio  44601

RE:  Gulf Stream Coach Dispute

Client Matter ID:  104997-0002

Invoice # 302663

For Professional Services Rendered Through 11/30/2016

| | | | |
|---|---|---|---|
| 11/02/2016 TWC | Telephone call from Attorney Burdge regarding jury instruction issues; review instructions | 0.30 | 88.50 |
| 11/03/2016 TWC | Telephone call to Attorney Burdge regarding jury instruction issue | 0.20 | 59.00 |
| 11/04/2016 TWC | Work on preparation for pretrial conference with court; jury instruction issues, travel arrangements | 0.50 | 147.50 |
| 11/09/2016 TWC | Preparation for pretrial conference; to South Bend for court pretrial conference | 5.70 | 1,681.50 |
| 11/10/2016 TWC | Meeting with Attorney Burdge before pretrial conference; attendance at pretrial conference with Judge DeGuilio; hearing on Motion in Limine; meeting with opposing counsel regarding jury instructions; return to Canton | 9.00 | 2,655.00 |
| 11/10/2016 RM | Check status of service of subpoena upon Cindy R. Hathaway. Update file accordingly | 0.20 | 30.00 |
| 11/11/2016 TWC | Work on brief opposing dismissal of IDCDA claim regarding misleading acts | 4.20 | 1,239.00 |
| 11/14/2016 TWC | Revisions to Brief regarding incurable deceptive act claim; telephone call to court case manager regarding same; telephone call to Attorney Burdge regarding same | 1.00 | 295.00 |
| 11/16/2016 TWC | Telephone call to Court case manager regarding briefing issue; email from Attorney Burdge regarding same; email exchange with case manager regarding same | 0.40 | 118.00 |

| 11/16/2016 RM | Prepare notice to the court that a subpoena was served upon Cindy R. Hathaway | 0.50 | 75.00 |
| 11/17/2016 TWC | Prepare Motion for Leave to File Brief on Incurable Defect; telephone call to Gulfstream attorney regarding agreement to filing brief; finalize, file brief | 0.70 | 206.50 |
| 11/17/2016 RM | Confer with clerk of courts for the Northern District of Indiana in South Bend. Review and revise notice of proof of service. Prepare for filing. | 0.50 | 75.00 |
| 11/21/2016 TWC | Review bailment agreement; telephone conference with Nathan Hoopes regarding same | 0.20 | 59.00 |
| 11/23/2016 TWC | Review motion responses filed by Gulf Stream, Motion brief regarding unconscionability filed by Attorney Burdge | 0.40 | 118.00 |

For Services Rendered $   $6,847.00

### Time and Fee Summary

| Thomas W. Connors | 22.60 hours at $295.00/hr | 6,667.00 |
| Rod Moore | 1.20 hours at $150.00/hr | 180.00 |
| Total hours: | 23.80 | |

### Expenses

| 11/11/2016 Thomas Connors - Hotel/Tolls/Mileage to South Bend, IN for Pre-Trial | 540.01 |
| 11/18/2016 Lifeline Investigative Services-Fee for process services in Indiana | 186.16 |
| Sub-total Expenses: | $726.17 |

| Total Current Billing: | $7,573.17 |
| Previous Balance Due: | $4,375.00 |
| Payment on Account - Thank You | $4,375.00 |
| **Total Now Due:** | **$7,573.17** |

**Black, McCuskey, Souers & Arbaugh**
**A Legal Professional Corporation**
**220 Market Avenue S., Suite 1000**
**Canton, Ohio 44702-2116**
**Federal ID 34-1285861**
**Tel: (330) 456-8341   Fax: (330) 456-5756**

GNW Aluminum, Inc.
Mr. Nathan Hoopes
1356 Harrisburg Street
P.O. Box 2418
Alliance, Ohio  44601

