

# Robert B. Preston, III

**Partner**
bpreston@bmsa.com

## Practice Groups
Litigation
Commercial
Collections
Construction

Canton Office
220 Market Ave. S
Suite 1000
Canton, OH 44702
330.456.8341

New Philadelphia Office
149 Garland Dr. SW
New Philadelphia, OH 44663
330.364.6553

www.bmsa.com

*AV®, BV®, AV Preeminent® and BV Distinguished® are registered certification marks of Reed Elsevier Properties Inc., used under in accordance with the Martindale-Hubbell certification procedures, standards and policies.

### Areas of Emphasis
**Commercial Litigation**
  Contract Disputes
  Financing Defaults
  Business Litigation

**Civil Litigation**
  Probate Litigation
  Real Property Litigation
  Oil & Gas Litigation
  Consumer Sales Practices Act
  Personal Injury/Wrongful Death

**Construction Litigation**
  Mechanic's Liens
  Delay Claims
  Prompt Pay Claims

**Collections**
  Commercial
  Consumer
  Post Judgment Execution

**Landlord/Tenant**
  Commercial
  Residential

### Admissions
Ohio Bar, 2004 (Ranked Top 1%)
U.S. District Court, Northern District of Ohio, 2004
U.S. District Court, Southern District of Ohio, 2008
U.S. District Court, District of Colorado, 2012

### Education
J.D., The University of Akron School of Law, *Magna Cum Laude*, 2003
B.A., Cleveland State University, 1999

### Legal Certification
AV Preeminent® Peer Review Rated, Martindale-Hubbell

Bob is a Partner at Black McCuskey and focuses his practice in the areas of Civil Litigation, Commercial Litigation, Creditors' Rights/Collections and Probate Litigation.

Since joining the firm, Bob has been very active in the Litigation and Commercial practice areas. He has represented clients in litigation in more than one fourth of Ohio's Common Pleas Courts and both of Ohio's Federal District Courts. Bob has also appeared and argued numerous matters in Ohio's Fifth, Eighth, Ninth and Tenth Appellate Districts. He has been named a Rising Star for 2012 through 2014 by *Ohio Super Lawyers* magazine. No more than 2.5 percent of the lawyers in the state are selected and candidates must be either 40 years or younger, or in practice ten years or less. In addition, Bob has received an AV Preeminent® Peer Review Rating from Martindale-Hubbell*.

Prior to becoming an attorney, Bob had a long career in public service. He was a Patrolman and Sergeant with the Cleveland Police Department from 1995-2004, and a paratrooper with the 82nd Airborne Division in Fort Bragg, North Carolina from 1991-1995. For his actions as a police officer, he was honored with the Medal of Heroism and the Distinguished Service Medal.

Active in his community, Bob is a past President of the Tuscarawas County Board of Developmental Disabilities, a Board member of the Tuscarawas County Chamber of Commerce and a Board member of the Tuscarawas County Community Foundation. He is a member of the Ohio State Bar Association, Stark County Bar Association and past President (2012, 2013) and current Vice President of the Tuscarawas County Bar Association. Bob is also a graduate of the 5th class of Leadership Tuscarawas County and currently sits on the Leadership Tuscarawas Board.

Black McCuskey Souers & Arbaugh, LPA





BLACK McCUSKEY