

# Rod A. Moore

**Associate**
rmoore@bmsa.com

***Practice Groups***
Business
Health Care Law
Trademark Law
Oil & Gas
Zoning
Litigation

Canton Office
220 Market Ave, S
Suite 1000
Canton, OH 44702
330.456.8341

New Philadelphia Office
149 Garland Dr. SW
New Philadelphia, OH 44663
330.364.6553

www.bmsa.com

### Areas of Emphasis
Business
Health Care Law
Trademark Law

Oil & Gas
Zoning
Litigation

### Admissions
Ohio Bar, 2015

### Education
J.D., The University of Akron School of Law, *magna cum laude*, Health Law, 2015
B.A., Walsh University, *magna cum laude*, Government and Foreign Affairs, Economics, and Business, 2012

**Rod Moore** is an associate with Black McCuskey and focuses his practice in the areas of business, health care law, trademark law, oil & gas, zoning and litigation.

A *magna cum laude* graduate of the University of Akron School of Law, Rod served as Production Editor and as an Assistant Editor of the *Akron Law Review*. He received the CALI Excellence Award for the highest "A" in legal drafting. In addition to his general coursework, he focused his studies on health law and obtained a certificate in health law during his time at Akron Law. Rod gained practical experience during his third year of law school interning in the health law practice group at an Akron firm. While attending law school, he also worked as a law clerk at the City of Akron in the Civil Division. During his time at the City of Akron, Rod worked on a variety of civil matters including labor and employment, zoning and personal injury. During the summer of 2014, he worked as a summer associate at Black McCuskey. After graduating from law school, Rod scored in the 99th percentile on the Ohio Bar examination.

Prior to attending the University of Akron, School of Law, Rod obtained his bachelor's degree in Government and Foreign Affairs at Walsh University. He obtained minor degrees in economics and general business from Walsh as well. Rod graduated *magna cum laude* and completed the Walsh University Honors Program. He was selected as the outstanding student in his major and was inducted as a member in Pi Sigma Alpha. During his time at Walsh, Rod worked for the United States House of Representatives and as a resident assistant.

Committed to his community, Rod is a member of the Stark Bar Association Young Lawyers Committee and a member of the ystark! events committee. Rod is a member of the City of Green Parks and Recreation Board and he and his family reside in Green. During law school, he served as a volunteer for the Certificate of Qualification for Employment Clinic, Akron Law Cares and the University of Akron, School of Law Mentorship Program. Rod is a member of the Cleveland Intellectual Property Law Association (CIPLA) and a member of the International Trademark Association (INTA).



Black McCuskey Souers & Arbaugh, LPA

PLAINTIFF'S EXHIBIT S-F

BLACK McCUSKEY