UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
AT FORT WAYNE

| | |
|---|---|
| **NATHAN HOOPES, et. al.** | CASE NO 1:10-cv-00365-RL-RBC |
| PLAINTIFFS | JUDGE JON E. DeGUILIO |
| - VS. - | AFFIDAVIT OF ATTORNEY RONALD L. BURDGE IN SUPPORT |
| GULF STREAM COACH, INC. | OF THOMAS CONNORS ATTORNEY FEE MOTION |
| DEFENDANTS | |

1. I am an attorney admitted to practice in the U.S. District Court for the Northern District of Indiana and have been so admitted more than ten years prior hereto; I am also an attorney admitted to practice in the state courts of Ohio and have been so admitted since 1978.

2. I am familiar with attorney Thomas Connors, whose law office is located in Stark County, which is in Northeast Ohio, and the nature of his practice and his education, training and experience and have reviewed his CV in April 2017;

3. It is my experience that from 1978 to 2017 the quantity of Ohio attorneys handling Consumer Law cases decreased and at the same time my practice geographically broadened over that time to cover the entire state of Ohio. As my caseload turned to primarily involve recreational vehicles over time, my law practice geographically broadened to cover the Indiana federal courts and federal courts elsewhere.

Page 1



PLAINTIFF'S EXHIBIT 6

4. During the last 20 or more years I have handled cases in Stark County, Ohio and at least 7 of the 8 counties that are contiguous to Stark County and also in all of the counties in Northeast Ohio during my legal career in all stages of litigation, from case filing through trial and appeal, and I personally know at least a dozen attorneys in and around Canton and Northeast Ohio who practice Consumer Law and handle cases similar to this case before this Court. In the 25 counties that make up the Northeast quarter of the state of Ohio, I have handled cases in 22 of those counties. As a result, I have personal knowledge of the attorney fee rates in Northeast Ohio, including Stark County, Ohio and its environs.

5. I am familiar with the attorney fee hourly rates in the federal courts of Northern Indiana and also in Indiana in general and have handled cases in both the Northern and Southern US District Courts in Indiana on a regular basis since being admitted to practice in those two District Courts more than ten years ago, including handling civil cases involving the Magnuson Moss Warranty Act and other related consumer protection statutes;

6. It is my opinion that a reasonable hourly rate for Thomas Connors in his handling of this case from its filing to now would be more than the highest rate that he is requesting in this case, which I understand to be various rates between $235 and $295 an hour. In other words, it is my opinion that a reasonable hourly rate for Thomas Connors in this jurisdiction in 2010 and at all times up to and

including 2017 would be more than $295 and thus his request for $295 is reasonable. It is also my opinion that a reasonable hourly rate for Thomas Connors in Stark County and Northeast Ohio in 2010 and at all times up to and including 2017 would be more than $295 and thus his request for $295 is reasonable.

7. Based on my education, training, and experience, it is my professional opinion that the hourly rates being requested by Thomas Connors in this case, and being between $235 and $295 an hour, are reasonable.

I, Ronald L. Burdge, declare under penalty of perjury that the foregoing is true and correct to the best of my personal knowledge.

Executed on April 20, 2017.

/s/ Ronald L Burdge
RONALD L. BURDGE