UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
AT FORT WAYNE

| | |
|---|---|
| **NATHAN HOOPES, et. al.** | CASE NO 1:10-cv-00365-RL-RBC |
| PLAINTIFF | JUDGE JON E. DeGUILIO |
| - VS. - | |
| GULF STREAM COACH, INC. | PLAINTIFFS' SUPPLEMENTAL MOTION FOR ATTORNEY FEES AND COSTS |
| DEFENDANTS | |

Plaintiffs move the Court for recovery of Plaintiffs' additional attorney fees reasonably incurred in this case.

Plaintiffs' timely filed their Motion for Attorney Fees, Costs and Expenses within fourteen days of the entry of the original Judgment on the verdict. Plaintiffs' Motion for Attorney Fees, Costs and Expenses is expressly incorporated herein by reference as if fully recited herein. Subsequently, Defendant filed its Motion to Amend Judgment by Remittitur. Plaintiffs have incurred additional attorney fees in responding to Defendant's remittitur motion and submitting their reply memorandum in support of their motion for attorney fees. As such, Plaintiffs now submit their supplemental motion for additional attorney fees reasonably incurred in this case.

Although this issue was bifurcated from trial on the merits, the parties have not been able to agree on a reasonable attorney fee amount.  Thus, Plaintiffs must file this Supplemental Motion now.

1

Plaintiffs ask the Court to award them $11,164.75 for attorney fees and $475.44 in costs for Attorney Burdge's law firm's additional work on this case. Plaintiffs also ask the Court to award them $6,991.50 for attorney fees and costs for Attorney Connors' law firm's additional work on this case. Plaintiffs' memorandum in support and supporting affidavits and time, costs and expense records are filed simultaneous with this motion.

                Respectfully submitted,

                /s/Ronald L. Burdge
                RONALD L. BURDGE
                Co-Counsel for Plaintiffs
                8250 Washington Village Drive
                Dayton, Ohio 45458-1850
                Telephone:  937.432.9500
                Facsimile:  937.432.9503
                Email:  Ron@BurdgeLaw.com

## CERTIFICATION

A copy of the foregoing was filed electronically on June 26, 2017. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                /s/Ronald L. Burdge
                RONALD L. BURDGE
                Co-Counsel for Plaintiffs

Z:\data\Hoopes\Atty Fees\Supplemental Motion\Etc Supp Mtn for Atty Fees 062117 ss.wpd