January 31, 2017

RE:  Gulf Stream Coach Dispute

Client Matter ID:  104997-0002

Invoice #  303145

For Professional Services Rendered Through 12/31/2016

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 12/02/2016 | TWC | Review case law regarding contract issue provided by Attorney Burdge; telephone call to Attorney Burdge regarding contract issue brief; review, file documents, notes regarding preparation of contract brief; telephone call to Attorney Burdge regarding same | 1.60 | 472.00 |
| 12/02/2016 | TWC | Telephone call to Nathan Hoopes regarding status of Beck lien issue | 0.10 | 29.50 |
| 12/06/2016 | TWC | Letter from Attorney Burdge regarding court required briefing; telephone conference with Nathan Hoopes regarding factual background of sales statements | 0.50 | 147.50 |
| 12/08/2016 | TWC | Telephone call to Nathan Hoopes regarding lay opinion value; telephone call to Attorney Burdge regarding briefing issues, pleading amendment; review court order, commence drafting briefing | 1.80 | 531.00 |
| 12/09/2016 | TWC | Research law regarding IDCSA, implicit representation; draft brief regarding notice of lay opinion testimony, statements at time of sale | 4.50 | 1,327.50 |
| 12/12/2016 | TWC | Work on motion for leave to file amended complaint, amended complaint; research Indiana law regarding fraud by omission, duty to disclose; telephone conference with Nathan and Devon Hoopes regarding circumstances of sales negotiation; prepare, file supplement regarding statements made during negotiation | 2.90 | 855.50 |
| 12/13/2016 | TWC | Work on amended complaint; telephone conference with Attorney Burdge regarding same; telephone call | 1.10 | 324.50 |

Page 1 of 2

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | from expert Garceau regarding trial schedule; finalize, file motion to amend complaint |  |  |
| 12/13/2016 | RM | Contact Lifeline investigative services to obtain Cindy Hathaway's contact information. Confer with Hathaway's employer seeking to contact her regarding upcoming trial | 0.40 | 60.00 |
| 12/15/2016 | TWC | Preparation for status conference with court, work on issues regarding amended complaint, research law regarding right to amend | 3.50 | 1,032.50 |
| 12/16/2016 | TWC | Preparation for court status conference regarding trial issues, telephone conference with Attorney Burdge regarding same; attendance at status conference, present argument on consumer statute violation claims | 3.00 | 885.00 |
| 12/16/2016 | RM | Confer with Cindy Hathaway regarding the upcoming trial in the Hoopes matter | 0.30 | 45.00 |
| 12/21/2016 | TWC | Review emails from court regarding trial documents | 0.20 | 59.00 |
| 12/22/2016 | TWC | Telephone call from Bernie Garceau regarding testimony schedule | 0.10 | 29.50 |
| 12/27/2016 | TWC | Review court's trial order, jury instructions; research law regarding treble damages issue raised by court; telephone conference with Attorney Burdge regarding trial planning | 1.60 | 472.00 |

For Services Rendered $     $6,270.50

### Time and Fee Summary

| | | |
|---|---|---|
| Thomas W. Connors | 20.90 hours at $295.00/hr | 6,165.50 |
| Rod Moore | 0.70 hours at $150.00/hr | 105.00 |
| Total hours: | 21.60 | |

**Expenses**

| | | |
|---|---|---|
| 12/14/2016 TWC hotel for South Bend, IN 1/9/17-1/12/17 | | 669.54 |
| | Sub-total Expenses: | $669.54 |

| | |
|---|---|
| Total Current Billing: | $6,940.04 |
| Previous Balance Due: | $7,573.17 |
| Payment on Account - Thank You | $7,573.17 |
| **Total Now Due:** | **$6,940.04** |

Page 2 of 2

**Black, McCuskey, Souers & Arbaugh**
**A Legal Professional Corporation**
**220 Market Avenue S., Suite 1000**
**Canton, Ohio 44702-2116**
**Federal ID 34-1285861**
**Tel: (330) 456-8341   Fax: (330) 456-5756**

GNW Aluminum, Inc.                                          February 28, 2017
Mr. Nathan Hoopes
1356 Harrisburg Street
P.O. Box 2418
Alliance, Ohio  44601


RE:  Gulf Stream Coach Dispute

Client Matter ID:  104997-0002

Invoice #  303740

For Professional Services Rendered Through 1/31/2017

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 01/03/2017 | TWC | Review joint exhibits; work on trial preparation, telephone conference with Attorney Burdge regarding witness issues; telephone call to Jon Gerhardt regarding trial preparation; telephone call to Nathan Hoopes regarding trial preparation; review expert reports, file documents for trial preparation | 2.60 | 767.00 |
| 01/04/2017 | TWC | Work on trial preparation, extended meeting with Jon Gerhardt regarding testimony preparation; telephone conference with Attorney Burdge regarding testimony, exhibit planning; work on Hoopes testimony planning, review exhibits, notes, prepare outline | 7.40 | 2,183.00 |
| 01/05/2017 | TWC | Meeting with Nathan and Devon Hoopes regarding trial; testimony preparation | 7.60 | 2,242.00 |
| 01/06/2017 | TWC | Trial preparation, extended meeting with Nathan Hoopes regarding preparation for testimony; extended telephone conference with Dr. Gerhardt regarding preparation for testimony; work on testimony outlines; telephone calls to Attorney Burdge regarding case preparation issues | 6.80 | 2,006.00 |
| 01/06/2017 | RM | Confer with Cindy Hathaway regarding upcoming trial | 0.10 | 15.00 |
| 01/07/2017 | TWC | Trial preparation; work on testimony outlines, exhibit preparation; telephone conferences with Attorney Burdge regarding same | 7.00 | 2,065.00 |
| 01/08/2017 | TWC | Trial preparation, assemble trial materials, to South Bend for trial; meeting with Nathan Hoopes regarding remaining trial testimony issues | 9.30 | 2,743.50 |

Page 1 of 3

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 01/09/2017 | TWC | Attendance at trial before Judge DeGuilio; meeting with Nathan Hoopes regarding trial testimony issues | 8.50 | 2,507.50 |
| 01/10/2017 | TWC | Attendance at trial before Judge DeGuilio, meeting with Attorney Burdge regarding trial preparation issues | 7.90 | 2,330.50 |
| 01/11/2017 | TWC | Attendance at trial before Judge DeGuilio; meeting with Attorney Burdge regarding trial preparation issues; meeting with Nathan Hoopes regarding rebuttal preparation | 8.30 | 2,448.50 |
| 01/12/2017 | TWC | Attendance at trial before Judge DeGuilio, take verdict from jury; return to Canton | 11.50 | 3,392.50 |
| 01/13/2017 | TWC | Email exchange with Attorney Burdge regarding verdict, post-trial issues; telephone calls to witnesses regarding trial results, post-trial issues | 0.50 | 147.50 |
| 01/16/2017 | TWC | Work on attorney fee request, review, organize attorney fee records, obtain summary records from accounting, research law regarding attorney fee requests; telephone call from Nathan Hoopes regarding expert invoice; telephone call from Tim Bailey regarding case results; email to Attorney Burdge regarding motion for directed verdict | 3.50 | 1,032.50 |
| 01/18/2017 | TWC | Review motion for judgment, research law regarding same; review file for documents for Attorney Burdge; send documents to Attorney Burdge | 2.50 | 737.50 |
| 01/19/2017 | TWC | Telephone call to Attorney Burdge regarding motion for judgment issues; research law regarding allowable damages; review court order, exhibits regarding damages issue; telephone conference with Attorney Burdge regarding damages issue, motion to overturn verdict | 3.60 | 1,062.00 |
| 01/23/2017 | TWC | Work on obtaining information for fee reimbursement request | 0.20 | 59.00 |
| 01/24/2017 | TWC | Work on legal fee and expense request; email to Attorney Burdge regarding same | 0.50 | 147.50 |

For Services Rendered $ **$25,886.50**

### Time and Fee Summary

| | | |
|---|---|---|
| Thomas W. Connors | 87.70 hours at $295.00/hr | 25,871.50 |
| Rod Moore | 0.10 hours at $150.00/hr | 15.00 |
| Total hours: | 87.80 | |

**Expenses**

| | | |
|---|---|---|
| 01/17/2017 | Mileage/meals to hearing - Indiana | 572.43 |
| | Sub-total Expenses: | **$572.43** |

Page 2 of 3

|  |  |
|---|---|
| Total Current Billing: | $26,458.93 |
| Previous Balance Due: | $6,940.04 |
| Payment on Account - Thank You | $0.00 |
| **Total Now Due:** | **$33,398.97** |

**Black, McCuskey, Souers & Arbaugh**
**A Legal Professional Corporation**
**220 Market Avenue S., Suite 1000**
**Canton, Ohio 44702-2116**
**Federal ID 34-1285861**
**Tel: (330) 456-8341   Fax: (330) 456-5756**

GNW Aluminum, Inc.                                                    March 29, 2017
Mr. Nathan Hoopes
1356 Harrisburg Street
P.O. Box 2418
Alliance, Ohio  44601

RE:  Gulf Stream Coach Dispute

Client Matter ID:  104997-0002

Invoice # 304142

For Professional Services Rendered Through 2/28/2017

| | | | | |
|---|---|---|---|---|
| 02/07/2017 TWC | Telephone call from Nathan Hoopes regarding status of motions, settlement discussions, related issues | 0.30 | 88.50 |
| 02/27/2017 TWC | Telephone conference with Nathan Hoopes regarding settlement position; email exchange with Attorney Burdge regarding same | 0.30 | 88.50 |
| 02/28/2017 TWC | Telephone call from Lyle Hardman regarding settlement; telephone call to Ron Burdge regarding same | 0.30 | 88.50 |
| | For Services Rendered $ | | $265.50 |

**Time and Fee Summary**

| | | | |
|---|---|---|---|
| Thomas W. Connors | 0.90  hours at $295.00/hr | 265.50 |
| Total hours: | 0.90 | |

| | |
|---|---|
| Total Current Billing: | $265.50 |
| Previous Balance Due: | $33,398.97 |
| Payment on Account - Thank You | $6,940.04 |
| **Total Now Due:** | **$26,724.43** |

Page 1 of 1

**Black, McCuskey, Souers & Arbaugh**
**A Legal Professional Corporation**
**220 Market Avenue S., Suite 1000**
**Canton, Ohio 44702-2116**
**Federal ID 34-1285861**
**Tel: (330) 456-8341   Fax: (330) 456-5756**

GNW Aluminum, Inc.                                               April 25, 2017
Mr. Nathan Hoopes
1356 Harrisburg Street
P.O. Box 2418
Alliance, Ohio  44601

RE:  Gulf Stream Coach Dispute

Client Matter ID:  104997-0002

Invoice #  304593

For Professional Services Rendered Through 4/25/2017

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 04/17/2017 | TWC | Review court order denying motion for directed verdict; telephone call to Nathan Hoopes regarding same; telephone call to Ron Burdge regarding motion for attorney fees; work on motion for attorney fees, obtain and review invoices, delete unrelated invoices | 1.50 | 442.50 |
| 04/18/2017 | TWC | Work on motion for attorney fees, work on assembling invoices for motion; telephone call to Attorney Burdge regarding motion | 0.70 | 206.50 |
| 04/19/2017 | TWC | Work on attorney fee motion, documentation for attorney fees, affidavit | 3.10 | 914.50 |
| 04/20/2017 | TWC | Work on motion for attorney fees, preparation of affidavit and invoices; telephone call to expert Gerhardt regarding payments; emails, telephone conferences with Attorney Burdge regarding same | 2.20 | 649.00 |
| 04/21/2017 | TWC | Work on attorney fees spreadsheet; email to Nathan Hoopes regarding expert payments | 0.30 | 88.50 |
| 04/24/2017 | TWC | Work on attorney fee motion, affidavit, attorney fee documents for supporting counsel; telephone call to Attorney Steuart regarding deadline | 1.40 | 413.00 |
| 04/25/2017 | TWC | Work on attorney fee affidavit, attorney fees spreadsheet, documentation; telephone call to Attorney Steuart regarding attorney fee motion details; finalize. submit attorney fee affidavit and attachments to Attorney Steuart for inclusion with attorney fee motion | 2.10 | 619.50 |

For Services Rendered $     $3,333.50

### Time and Fee Summary

Thomas W. Connors     11.30 hours at $295.00/hr     3,333.50

Total hours:    11.30

| | |
|---|---|
| Total Current Billing: | $3,333.50 |
| Previous Balance Due: | $26,724.43 |
| Payment on Account - Thank You | $26,724.43 |
| **Total Now Due:** | **$3,333.50** |